IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

MDL DOCKET NO: 5:20-MD-2947-KDB-DSC

| | |
|---|---|
| IN RE: LOWES'S COMPANIES, INC., FAIR LABOR STANDARDS ACT (FLSA) AND WAGE AND HOUR LITIGATION | ) ) ) ) ) |

**THIS DOCUMENT RELATES TO:**

5:20-cv-00136-KDB-DSC

**ORDER OF ADMINISTRATIVE CLOSE-OUT**

**THIS CAUSE** is before the Court sua sponte. The above-styled cases were previously consolidated in this MDL proceeding for all pretrial purposes, and the parties to all cases have been directed to submit all filings in the MDL action. In light of the consolidation of cases in the MDL action, it is

**ORDERED AND ADJUDGED** that the Clerk of the Court shall mark the following cases as CLOSED for administrative purposes only:

5:20-cv-00136-KDB-DSC

**IT IS SO ORDERED.**

Signed: September 3, 2020

Kenneth D. Bell
United States District Judge