**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**MDL DOCKET NO. 5:20-MD-2947-KDB-DSC**

|  |  |  |
|---|---|---|
| **IN RE: LOWE'S COMPANIES, INC.** | ) | |
| **FAIR LABOR STANDARDS ACT** | ) | |
| **(FLSA) AND WAGE AND HOUR** | ) | |
| **LITIGATION** | ) | **ORDER DISMISSING FLSA CLAIMS OF** |
|  | ) | **307 OPT-IN PLAINTIFFS** |
|  | ) | |
| **THIS DOCUMENT APPLIES TO** | ) | |
| *DANFORD V. LOWES* | ) | |
|  | ) | |

## ORDER

The Court has reviewed the Joint Stipulation Requesting Order Dismissing FLSA Claims of Opt-In Plaintiffs with Untimely Claims and/or For Failure to Prosecute (Doc. No. 34). For good cause shown, it is hereby ORDERED that the Fair Labor Standards Act ("FLSA") claims of the individuals specified in Exhibits A and B to that stipulation are DISMISSED WITHOUT PREJUDICE, and their respective opt-in forms are withdrawn.[1]

SO ORDERED, ADJUDGED AND DECREED

Signed: April 27, 2021

Kenneth D. Bell
United States District Judge

---

[1]  Although the Parties have stipulated that the claims of the Opt-In Plaintiffs found to be untimely should be dismissed with prejudice, the Court finds that dismissal without prejudice is more appropriate in the absence of notice to these Plaintiffs, who have not had an opportunity to challenge the representations in the stipulation.