IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
MDL DOCKET NO. 5:20-MD-2947-KDB-DSC

| | |
|---|---|
| IN RE: LOWE'S COMPANIES, INC. ) <br> FAIR LABOR STANDARDS ACT ) <br> (FLSA) AND WAGE AND HOUR ) <br> LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT APPLIES TO ) <br> *Danford v. Lowes* ) <br> ) | **ORDER DISMISSING** <br> **CLAIMS FOR FAILURE TO PROSECUTE** |

## ORDER

The Court has reviewed the Joint Stipulations Requesting An Order Dismissing ClaimsFor Failure To Prosecute. *See* Doc. Nos. 36-37.

For good cause shown, it is HEREBY ORDERED that the FLSA claims of the individuals specified in Exhibit A to those stipulations are DISMISSED WITHOUT PREJUDICE and their respective opt-in forms are withdrawn.

SO ORDERED, ADJUDGED AND DECREED

Signed: June 18, 2021

Kenneth D. Bell
United States District Judge