IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:20-MD-02947-KDB-DSC

| | | |
|---|---|---|
| IN RE: LOWE'S COMPANIES INC. | ) | |
| FAIR LABOR STANDARDS ACT | ) | **ORDER** |
| (FLSA) AND WAGE AND HOUR | ) | |
| LITIGATION, | ) | |
| | ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Jesse L. Young]" (document #43) filed July 27, 2021. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: July 27, 2021

*/s/ David S. Cayer*
David S. Cayer
United States Magistrate Judge