N THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
MDL DOCKET NO. 5:20-MD-2947-KDB-DSC

| | |
|---|---|
| IN RE: LOWE'S COMPANIES, INC. FAIR LABOR STANDARDS ACT (FLSA) AND WAGE AND HOUR LITIGATION | ORDER DISMISSING CLAIMS |
| THIS DOCUMENT APPLIES TO *All Cases* | |

## ORDER

The Court has reviewed the Joint Stipulation Requesting An Order Dismissing Claims and Exhibit A thereto. *See* Doc. No. 46.

For good cause shown, it is HEREBY ORDERED that the claims of the individuals specified in Exhibit A to that stipulation are DISMISSED (with or without prejudice, as indicated in Exhibit A), and their respective FLSA opt-in forms are withdrawn.

SO ORDERED, ADJUDGED AND DECREED.

Signed: August 31, 2021

Kenneth D. Bell
United States District Judge