**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**MDL DOCKET NO. 5:20-MD-2947-KDB-DSC**

| | |
|---|---|
| **IN RE: LOWE'S COMPANIES, INC. FAIR LABOR STANDARDS ACT (FLSA) AND WAGE AND HOUR LITIGATION**<br><br>**THIS DOCUMENT APPLIES TO:**<br>***All Cases*** | **INDEX OF EXHIBITS TO LOWE'S MOTION TO COMPEL AND FOR ADDITIONAL TIME TO COMPLETE DEPOSITIONS OF OPT-IN PLAINTIFFS** |

| Exhibit No. | Description | Date |
|---|---|---|
| **1** | Email from J. Thompson to M. Senger et al. | 5/13/2021 |
| **2** | Email (With Attachment) from J. Thompson to A. Alimehri et al. | 9/6/2021 |
| **3** | Declaration of Molly T. Senger | 9/10/2021 |
| **4** | Chart of Noticed, Unconfirmed Opt-In Plaintiffs' Depositions | 9/10/2021 |
| **5** | Email from D. Vanderbeke to M. Sappington et al. | 9/9/2021 |
| **6** | Email from A. Malecki to M. Sappington et al. | 8/19/2021 |
| **7** | Email from D. Vanderbeke to M. Sappington et al. | 8/13/2021 |
| **8** | Email from E. Bailey to B. Gorman et al. | 8/24/2021 |
| **9** | Email from E. Bailey to B. Gorman et al. | 7/7/2021 |
| **10** | Email from D. Vanderbeke to D. Schnitzer et al. | 6/8/2021 |
| **11** | Email from D. Vanderbeke to D. Schnitzer et al. | 8/11/2021 |
| **12** | Email from E. Bailey to D. Schnitzer et al. | 8/26/2021 |
| **13** | Compilation of Meet-and-Confer Letters to Plaintiffs | 6/17/2021; 8/2/2021; 8/13/2021 |

| Exhibit No. | Description | Date |
|---|---|---|
| **14** | Email from J. Thompson to M. Senger et al. | 9/1/2021 |
| **15** | Chart of Plaintiffs' Document Collection and Production Deficiencies | 9/10/2021 |