**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**MDL DOCKET NO. 5:20-MD-2947-KDB-DSC**

| | |
|---|---|
| **IN RE: LOWE'S COMPANIES, INC.** ) | |
| **FAIR LABOR STANDARDS ACT** ) | |
| **(FLSA) AND WAGE AND HOUR** ) | |
| **LITIGATION** ) | **[PROPOSED] ORDER** |
| ) | |
| ) | |
| **THIS DOCUMENT APPLIES TO** ) | |
| *All Cases* ) | |
| ) | |

**[PROPOSED] ORDER**

The Court has reviewed the Joint Motion Regarding Briefing On Certification Of FLSA

Collective And Rule 23 Classes.  *See* ECF No. {__}.

For good cause shown, Case Management Order No. 1 (ECF No. 19) is further amended

as follows:

| Date | Event/Page Limits |
|---|---|
| 12/16/21 | Close of Expert Discovery |
| 1/14/22 | *Plaintiffs*: Motion(s) for Final Certification of FLSA Collective & Certification of Rule 23 Classes (separate or combined briefs with total limit of 80 pages)<br><br>*Both Sides*: *Daubert* Motion(s) (standard CMO limit of 25 pages) |
| 2/18/22 | *Defendants*: Opposition(s) to Plaintiffs' Motion for Final Certification of FLSA Collective & Certification of Rule 23 Classes / Motion to Decertify Conditionally Certified FLSA Collective (combined limit of 80 pages)<br><br>*Both Sides*: Opposition(s) to *Daubert* Motion(s) (standard CMO limit of 25 pages) |

1

| Date | Event/Page Limits |
|---|---|
| **3/4/22** | *Plaintiffs*: Repl(ies) ISO Motion(s) for Final Certification of FLSA Collective & Certification of Rule 23 Classes / Opposition to Motion to Decertify Conditionally Certified FLSA Collective (combined limit of 30 pages) |
| | *Both Sides*: Repl(ies) ISO *Daubert* Motion(s) (standard CMO limit of 12 pages) |

Page limits exclude captions, tables of contents, tables of authority, signatures, and certificates of counsel. Notwithstanding previously established deadlines, depositions of individuals submitting declarations in support of or in opposition to FLSA certification/de-certification or Rule 23 certification may occur at any time prior to the relevant responsive brief. *See* ECF No. 19 at 3 n.2.

No other deadlines are modified or affected by this order.

SO ORDERED.

Signed: _____, 2021

_____

Hon. _____
United States _____ Judge