IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:20-MD-02947-KDB-DSC

| | | |
|---|---|---|
| IN RE: LOWE'S COMPANIES INC. | ) | |
| FAIR LABOR STANDARDS ACT | ) | **ORDER** |
| (FLSA) AND WAGE AND HOUR | ) | |
| LITIGATION, | ) | |
| | ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Alana A. Karbal]" (document #73) filed December 7, 2021. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: December 8, 2021

David S. Cayer
United States Magistrate Judge