IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
MDL DOCKET NO. 5:20-MD-2947-KDB-DSC

| | |
|---|---|
| IN RE: LOWE'S COMPANIES, INC.<br>FAIR LABOR STANDARDS ACT<br>(FLSA) AND WAGE AND HOUR<br>LITIGATION<br><br>THIS DOCUMENT APPLIES TO<br>*All Cases* | ORDER DISMISSING CLAIMS FOR<br>FAILURE TO PROSECUTE |

## ORDER

The Court has reviewed the Joint Stipulation Requesting an Order Dismissing Claims and Exhibit A thereto. *See* Doc. No. 76.

For good cause shown, it is **HEREBY ORDERED** that the claims of the individuals specified in Exhibit A to that stipulation are **DISMISSED WITHOUT PREJUDICE**, and their respective FLSA opt-in forms are withdrawn.

**SO ORDERED, ADJUDGED AND DECREED**.

Signed: December 27, 2021

Kenneth D. Bell
United States District Judge