# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# MDL DOCKET NO. 5:20-MD-2947-KDB-DSC

| | |
|---|---|
| IN RE: LOWE'S COMPANIES, INC. FAIR LABOR STANDARDS ACT (FLSA) AND WAGE AND HOUR LITIGATION | JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY |
| THIS DOCUMENT APPLIES TO: *All Cases* | |

The Named Plaintiffs and Defendants Lowe's Companies, Inc. and Lowe's Home Centers, LLC (collectively, "Defendants") (together, the "Parties"), jointly state as follows:

**1.** On December 31, 2021, the Parties executed a Memorandum of Understanding to settle the claims of (a) the remaining FLSA Opt-Ins in the *Danford* action; (b) each Named Plaintiff in the 19 state-law class actions; and (c) approximately 189 former Opt-Ins who were dismissed from *Danford* and subsequently initiated individual arbitrations.

**2.** Case Management Order No. 1, as amended, provides that on January 14, 2022, the Parties will file all *Daubert* motions and the Plaintiffs will file their motion(s) for final certification of the FLSA collective and certification of the putative Rule 23 classes, with responsive briefs due on February 18, 2022, and replies due on April 4, 2022. *See* Nov. 30, 2021 Minute Order.

**3.** Consistent with the schedule in the Memorandum of Understanding, the Parties anticipate executing the full settlement agreement and filing a motion for Court approval by March 4, 2022, if not earlier.

**4.** Accordingly, the Parties respectfully request that the Court stay the existing briefing deadlines pending finalization of the settlement.

1

Case 5:20-md-02947-KDB-DSC   Document 78   Filed 01/05/22   Page 1 of 3

A draft order is attached hereto for the Court's consideration.

Dated: January 5, 2022

Respectfully submitted,

| | |
|---|---|
| /s/ Kevin J. Stoops | /s/ Jason C. Schwartz |
| Kevin J. Stoops | Jason C. Schwartz |
| Jason J. Thompson | Molly T. Senger |
| SOMMERS SCHWARTZ, P.C. | David A. Schnitzer |
| One Towne Square, 17th Floor | GIBSON, DUNN & CRUTCHER LLP |
| Southfield, Michigan 48076 | 1050 Connecticut Avenue, N.W. |
| Phone: (248) 355-0300 | Washington, DC 20036 |
| KStoops@sommerspc.com | Telephone: (202) 955-8500 |
| JThompson@sommerspc.com | Facsimile: (202) 467-0539 |
| | jschwartz@gibsondunn.com |
| James J. Mills | msenger@gibsondunn.com |
| BURNS, DAY, & PRESNELL, P.A. | dschnitzer@gibsondunn.com |
| 2626 Glenwood Avenue, Suite 560 | |
| Raleigh, North Carolina 27608 | Karl G. Nelson |
| Phone: (919) 782-1441 | GIBSON, DUNN & CRUTCHER LLP |
| jmills@bdppa.com | 2001 Ross Ave., Ste. 2100 |
| *Attorneys for Plaintiffs* | Dallas, TX 75201 |
| | Telephone: (214) 698-3100 |
| | Facsimile: (214) 571-2900 |
| | knelson@gibsondunn.com |
| | |
| | Adam K. Doerr (Bar Number: 37807) |
| | ROBINSON, BRADSHAW & HINSON, P.A. |
| | 101 N. Tryon St., Ste. 1900 |
| | Charlotte, North Carolina 28246 |
| | Telephone: (704) 377-2536 |
| | Facsimile: (704) 378-4000 |
| | adoerr@robinsonbradshaw.com |
| | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ David A. Schnitzer