IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
MDL DOCKET NO. 5:20-MD-2947-KDB-DSC

| | |
|---|---|
| IN RE: LOWE'S COMPANIES, INC. FAIR LABOR STANDARDS ACT (FLSA) AND WAGE AND HOUR LITIGATION | ORDER |
| THIS DOCUMENT APPLIES TO *All Cases* | |

## ORDER

The Court has reviewed the Joint Notice Of Settlement And Request For Stay. *See* Doc. No. 78.

For good cause shown, it is HEREBY ORDERED that all current briefing deadlines are STAYED. The Parties shall file a brief status report with the Court as to their settlement and their proposed plan for settlement approval on February 4, 2022 and the appropriate documents seeking settlement approval on or before March 4, 2022.

SO ORDERED, ADJUDGED AND DECREED.

Signed: January 5, 2022

Kenneth D. Bell
United States District Judge