IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
MDL DOCKET NO. 5:20-MD-2947-KDB-DSC

| | |
|---|---|
| IN RE: LOWE'S COMPANIES, INC. FAIR LABOR STANDARDS ACT (FLSA) AND WAGE AND HOUR LITIGATION | STATUS REPORT REGARDING SETTLEMENT; REQUEST TO MODIFY DEADLINE |
| THIS DOCUMENT APPLIES TO: *All Cases* | |

On January 6, 2022, the Court ordered a "brief status report … as to the[] settlement and the[] proposed plan for settlement approval" to be filed by February 4, 2022. *See* ECF No. 79. Pursuant to that Order, the Named Plaintiffs and Defendants Lowe's Companies, Inc. and Lowe's Home Centers, LLC (collectively, "Lowe's") (together, the "Parties"), jointly and respectfully report as follows:

As previously reported to the Court (*see* ECF No. 78), on December 31, 2021, the Parties executed a Memorandum of Understanding ("MOU") to settle the claims of (a) the remaining FLSA Opt-Ins in the *Danford* action; (b) the 23 Named Plaintiffs in the 19 state-law class actions; and (c) 188 former Opt-Ins who were dismissed from *Danford* and subsequently initiated individual arbitrations.

Pursuant to the MOU, on January 21, 2022, Lowe's provided to Plaintiffs' counsel a draft settlement agreement and draft individual releases for signature by the 23 current Named Plaintiffs. Also pursuant to the MOU, Plaintiffs' counsel is presently developing a proposed allocation of settlement funds among individual Named Plaintiffs and Opt-Ins within the total amount agreed upon in the MOU. Once the allocations are finalized and the agreement executed, the individual releases will be provided to the Named Plaintiffs for signature. After those signatures have been

1

obtained, Plaintiffs will file a motion seeking Court approval of the settlement with the Named Plaintiffs and Opt-Ins, including an award of fees and expenses. If and when the Court grants its approval, the cases will be dismissed, and Court-approved disbursements will be made with the assistance of a third-party settlement administrator.

Plaintiffs further state that additional time is required to (a) prepare and propose a methodology for allocating the settlement funds among individual Named Plaintiffs and Opt-Ins; (b) obtain signatures from Named Plaintiffs; and (c) draft settlement approval papers. Accordingly, Plaintiffs respectfully request that the deadline to file settlement approval papers be extended through and including April 8, 2022. Lowe's does not object to this request.

A draft order is attached hereto for the Court's consideration.

Dated: February 2, 2022

Respectfully submitted,

/s/ *Kevin J. Stoops*
Kevin J. Stoops
Jason J. Thompson
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
Phone: (248) 355-0300
KStoops@sommerspc.com
JThompson@sommerspc.com

James J. Mills
BURNS, DAY, & PRESNELL, P.A.
2626 Glenwood Avenue, Suite 560
Raleigh, North Carolina 27608
Phone: (919) 782-1441
jmills@bdppa.com
*Attorneys for Plaintiffs*

/s/ *David A. Schnitzer*
Jason C. Schwartz
Molly T. Senger
David A. Schnitzer
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
jschwartz@gibsondunn.com
msenger@gibsondunn.com
dschnitzer@gibsondunn.com

Karl G. Nelson
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Ave., Ste. 2100
Dallas, TX 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900
knelson@gibsondunn.com

Adam K. Doerr (Bar Number: 37807)
ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon St., Ste. 1900
Charlotte, North Carolina 28246
Telephone:  (704) 377-2536
Facsimile:  (704) 378-4000
adoerr@robinsonbradshaw.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ *Kevin J. Stoops*
Kevin J. Stoops
Sommers Schwartz, P.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
MDL DOCKET NO. 5:20-MD-2947-KDB-DSC

|   |   |
|---|---|
| IN RE: LOWE'S COMPANIES, INC. FAIR LABOR STANDARDS ACT (FLSA) AND WAGE AND HOUR LITIGATION | ) ) ) ) ) ) |
|  | ) [PROPOSED] ORDER |
| THIS DOCUMENT APPLIES TO *All Cases* | ) ) ) ) |

## [PROPOSED] ORDER

The Court has reviewed the Parties' filing. *See* ECF No. 80.

For good cause shown, it is HEREBY ORDERED that the Parties shall file appropriate settlement approval papers by April 8, 2022.

It is HEREBY FURTHER ORDERED that the Parties shall file a further status report by March 4, 2022.

SO ORDERED, ADJUDGED AND DECREED.

Signed: February ___, 2022

_____
Hon. Kenneth D. Bell
United States District Judge