IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
MDL DOCKET NO. 5:20-MD-2947-KDB-DSC

| | |
|---|---|
| IN RE: LOWE'S COMPANIES, INC. FAIR LABOR STANDARDS ACT (FLSA) AND WAGE AND HOUR LITIGATION | ORDER |
| THIS DOCUMENT APPLIES TO *All Cases* | |

The Court has reviewed the Parties' status report and request for additional time to file documents relating to a proposed settlement. *See* Doc. No. 80. For good cause shown, it is ORDERED that the Parties shall file appropriate settlement approval papers no later than April 8, 2022. The Parties are also directed to file a further status report byMarch 4, 2022.

SO ORDERED, ADJUDGED AND DECREED.

Signed: February 3, 2022

Kenneth D. Bell
United States District Judge