UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
MDL DOCKET NO: 5:20-MD-2947-KDB-DSC

| | |
|---|---|
| IN RE: LOWE'S COMPANIES, INC., )<br>FAIR LABOR STANDARDS ACT )<br>(FLSA) AND WAGE AND HOUR )<br>LITIGATION )<br>_____ ) | NOTICE OF ATTORNEY CHANGE<br>OF ADDRESS AND LAW FIRM |

NOW COMES Jesse L. Young and provides this notice of change of address and law firm; and the Clerk of the Court is requested to enter the same into the Court records:

Attorney Jesse L. Young, representing Plaintiffs, is no longer associated with Kreis, Enderle, Hudgins & Borsos, P.C. and he has a new address and law firm as of February 1, 2022:

>Jesse L. Young
>Sommers Schwartz, P.C.
>One Towne Square, 17th Floor
>Southfield, Michigan 48076
>jyoung@sommerspc.com
>Tel: 248-355-0300

Dated: February 7, 2022

Respectfully Submitted,

*/s/ Jesse L. Young*
Jesse L. Young (admitted *pro hac vice*)
MI State Bar No. P72614
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, Michigan 48076
jyoung@sommerspc.com

*One of the Attorneys for Plaintiffs and the Putative Class/Collective Action Members*

1

## CERTIFICATE OF SERVICE

    I certify that on February 7, 2022, I electronically filed the forgoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jesse L. Young*
Jesse L. Young