UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

MDL DOCKET NO: 5:20-MD-2947-KDB-DSC

IN RE: LOWE'S COMPANIES, INC., )
FAIR LABOR STANDARDS ACT )
(FLSA) AND WAGE AND HOUR )
LITIGATION )
_____ )

## NOTICE OF WITHDRAWAL OF CONSENT TO JOIN COLLECTIVE ACTION FOR OPT-IN PLAINTIFF ROBERT RICHMOND

NOW COME Plaintiffs, by and through the undersigned counsel, and hereby give notice on behalf of Opt-in Plaintiff, Robert Richmond, of his withdrawal of consent to join collective action filed in Case No. 5:19-cv-00041, on December 23, 2019, Dkt. 129-2, p. 6.

Dated: February 25, 2022         Respectfully submitted

/s/ *Kevin J. Stoops*
Kevin J. Stoops (admitted *pro hac vice*)
Jason J. Thompson (admitted *pro hac vice*)
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
Phone: (248) 355-0300
kstoops@sommerspc.com
jthompson@sommerspc.com

Seth R. Lesser
Amir Alimehri
KLAFTER LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
Tel: (914) 934-9200
seth@klafterlesser.com
amir.alimehri@klafterlesser.com

James J. Mills, NC Bar No. 36529
BURNS, DAY & PRESNELL, P.A.
2626 Glenwood Avenue, Suite 560
Raleigh, North Carolina 27608
Phone: (919) 782-1441
jmills@bdppa.com

*Attorneys for Plaintiffs and the Putative
Class/Collective Action Members*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 25, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sends notification of such filing to all counsel of record.

*/s/ Kevin J. Stoops*
Kevin J. Stoops