# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# MDL DOCKET NO. 5:20-MD-2947-KDB-DSC

| | |
|---|---|
| IN RE: LOWE'S COMPANIES, INC. FAIR LABOR STANDARDS ACT (FLSA) AND WAGE AND HOUR LITIGATION | STATUS REPORT REGARDING SETTLEMENT |
| THIS DOCUMENT APPLIES TO: *All Cases* | |

On February 3, 2022, the Court ordered a further status report to be filed by March 4, 2022 regarding the parties' settlement discussions. *See* ECF No. 81. Pursuant to that Order, the Named Plaintiffs and Defendants Lowe's Companies, Inc. and Lowe's Home Centers, LLC (collectively, "Lowe's") (together, the "Parties"), jointly and respectfully report as follows:

The Parties are finalizing a small number of provisions in their proposed settlement agreement and anticipate executing the agreement next week, to be followed immediately by the distribution of short-form releases for signature by the 23 Named Plaintiffs.

Dated: March 4, 2022

Respectfully submitted,

/s/ *Kevin J. Stoops*
Kevin J. Stoops
Jason J. Thompson
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
Phone: (248) 355-0300
KStoops@sommerspc.com
JThompson@sommerspc.com

/s/ *David A. Schnitzer*
Jason C. Schwartz
Molly T. Senger
David A. Schnitzer
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
jschwartz@gibsondunn.com
msenger@gibsondunn.com
dschnitzer@gibsondunn.com

| | |
|---|---|
| James J. Mills<br>BURNS, DAY, & PRESNELL, P.A.<br>2626 Glenwood Avenue, Suite 560<br>Raleigh, North Carolina 27608<br>Phone: (919) 782-1441<br>jmills@bdppa.com<br>*Attorneys for Plaintiffs* | Karl G. Nelson<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Ave., Ste. 2100<br>Dallas, TX 75201<br>Telephone: (214) 698-3100<br>Facsimile: (214) 571-2900<br>knelson@gibsondunn.com<br><br>Adam K. Doerr (Bar Number: 37807)<br>ROBINSON, BRADSHAW & HINSON, P.A.<br>101 N. Tryon St., Ste. 1900<br>Charlotte, North Carolina 28246<br>Telephone: (704) 377-2536<br>Facsimile: (704) 378-4000<br>adoerr@robinsonbradshaw.com<br>*Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ *Kevin J. Stoops*
Kevin J. Stoops
Sommers Schwartz, P.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
MDL DOCKET NO. 5:20-MD-2947-KDB-DSC

| | |
|---|---|
| IN RE: LOWE'S COMPANIES, INC. FAIR LABOR STANDARDS ACT (FLSA) AND WAGE AND HOUR LITIGATION | [PROPOSED] ORDER |
| THIS DOCUMENT APPLIES TO *All Cases* | |

## [PROPOSED] ORDER

The Court has reviewed the Parties' filing. *See* ECF No. 80.

For good cause shown, it is HEREBY ORDERED that the Parties shall file appropriate settlement approval papers by April 8, 2022.

It is HEREBY FURTHER ORDERED that the Parties shall file a further status report by March 4, 2022.

SO ORDERED, ADJUDGED AND DECREED.

Signed: February ___, 2022

_____
Hon. Kenneth D. Bell
United States District Judge