UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
MDL DOCKET NO. 5:20-md-2947-KDB-DSC

| | |
|---|---|
| IN RE: LOWE'S COMPANIES, INC. FAIR LABOR STANDARDS ACT (FLSA) AND WAGE AND HOUR LITIGATION | |
| THE DOCUMENT APPLIES TO ALL MEMBER CASES | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1(f), the undersigned hereby moves this Court for permission to withdraw Amir Alimehri as counsel for Plaintiffs. In support of this Motion, the undersigned states as follows:

1. Mr. Alimehri is one of the co-counsels on this matter.

2. Mr. Alimehri will no longer be associated with the firm of Klafter Lesser LLP effective March 25, 2022.

3. All other counsel of record for Plaintiffs, including the undersigned, will continue to serve as counsel for Plaintiffs.

4. No party will be prejudiced and no delay in the prosecution of this matter will result by this withdrawal.

WHEREFORE, for good cause shown, the undersigned requests entry of an order withdrawing Amir Alimehri as counsel for Plaintiffs regarding this matter.

Date:  March 24, 2022

           Respectfully submitted,

           _____
           Seth R. Lesser, Esq.
           KLAFTER LESSER LLP
           Two International Drive, Suite 350
           Rye Brook, New York 10573
           (914) 934-9200
           seth@klafterlesser.com

## **CERTIFICATE OF SERVICE**

I certify that, on March 24, 2022, I electronically filed the forgoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

           _____
           Seth R. Lesser, Esq.
           KLAFTER LESSER LLP
           Two International Drive, Suite 350
           Rye Brook, New York 10573
           (914) 934-9200
           seth@klafterlesser.com

2

Case 5:20-md-02947-KDB-DSC   Document 86   Filed 03/24/22   Page 2 of 2