UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
MDL DOCKET NO. 5:20-md-2947-KDB-DSC

| | |
|---|---|
| IN RE: LOWE'S COMPANIES, INC. FAIR LABOR STANDARDS ACT (FLSA) AND WAGE AND HOUR LITIGATION | |
| THE DOCUMENT APPLIES TO ALL MEMBER CASES | |

### [PROPOSED] ORDER GRANTING AMIR ALIMEHRI TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Pursuant to Local Rule 83.1(f), Attorney Seth R. Lesser hereby seeks to withdraw Attorney Amir Alimehri as counsel for Plaintiffs. All other counsel of record for Plaintiffs continue to serve as counsel for Plaintiffs. Mr. Alimehri's withdrawal from the case will not cause any substantial burden upon the Plaintiffs.

IT IS HEREBY ORDERED that Amir Alimehri is withdrawn as counsel for Plaintiffs in this matter.

Date: March ___, 2022

_____
Hon. David S. Cayer
U.S. Magistrate Judge