**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
MDL DOCKET NO. 5:20-MD-2947-KDB-DSC**

| | |
|---|---|
| IN RE: LOWE'S COMPANIES, INC. FAIR LABOR STANDARDS ACT (FLSA) AND WAGE AND HOUR LITIGATION | PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SETTLEMENT APPROVAL PAPERS |
| THIS DOCUMENT APPLIES TO: *All Cases* | |

On February 3, 2022, the Court granted Plaintiffs request for additional time to file documents relating to a proposed settlement [ECF No. 80], at this time Plaintiffs respectfully request that the deadline to file settlement approval papers be extended through and including May 20, 2022 for the following reasons :

1. Counsel for the Parties resolved this matter on December 31, 2021 by way of execution of a short-form term sheet.

2. Since that date, Counsel for the Parties have diligently negotiated the terms of a comprehensive settlement agreement that is necessary to fully and accurately memorialize the terms of the Parties' Settlement, including the allocation of funds across Opt-in Plaintiffs holding varying job titles and job duties.

3. On March 24, 2022 the Parties fully executed the settlement agreement, including a model Named Plaintiff release that must be executed by each of the twenty-three Named Plaintiffs.

4. Plaintiffs' Counsel is now in the process of collecting signatures from the Named Plaintiffs on each of their individual releases.

1

5. As part of their individual releases, thirteen of the twenty-three Named Plaintiffs are provided twenty-one day signing periods and a seven day revocation period as mandated by the Age Discrimination in Employment Act ("ADEA").

6. Execution of the individual releases by the Named Plaintiffs, and expiration of the ADEA signing and revocation periods, must be accomplished prior to Plaintiffs' Counsel filing their Motion for Approval of Settlement.

7. As such, and to accommodate for anticipated delays in collection all of the necessary Named Plaintiff signatures, Plaintiffs' Counsel requests until May 20, 2022 to file the Motion for Approval of Settlement.

8. Defendants do not object to this extension request.

9. A draft order is attached hereto for the Court's consideration.

Dated: March 25, 2022

Respectfully submitted,

*/s/ Kevin J. Stoops*
Kevin J. Stoops
Jason J. Thompson
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
Telephone: (248) 355-0300
KStoops@sommerspc.com
JThompson@sommerspc.com

James J. Mills
BURNS, DAY, & PRESNELL, P.A.
2626 Glenwood Avenue, Suite 560
Raleigh, North Carolina 27608
Telephone: (919) 782-1441
jmills@bdppa.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

> */s/ Kevin J. Stoops*
> Kevin J. Stoops
> SOMMERS SCHWARTZ, P.C.
> One Towne Square, 17th Floor
> Southfield, Michigan 48076
> Telephone: (248) 355-0300
> KStoops@sommerspc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
MDL DOCKET NO. 5:20-MD-2947-KDB-DSC

| | |
|---|---|
| IN RE: LOWE'S COMPANIES, INC. FAIR LABOR STANDARDS ACT (FLSA) AND WAGE AND HOUR LITIGATION | [PROPOSED] ORDER |
| THIS DOCUMENT APPLIES TO *All Cases* | |

# [PROPOSED] ORDER

The Court has reviewed Plaintiffs' request for additional time to file documents relating to a proposed settlement. *See* Doc No. 87.

For good cause shown, it is HEREBY ORDERED that the Parties shall file appropriate settlement approval papers by May 20, 2022.

SO ORDERED, ADJUDGED AND DECREED.

Signed: March _____, 2022

_____
Kenneth D. Bell
United States District Judge