UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

MDL DOCKET NO: 5:20-MD-2947-KDB-DSC

IN RE: LOWE'S COMPANIES, INC., )
FAIR LABOR STANDARDS ACT )
(FLSA) AND WAGE AND HOUR )
LITIGATION )
_____ )

## PLAINTIFFS' NOTICE OF FILING CONSENTS TO JOIN

NOW COME Plaintiffs, by and through their undersigned counsel, and hereby notify this Court of the filing of the Consents to Join Collective Action attached hereto.

Dated: May 20, 2022

Respectfully submitted,

/s/ *Kevin J. Stoops*
Kevin J. Stoops (admitted *pro hac vice*)
Jason J. Thompson (admitted *pro hac vice*)
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
Phone: (248) 355-0300
kstoops@sommerspc.com
jthompson@sommerspc.com

Seth R. Lesser
Amir Alimehri
KLAFTER LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
Phone: (914) 934-9200
seth@klafterlesser.com
amir.alimehri@klafterlesser.com

James J. Mills, NC Bar No. 36529
BURNS, DAY & PRESNELL, P.A.
2626 Glenwood Avenue, Suite 560
Raleigh, North Carolina 27608
Phone: (919) 782-1441
jmills@bdppa.com

*Attorneys for Plaintiffs and the Putative Class/Collective Action Members*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on May 20, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sends notification of such filing to all counsel of record.

                                                   */s/ Kevin J. Stoops*
                                                   Kevin J. Stoops