**Consent To Join Form**

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Gabriel Ramirez

Signature:      Gabriel Ramirez

Date:           11/17/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995968
Response #: 395
SIMID: 31219

Case 5:20-md-02947-KDB-DSC   Document 83-1   Filed 05/20/22   Page 1 of 66

## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Brandy Wright

Signature:      Brandy Wright

Date:           11/18/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995991
Response #: 415
SIMID: 37385

# Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Anna Kurmas

Signature:       Anna Kurmas

Date:            11/18/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 996138
Response #: 419
SIMID: 42733

**Consent To Join Form**

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.


*(Please print legibly)*


Print Name:     Heather Leigh Smith

Signature:      Heather Leigh Smith

Date:           11/19/2019


*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com


Response ID: 996280
Response #: 451
SIMID: 10048

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:      William H Vannote

Signature:       William H Vannote

Date:            11/19/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 996208
Response #: 442
SIMID: 41601

**Consent To Join Form**

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:    Michael Stolle

Signature:    Michael Stolle

Date:    11/17/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* <u>**January 5, 2020**</u> *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*<br>
c/o Notice Administrator<br>
P.O. Box 26170<br>
Santa Ana, CA 92799<br>
Email: lowescollective@simpluris.com<br>
Fax: (714) 917-7455<br>
Online: lowescollective.com

Response ID: 995984
Response #: 409
SIMID: 37951

Case 5:20-md-02947-KDB-DSC Document 88-1 Filed 05/20/22 Page 6 of 66

## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:       Irvin Rodriguez Ortiz

Signature:        Irvin Rodriguez Ortiz

Date:             11/16/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995948
Response #: 378
SIMID: 41406

## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Jamie Richardson

Signature:     Jamie Richardson

Date:     11/17/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995973
Response #: 400
SIMID: 15988

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Ladenia Page Jewitt

Signature:      Ladenia Page Jewitt

Date:           11/17/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995983
Response #: 408
SIMID: 15276

## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Sad Maxwell

Signature:      Sad Maxwell

Date:           11/19/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 996210
Response #: 444
SIMID: 7077

**Consent To Join Form**

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:        Jasmine Elmore

Signature:          Jasmine Elmore

Date:                11/20/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* __January 5, 2020__ *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 996781
Response #: 632
SIMID: 30722

**Consent To Join Form**

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Russell Mazurik

Signature:      Russell Mazurik

Date:           11/17/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995985
Response #: 410
SIMID: 1959

**Consent To Join Form**

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Sylvia Sandoval

Signature:     Sylvia Sandoval

Date:     11/16/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995965
Response #: 392
SIMID: 37080

# Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Steven Pratt

Signature:     Steven Pratt

Date:     11/18/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 996142
Response #: 421
SIMID: 13193

## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:          Eric D Kramer

Signature:           Eric D Kramer

Date:                11/19/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 996207
Response #: 441
SIMID: 5890

**Consent To Join Form**

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:      Christopher J Drouillard

Signature:        Christopher J Drouillard

Date:               11/16/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995951
Response #: 381
SIMID: 27087

## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Douglas Johnston

Signature:      Douglas Johnston

Date:           11/16/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995961
Response #: 389
SIMID: 47516

# Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Lawrence Scott Gottlieb

Signature:      Lawrence Scott Gottlieb

Date:           11/19/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 996359
Response #: 460
SIMID: 16821

**Consent To Join Form**

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Brendan Navarre

Signature:      Brendan Navarre

Date:           11/20/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 996499
Response #: 479
SIMID: 33141

**Consent To Join Form**

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Luan Tran

Signature:       Luan Tran

Date:            11/19/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 996209
Response #: 443
SIMID: 43425

**Consent To Join Form**

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:      Olivia Yvonne Gottlieb

Signature:        Olivia Yvonne Gottlieb

Date:              11/19/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 996358
Response #: 459
SIMID: 222

## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:        Christopher Snyder

Signature:         Christopher Snyder

Date:              11/19/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 996496
Response #: 478
SIMID: 26163

## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Stephen Sharman

Signature:      Stephen Sharman

Date:           11/20/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 996505
Response #: 483
SIMID: 7455

## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Victoria Paris

Signature:      Victoria Paris

Date:           11/15/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995946
Response #: 376
SIMID: 47892

**Consent To Join Form**

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.


*(Please print legibly)*


Print Name:      Evan Famous

Signature:       Evan Famous

Date:            11/16/2019


*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com


Response ID: 995953
Response #: 383
SIMID: 43983

Page **1** of **1**
Consent to Join Form

**Consent To Join Form**

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Andrew William Hocking

Signature:     Andrew William Hocking

Date:     11/17/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995969
Response #: 396
SIMID: 44792

**Consent To Join Form**

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Heather Bilyeu

Signature:      Heather Bilyeu

Date:           11/18/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 996205
Response #: 440
SIMID: 26404

## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Savanah Moore

Signature:      Savanah Moore

Date:           11/20/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 996924
Response #: 702
SIMID: 18737

## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Robert P Hupp

Signature:      Robert P Hupp

Date:           11/17/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995971
Response #: 398
SIMID: 46744

## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Gina M Sandoval

Signature:     Gina M Sandoval

Date:     11/17/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995981
Response #: 406
SIMID: 986

## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Luke E Clark

Signature:      Luke E Clark

Date:           11/18/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995988
Response #: 413
SIMID: 2213

## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:    Ivette Geary

Signature:    Ivette Geary

Date:    11/20/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 996768
Response #: 622
SIMID: 43719

**Consent To Join Form**

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Justin Luke Gignac

Signature:     Justin Luke Gignac

Date:     11/17/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** to:

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995982
Response #: 407
SIMID: 15476

**Consent To Join Form**

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.


*(Please print legibly)*


Print Name:     Stanley David Houghtaling

Signature:      Stanley David Houghtaling

Date:           11/17/2019


*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com


Response ID: 995986
Response #: 411
SIMID: 4323

**Consent To Join Form**

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Joseph G Searles

Signature:       Joseph G Searles

Date:            11/16/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995955
Response #: 385
SIMID: 18675

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     David Paonessa

Signature:      David Paonessa

Date:           11/16/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995966
Response #: 393
SIMID: 15641

## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Alberto Cagnina

Signature:      Alberto Cagnina

Date:           11/20/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 996501
Response #: 481
SIMID: 34781

## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     John Potratz

Signature:       John Potratz

Date:              11/18/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995990
Response #: 414
SIMID: 5761

## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Christopher White

Signature:      Christopher White

Date:           11/18/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 996144
Response #: 422
SIMID: 26486

## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:        Christopher Rarick

Signature:         Christopher Rarick

Date:              11/19/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 996211
Response #: 445
SIMID: 42112

## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:      Ricky Carpenter

Signature:        Ricky Carpenter

Date:               11/20/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** to:

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 996504
Response #: 482
SIMID: 17807

**Consent To Join Form**

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.


*(Please print legibly)*


Print Name:     Paul D Sebastian

Signature:      Paul D Sebastian

Date:           11/16/2019


*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com


Response ID: 995949
Response #: 379
SIMID: 35026

Page 1 of 1

## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:      Jennifer Cowell Berluchaux

Signature:        Jennifer Cowell Berluchaux

Date:             11/17/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995970
Response #: 397
SIMID: 46274

**Consent To Join Form**

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Tyler S Fuhriman

Signature:     Tyler S Fuhriman

Date:     11/16/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995958
Response #: 387
SIMID: 31255

## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Sarah Emily Martin

Signature:      Sarah Emily Martin

Date:           11/16/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995964
Response #: 391
SIMID: 10877

**Consent To Join Form**

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Paul Merrill

Signature:      Paul Merrill

Date:           11/16/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995963
Response #: 390
SIMID: 4347

## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Crystal Gallegos

Signature:       Crystal Gallegos

Date:              11/18/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995992
Response #: 416
SIMID: 20461

**Consent To Join Form**

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Megan M Wittwood

Signature:       Megan M Wittwood

Date:              11/16/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995947
Response #: 377
SIMID: 45575

# Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Logan R Spencer

Signature:      Logan R Spencer

Date:           11/17/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995975
Response #: 402
SIMID: 25277

## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:      Roberto Valdez

Signature:       Roberto Valdez

Date:            11/16/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995960
Response #: 388
SIMID: 32723

Case 5:20-md-02947-KDB-DSC   Document 86-1   Filed 05/20/22   Page 50 of 66

**Consent To Join Form**

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Lakiva Blakeney

Signature:      Lakiva Blakeney

Date:           11/18/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995994
Response #: 417
SIMID: 28902

**Consent To Join Form**

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:       Jennifer Vida Porasky

Signature:        Jennifer Vida Porasky

Date:             11/20/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* __January 5, 2020__ *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 996792
Response #: 641
SIMID: 22212

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:    Jeromy Lee Hutton

Signature:    Jeromy Lee Hutton

Date:    11/20/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 996894
Response #: 681
SIMID: 12720

# Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Austin Elliott

Signature:     Austin Elliott

Date:     11/17/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995972
Response #: 399
SIMID: 16263

## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:      Abraham Cooper Ii

Signature:        Abraham Cooper Ii

Date:              11/17/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995976
Response #: 403
SIMID: 35955

## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:      Christopher Fabrizio

Signature:      Christopher Fabrizio

Date:      11/20/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 996500
Response #: 480
SIMID: 17913

## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     William Grossmann

Signature:     William Grossmann

Date:     11/19/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 996215
Response #: 446
SIMID: 46541

**Consent To Join Form**

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.


*(Please print legibly)*


Print Name:     Shaun M Allen

Signature:      Shaun M Allen

Date:           11/19/2019


*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com


Response ID: 996335
Response #: 458
SIMID: 2856

## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:      Angela Garcia

Signature:        Angela Garcia

Date:              11/20/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 996840
Response #: 655
SIMID: 14866

## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     David Shive

Signature:      David Shive

Date:           11/17/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995979
Response #: 405
SIMID: 10484

**Consent To Join Form**

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Danier Marie Staley

Signature:      Danier Marie Staley

Date:           11/16/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995956
Response #: 386
SIMID: 8041

## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:      Jason Hergenrother

Signature:        Jason Hergenrother

Date:              11/16/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995967
Response #: 394
SIMID: 36766

**Consent To Join Form**

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:      Mervin Lee Weber

Signature:       Mervin Lee Weber

Date:            11/17/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995987
Response #: 412
SIMID: 45356

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Matthew Ortiz

Signature:        Matthew Ortiz

Date:              11/19/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 996442
Response #: 475
SIMID: 18831

**Consent To Join Form**

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Michael Hapner

Signature:       Michael Hapner

Date:            11/16/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995950
Response #: 380
SIMID: 28924

**Consent To Join Form**

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.,* Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name:     Brian K Waters

Signature:       Brian K Waters

Date:             11/16/2019

*To be valid, please return via email, facsimile, or mailed and postmarked by* **January 5, 2020** *to:*

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

Response ID: 995954
Response #: 384
SIMID: 39889