IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
MDL DOCKET NO. 5:20-MD-2947-KDB-DSC

| | |
|---|---|
| IN RE: LOWE'S COMPANIES, INC. FAIR LABOR STANDARDS ACT (FLSA) AND WAGE AND HOUR LITIGATION | ) ) ) MOTION TO EXCEED PAGE LIMIT ) PURSUANT TO LOCAL RULE 7.1(d) ) ) ) |
| THIS DOCUMENT APPLIES TO: *All Cases* | ) ) ) ) |

Pursuant to LR 7.1(d), the parties respectfully move the Court for permission to submit a memorandum of law in support of the Plaintiffs' Motion for Approval of Settlement (the "Memorandum") of 35 pages in length, 10 pages in excess of the 25 page limit set by the Local Rules. Due to the complexity of this class action settlement, an increased page limit of 10 pages for the Memorandum is in order to adequately brief the issues to be considered.

This motion is based upon all pleadings and other papers on file in the Action.

Respectfully submitted,

Dated: May 20, 2022 /s/ *Kevin J. Stoops*
Kevin J. Stoops (admitted *pro hac vice*)
Jason J. Thompson (admitted *pro hac vice*)
Rod M. Johnston (admitted *pro hac vice*)
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
Phone: (248) 355-0300
kstoops@sommerspc.com
rjohnston@sommerspc.com
jthompson@sommerspc.com

Seth R. Lesser (admitted *pro hac vice*)
KLAFTER LESSER, LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
Phone: (914) 934-9200
seth@klafterolsen.com

Timothy Becker, Esq. (MN ID #0256663)
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(612) 436-1800
tbecker@johnsonbecker.com

*Attorneys for Plaintiffs and the Putative Class/Collective Action Members*