IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
MDL DOCKET NO. 5:20-MD-2947-KDB-DSC

|  |  |
|---|---|
| IN RE: LOWE'S COMPANIES, INC. FAIR LABOR STANDARDS ACT (FLSA) AND WAGE AND HOUR LITIGATION | ) ) ) ) ) ) ) |
| THIS DOCUMENT APPLIES TO: *All Cases* | ) ) ) ) |

**[PROPOSED] ORDER GRANTING MOTION
TO EXCEED PAGE LIMIT PURSUANT TO LR 7.1(d)**

Upon consideration of the Motion to Exceed Page Limit Pursuant to LR 7.1(d), IT IS HEREBY ORDERED that Plaintiffs may submit a memorandum of law in support of their Motion for Approval of the Settlement of 35 pages in length.

Dated: _____  BY THE COURT:

_____
HONORABLE KENNETH D. BELL