IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
MDL DOCKET NO. 5:20-MD-2947-KDB-DSC

IN RE: LOWE'S COMPANIES, INC. )
FAIR LABOR STANDARDS ACT )
(FLSA) AND WAGE AND HOUR )
LITIGATION )

THIS DOCUMENT APPLIES TO: )
*All Cases* )

# EXHIBIT LIST

Exhibit A    Settlement Agreement

Exhibit B    Declaration of Kevin J. Stoops, Esq.

Exhibit C    Declaration of Seth R. Lesser, Esq.

Exhibit D    Declaration of Timothy J. Becker, Esq.

Exhibit E    Declaration of James J. Mills, Esq.

Exhibit F    Declaration of Jason J. Thompson, Esq.

Exhibit G    [Proposed] Final Order Granting Collective Action Settlement and Judgment and Order of Dismissal