# Exhibit B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**MDL DOCKET NO. 5:20-MD-2947-KDB-DSC**

| | |
|---|---|
| IN RE: LOWE'S COMPANIES, INC. | ) |
| FAIR LABOR STANDARDS ACT | ) |
| (FLSA) AND WAGE AND HOUR | ) |
| LITIGATION | ) |
| | ) |
| | ) |
| THIS DOCUMENT APPLIES TO: | ) |
| *All Cases* | ) |
| | ) |

**DECLARATION OF KEVIN J. STOOPS, ESQ.**

After being duly sworn, I Kevin J. Stoops hereby state:

1.      I make this declaration in support of Plaintiffs' Unopposed Motion to Certify a Collective Action Under Section 216(b) of the FLSA Solely for Settlement Purposes; For Approval of an Opt-in Settlement; For Appointment of Settlement Administrator; And for Approval of Awards of Attorneys' Fees and Costs and Service Awards (hereinafter, "Plaintiffs' Motion").

**A.      Practice Background**

2.      I am the lead attorney for the Named Plaintiffs and Settlement Class Members in this action and I am personally familiar with, and have personal knowledge of, the files and records of this case.

3.      I received my JD degree, *magna cum laude*, from the Thomas M. Cooley Law School in May 2004.  I have practiced law in the State of Michigan. In addition to Michigan, I am licensed to practice law in the State of California. Other admissions to practice include the following courts: United States Supreme Court; Sixth Circuit Court of Appeals; U.S. District Court for the Eastern District of Michigan; U.S. District Court for the Western District of Michigan; U.S. District Court for the District of Colorado; U.S. District Court for the Northern District of

Alabama. I have appeared *pro hac vice* in numerous U.S. District Courts across the country including, but not limited to, the following: U.S. District Court, Northern District of California; U.S. District Court, Middle District of Florida; U.S. District Court, Southern District of Florida; U.S. District Court, Middle District of Georgia; U.S. District Court, Western District of Kentucky; U.S. District Court, District of Nevada; U.S. District Court, Western District of New York; U.S. District Court, Eastern District of North Carolina; U.S. District Court, Western District of North Carolina; U.S. District Court, Northern District of Ohio; U.S. District Court, Western District of Texas; U.S. District Court, Western District of Virginia; and U.S. District Court, Western District of Washington.

4. I am a Senior Shareholder in the law firm of Sommers Schwartz, P.C. in Southfield, Michigan, and have worked for the firm since 2003. I have served on the Firm's Board of Directors since 2012.

5. Founded over 40 years ago, Sommers Schwartz is one of the preeminent contingent fee law firms in the Midwest, if not the country. The firm's primary practice areas include: employment litigation; commercial litigation; class action litigation; medical malpractice litigation and personal injury litigation. The firm has been lead counsel and/or held positions of substantial responsibility on steering committees in lawsuits concerning antitrust violations, mass torts, defective products, dangerous drugs, wage and hour violations, and numerous other types of cases against large corporations. The firm's shareholders are experienced trial attorneys, with active cases pending in both state and federal courts throughout the country.

6. Since obtaining my law license in 2004 I have litigated actions spanning the following practice areas: employment law (including discrimination, breach of contract, whistleblower's law, and public policy claims); commercial litigation; and intellectual property

(including complex trade secret, patent and trademark matters). Representative cases from these practice areas include the following:

- July 2018: $800,000 arbitration judgment in connection with minority shareholder claims (Detroit, Michigan).

- December 2017: $482,500 settlement in connection with breach of contract claims asserted by class of truck drivers (Macomb County Circuit Court, Michigan)

- November 2014: $450,000 settlement in connection with ADA, FMLA, and breach of contract claims asserted by terminated middle school principal (U.S. District Court for Western District of Michigan).

- May 2012: $1,100,000 settlement. Served as lead counsel in a complex commercial litigation case that involved claims (including breach of contract, fraud, and violation of the Michigan Sales Representative Commission Act) by my clients against a former joint venture partner. (U.S. District Court for Western District of Michigan).

- February 2012: $2.5 Million settlement. Along with my partner, Andrew Kochanowski, assisted client in obtaining a $2.5 Million settlement in a complex business litigation dispute involving joint venture contract and trademark infringement claims. (U.S. District Court for the District of Colorado).

- June 2011: $800,000 settlement. Served as lead counsel in a complex litigation arbitration pending in Chicago, Illinois, that involved claims of oppression, breach of contract and breach of fiduciary duty by a former shareholder against a multi-million dollar business involved in the medical insurance industry.

- January 2011: $367,000 settlement. Successfully obtained a $367,000 settlement for the conservator of a minor child in a complex probate litigation matter involving claims of conversion and breach of fiduciary duty against the personal representatives of decedent's estate. (Kalamazoo County Circuit Court, Michigan).

- July 2010: Holbrook et al v GenTek, Inc. 2010 WL 2697126. Obtained summary judgment in favor of four clients, former executives in the automotive industry, on claim that the former employer breached their executive bonus agreement. (U.S. District Court for the Eastern District of Michigan).

- March 2009: $3.1 Million Breach of Contract Verdict. Along with partner Andrew Kochanowski, obtained a breach of contract and patent infringement verdict for the Michigan inventor of an aluminum baseball bat safety testing machine.(U.S. District Court for the Western District of Michigan).

- April 2006: $2.4 million Employment Discrimination Verdict. Along with partner Joe Golden, obtained Title VII and Elliot-Larsen national origin discrimination verdict for a

3

public school teacher in the U.S. District Court for the Eastern District of Michigan. (U.S. District Court for the Eastern District of Michigan).

7.     Since 2014, I have served as a member of the firm's national wage & hour litigation practice, which currently consists of eight attorneys and five staff members.  Most, if not all, of my time is devoted to challenging illegal wage and hour practices on behalf of current and former employees. Representative cases from my wage and hour practice include the following:

- *McCroskey v. Tate & Lyle Ingredients Americas, LLC* – Lead Counsel in connection with $3,900,000 settlement of approximately 1,600 Process Operators and Process Technicians who claimed their employer unlawfully withheld compensation in violation of the Fair Labor Standards Act's wage and hour provisions and various state laws (District Court for the Northern District of Illinois).

- *Gabel v. Carenet Infomedia Group, Inc.* – Lead Counsel in connection with a $618,750 settlement of 764 Tele-Nurses who alleged off-the-clock work related to booting up and shutting down their computer systems in violation of the Fair Labor Standards Act and several state wage and hour laws.

- *Chetwood v. T-Mobile* – Lead Counsel in connection with $2,000,000 settlement of over 6,000 call center customer service representatives who alleged off-the-clock work related to booting up and shutting down their computer systems in violation of the Fair Labor Standards Act and several state wage and hour laws (District Court for the Western District of Washington).

- *Smith v. Kaiser Foundation Hospitals* – Lead Counsel in connection with $1,475,000 settlement of approximately 474 hourly Telemedicine Specialists, Customer Support Specialists and Wellness Specialists who claimed their employer unlawfully withheld compensation in violation of the Fair Labor Standards Act's wage and hour provisions and California state law (District Court for the Southern District of California).

- *Marston v. Ashland Specialty Ingredients* – Lead Counsel in connection with $3,900,000 settlement of over 800 chemical operators who claimed their employer unlawfully withheld compensation in violation of the Fair Labor Standards Act's wage and hour provisions and various state laws (District Court for the Northern District of Ohio).

- *Clark v. Bank of America N.A.* – Lead Counsel in connection with $1,755,000 settlement of over 1,400 call center customer service representatives who claimed their employer unlawfully withheld compensation in violation of the Fair Labor Standards Act's wage and hour provisions of Nevada state law (District Court for the District of Nevada).

- *Bell v. CoWorx Staffing Services, LLC, et al.* – Lead Counsel in connection with $850,00 settlement of over 3,600 call center customer service representatives who claimed their employer unlawfully withheld compensation in violation of the Fair Labor Standards Act's wage and hour provisions and Pennsylvania and Arizona state law (District Court for the Eastern  District of Pennsylvania).

4

- *Banks v. Kaiser Foundation Health Plan, Inc.* – Lead Counsel in connection with $1,650,000 settlement of approximately 1,200 call center customer service representatives who claimed their employer unlawfully withheld compensation in violation of the Fair Labor Standards Act's wage and hour provisions and California state law. (District Court for the Central District of California).

- *Lopez v. Stamps.com, Inc.* – Lead Counsel in connection with $687,594 settlement of over 250 call center customer service representatives who claimed their employer unlawfully withheld compensation in violation of the Fair Labor Standards Act's wage and hour provisions and California state law (District Court for the Central District of California).

- *Purnell v. Clearview Centers, LLC* – Lead Counsel in connection with $447,000 settlement of 125 counselors who claimed their employer unlawfully withheld compensation in violation of the Fair Labor Standards Act's wage and hour provisions and California state law. (District Court for the Central District of California).

- *Adams v. Sitel* – Lead Counsel in connection with $1,200,000 settlement of over 10,000 at home customer service representatives who claimed their employer unlawfully withheld compensation in violation of the Fair Labor Standards Act's wage and hour provisions and various state laws. (District Court for the Middle District of North Carolina).

- *Shaulis v. Falcon Subsidiary, LLC d/b/a AxisPoint Health* – Lead Counsel in connection with $595,000 settlement of over 450 Telehealth Nurses Telephone (handling patient telephone calls) who claimed their employer unlawfully withheld compensation in violation of the Fair Labor Standards Act's wage and hour provisions and state law. (District Court for the District of Colorado).

- *Wolf v. The Permanente Medical Group* – Lead Counsel in connection with $2,950,000 settlement of over 1,700 Telephone Service Representatives (handling patient telephone calls) who claimed their employer unlawfully withheld compensation in violation of the Fair Labor Standards Act's wage and hour provisions and California state law. (District Court for the Northern District of California).

- *Brown v. The Permanente Medical Group* – Lead Counsel in connection with $6,255,000 settlement of over 1,300 Advice Nurses (handling patient telephone calls) who claimed their employer unlawfully withheld compensation in violation of the Fair Labor Standards Act's wage and hour provisions and California state law. (District Court for the Northern District of California).

- *Atkinson v. Teletech* – Co-Lead/Class Counsel in connection with $3,500,000 settlement on behalf of over 20,000 home-based customer service agents (call center workers) who claimed their employer unlawfully withheld compensation in violation of the Fair Labor Standards Act's wage and hour provisions. (District Court for the Southern District of Ohio).

- *Matthews v. Convergys* – Co-Lead/Class Counsel in connection with $4,500,000 settlement in nationwide wage and hour class action involving more than 20,000 at-home call center

5

employees who alleged they were not paid for their pre-shift computer login and boot-up time and for time spent working "off-the-clock" while experiencing system downtime. (U.S. District Court for the Western District of North Carolina).

- *Matthews v. Cloud 10* – Lead/Class Counsel in connection with $1,100,000 settlement in nationwide wage and hour class action involving more than 1,000 at-home call center employees who alleged they were not paid for their pre-shift computer login and boot-up time and for time spent working "off-the-clock" while experiencing system downtime. (U.S. District Court for the Western District of North Carolina).

- *Tarrant v. Sutherland* – Lead/Class Counsel in connection with $1,075,000 settlement in nationwide wage and hour class action involving more than 7,000 at-home call center employees who alleged they were not paid for their pre-shift computer login and boot-up time and for time spent working "off-the-clock" while experiencing system downtime. (U.S. District Court for the Western District of New York).

- *Hall v. Higher One, Inc. et al* – Lead/Class Counsel in connection with $964,637 settlement in nationwide wage and hour class action involving approximately 2,000 at-home call center employees who alleged they were not paid for rest breaks and their pre-shift computer login and boot-up time and for time spent working "off-the-clock" while experiencing system downtime. (U.S. District Court for the Eastern District of North Carolina).

- *Padan v. West* – Co-Lead/Class Counsel in nationwide wage and hour class action involving more than 5,000 opt-in brick-and-mortar call center employees alleging unpaid off-the-clock time. (U.S. District Court for the District of Nevada).

- *Gaffers v. Kelly Services* -- Lead/Class Counsel in nationwide wage and hour class action involving more than 8,000 at-home call center employees alleging unpaid off-the-clock time. (U.S. District Court for the Eastern District of Michigan).

- *Ross v. Jack Rabbit, Services* – Co-Lead/Class Counsel in nationwide wage and hour class action involving more than 1,000 roadside assistance drivers alleging that the employer failed to pay them minimum wage and overtime after improperly classifying them as independent contractors. (U.S. District Court for the Western District of Kentucky).

- *Jones v. Coliseum* – Co-Lead/Class Counsel in wage and hour action involving 20 individual plaintiffs alleging that the employer failed to pay them minimum wage and overtime after improperly classifying them as independent contractors. (U.S. District Court for the Eastern District of Michigan).

8.    I have been a member of numerous legal organizations throughout my career and have served in leadership roles in multiple legal organizations including serving as a Board Member for the Detroit Metropolitan Bar Association (2011-2013), and serving as a Board

6

Member for the Litigation Section of the Michigan State Bar (2011-2015). I currently serve as a Hearing Panel Member the State Bar of Michigan's Attorney Discipline Board and as a Case Evaluator for the Oakland County Circuit Court.

9. Sommers Schwartz, P.C. serves as Lead Plaintiffs' Counsel in this case, filed on behalf of current and former non-exempt hourly employees of Defendant's Lowe's Companies, Inc., and Lowe's Home Centers, LLC (hereinafter "Lowe's"), who: 1) performed opening and closing duties without compensation[1]; 2) performed loss prevention exterior perimeter sweeps before and after their shifts and during their meal periods without compensation,[2] and 3) engaged in off-the-clock smartphone communications without compensation.

10. I, along with my partner Jason Thompson (*see* Thompson Declaration at Exhibit B), have been involved in this litigation from the outset and have been responsible for coordinating and directing the efforts of all attorneys who performed services on behalf of Plaintiffs and the putative collective/classes since this case was commenced.

**B.    Background of the Litigation**

11. The genesis of this litigation was the filing of *Danford, et al., v. Lowe's Companies, Inc., Lowe's Home Centers, LLC,* Civ. No. 5:19-CV-00041-KDB-DCK, on April 11, 2019 (hereinafter "*Danford*"). The *Danford* action alleged that Lowe's failed to pay certain hourly managers for the following off-the-clock work: (1) Loss Prevention Managers (hereinafter "LP

---

[1] The employees who performed opening and closing duties include the following job titles: Back-End Department Supervisor; Front-End Department Supervisor; Night Ops Department Supervisor; Department Supervisor Hourly; Sales Floor Department Supervisor; Service Manager; Support Manager; and Temporary Service Manager. This group of employees will be referred to herein as SSMs (Service and Support Managers).

[2] Hourly Managers that performed loss prevention exterior perimeter sweeps include the following job titles: Asset Protection & Safety Manager; Department Manager Store LP & Safety; Department Manager Loss Prevention & Safety; LP & Safety Managers. This group of employees will be referred to herein as LP Managers (Loss Prevention Managers).

Managers") performing exterior perimeter checks of the stores; (2) Service and Support Managers and Department Supervisors (hereinafter "SSM/DSs") performing store opening and closing duties, as well as other perimeter checks before and after meal breaks and midday shifts; and (3) reading and responding to work-related smartphone communications during non-work hours.

12.    The *Danford* action asserted the following claims:

Count I:    Violation of FLSA, 29 U.S.C. § 201, *et seq.* Failure to Pay Overtime Wages (Collective Action under the Fair Labor Standards Act)

Count II:    Violations of North Carolina Wage and Hour Act N.C.G.S. §§ 95-25.1, *et seq.*

Count III:    Breach of Contract

Count IV:    Unjust Enrichment

(*Danford* ECF No. 1).[3]

13.    Prior to the filing of the *Danford* action, Plaintiffs' Counsel conducted a thorough investigation into the merits of the Named Plaintiffs' allegations. Plaintiffs' Counsel obtained and reviewed documents from the Named Plaintiffs (Messrs. Danford and Houtman), including pay records, corporate documents, and documents relating to the Named Plaintiffs' job duties. Plaintiffs' Counsel also conducted multiple in-depth interviews of the Named Plaintiffs.

14.    In June 2019, Plaintiffs' Counsel filed a comprehensive Pre-Discovery Motion for FLSA Conditional Certification, along with a detailed Notice of the lawsuit. (*Danford* ECF No. 20).

15.    Thereafter, Lowe's filed multiple motions, including: an Emergency Motion to Expedite Discovery and Stay Briefing on the conditional certification motion (*Danford* ECF No. 21); a Motion to Compel Arbitration of the claims of one of the then Named Plaintiffs, Harry

---

[3] The subsequent First Amended Complaint also included California state-law claims, which were dismissed when Harry Houtman, an early opt-in Plaintiff who worked in California, was dismissed due to an arbitration agreement.  *See Danford* ECF No. 40.

Houtman (*Danford* ECF No. 22); and a Partial Motion to Dismiss. (*Danford* ECF No. 28).

16.     On July 3, 2019 Lowe's filed an Answer to Plaintiffs' Complaint denying all allegations of wrongdoing and liability and asserting 34 affirmative defenses. (*Danford* ECF No. 31).

17.     Next, Lowe's filed several supplemental briefs and declarations challenging the factual allegations and legal basis for Plaintiffs' motion for conditional certification. (*Danford* ECF No. 43 and 44).

18.     On September 19, 2019 the Court held oral argument on Plaintiffs' Motion for Conditional Certification.

19.     The next day the parties commenced written and oral discovery including the deposition of Named Plaintiff Danford.

20.     On October 2, 2019 the Court entered an Order granting Plaintiffs' motion for conditional certification. (*Danford* ECF No. 50).

21.     On November 6, 2019, with the assistance of professional notice administrator Simpluris, Inc., Plaintiffs issued conditional FLSA notice to 47,942 putative collective members.

22.     The FLSA conditional notice opt-in period closed on January 24, 2020.

23.     In total, approximately 3,900 individuals (8.1%) submitted opt-in consent forms to join the FLSA collective. Approximately 1,570 of the original 3,900 opt-ins were subsequently dismissed due to arbitration agreements, untimely claims, and failing to respond to discovery.

**C.     The MDL**

24.     On January 15, 2020 the Court held a status conference to discuss proposed amendments to the Pretrial Order and Case Management Plan. (*Danford* ECF No. 153). During the status conference, Plaintiffs' Counsel informed the Court and Lowe's that they intended to

9

seek to amend their Complaint to add various wage and hour claims arising under the law of multiple states across the country.

25.     Lowe's objected to Plaintiffs' Counsel's proposed amendment. Consequently, during March and April 2020 Plaintiffs' Counsel initiated separate Rule 23 wage and hour actions in various federal courts asserting wage and hour claims arising under the laws of the following states: Arizona, Arkansas, Colorado, Connecticut, Illinois, Kentucky, Maryland, Massachusetts, Minnesota, Missouri, Nevada, New Jersey, New Mexico, New York, Ohio, South Carolina, Washington, and West Virginia, as well as a similar state-court action in Pennsylvania, which Lowe's removed to federal court.

26.     Contemporaneous with Plaintiffs' Counsel's filing of the Rule 23 state law wage and hour actions, Lowe's hired a new law firm, Gibson, Dunn & Crutcher LLP, to represent it in this case and the Rule 23 actions and removed its initial law firm Moore & Van Allen.

27.     On May 12, 2020 Lowe's filed a motion before the United States Judicial Panel on Multidistrict Litigation to transfer the Rule 23 state law wage and hour actions for pretrial proceedings pursuant to 28 U.S.C. § 1407. Specifically, Lowe's requested that all of the matters be transferred to Judge Bell in the Western District of North Carolina, who had been presiding over the *Danford* action since its inception.

28.     On August 5, 2020, following oral argument, the Judicial Panel on Multidistrict Litigation transferred eighteen Rule 23 state law wage and hour actions to this Court (Arizona, Arkansas, Colorado, Connecticut, Illinois, Kentucky, Maryland, Massachusetts, Minnesota, Missouri, Nevada, New Jersey, New Mexico, New York, Ohio, South Carolina, Washington, and West Virginia).

29.     On August 21, 2020 a tag-along action was also transferred to this Court (*Bowens v. Lowe's Companies, Inc., et al.* (Pennsylvania).

**D.    Overview of the Litigation Proceedings Prior to Settlement**

30.      After transfer of the Rule 23 state wage and hour actions and creation of the MDL, this Court entered a Case Management Order that outlined the discovery limits applicable to the case.

31.     The Court's CMO (*Lowe's WHL MDL* ECF No. 13), imposed the following fact discovery limits on Lowe's:

    a.  300 opt-in Plaintiffs would be subjected to written discovery (interrogatories; requests for admission; requests for production of documents), including, as needed, replacements for those that failed to respond;

    b.  Additional selected opt-in Plaintiffs from each of the 20 Rule 23 states would be subject written discovery (interrogatories; requests for admission; requests for production of documents), such that there would be a minimum of 10 opt-in Plaintiffs from each state who would take part in written discovery (estimated to add approximately 75 opt-in Plaintiffs);

    c.  All Named Plaintiffs would be subjected to written discovery;

    d.  Lowe's would be allowed to take the deposition of all Named Plaintiffs; depositions of up to 90 opt-in Plaintiffs; and up to 20 additional depositions of non-expert and non-opt-in witnesses.

32.     Additionally, Plaintiffs' Counsel was tasked with filing a consolidated complaint that included all of the continuing claims asserted in the *Danford* action as well as all claims asserted in the Rule 23 state wage and hour actions.

33.     On October 14, 2020 Lowe's filed a Motion to Dismiss pursuant to which it sought dismissal of the majority of Plaintiffs' state law claims as well as dismissal of a number of Named Plaintiffs in their individual capacities (*Lowe's WHL MDL* ECF No. 17).

34.     On February 3, 2021 the Court issued an Order granting in part and denying in part

Lowe's Motion to Dismiss. (*Lowe's WHL MDL* ECF No. 28). With the exception of Plaintiffs' claims arising under Arizona state law, at least portions of each of Plaintiffs' Rule 23 state law wage and hour actions survived Lowe's Motion to Dismiss. Plaintiffs subsequently filed a Second Amended Consolidated Complaint, which is the operative pleading for the MDL. (*Lowe's WHL MDL ECF* No. 29).

35. From September 2020 through December 2021 the parties engaged in extensive fact discovery. Among other things:

    a. Lowe's produced approximately 500,000 documents (totaling several million pages) and over 165 gigabytes of data related to payroll and timekeeping records, alarm reports, store schedules, employee schedules, Kronos punch data, and class lists.

    b. Lowe's issued written discovery to over 400 opt-in Plaintiffs (including replacements for those that failed to respond to prior rounds). 275 of these individuals fully responded to the written discovery requests.

    c. 23 Named Plaintiffs fully responded to written discovery requests and appeared for depositions.

    d. Lowe's deposed 76 opt-in Plaintiffs.

    e. Plaintiffs issued multiple sets of written discovery to Lowe's.

    f. Plaintiffs conducted:

        i. 2 Rule 30(b)(6) corporate representative depositions;

        ii. 11 Rule 30(b)(6) state specific representative depositions;

        iii. 10 depositions of Lowe's corporate employees; and

        iv. 3 store manager depositions.

36. Additionally, the parties expended substantial efforts on expert discovery which included initial reports, rebuttal reports, and deposition testimony of the following designated experts: Brian Kriegler, Ph.D. (Plaintiffs' Expert – Statistician/Damages); Lee Miller, J.D. (Plaintiffs' Expert – Human Resource Management/Organizational Culture); Gary White

(Plaintiffs' Expert – Retail Executive Manager/Retail Policies and Procedures); Michael Ward, Ph.D. (Lowe's Expert – Statistician/Damages); Hart Blanton, Ph.D. (Lowe's Expert – *Daubert* challenge to White and Miller reports with respect to accepted academic and social scientific norms and standards).

37.     Finally, throughout the time period that the parties were engaged in discovery they took part in dozens of telephonic meet and confers, exchanged hundreds (if not thousands) of e-mails, and engaged in multiple contested motions related to, among other things: alleged discovery deficiencies; modifications to the CMO; Lowe's privilege designations; substitution of Named Plaintiffs; dismissal of non-responsive opt-in Plaintiffs; and compulsion of opt-ins to arbitration.

**E.    Arbitration Proceedings**

38.     After the close of the FLSA opt-in period Lowe's sought to dismiss hundreds of opt-in Plaintiffs pursuant to arbitration agreements. As a part of this stipulated process, Plaintiffs' Counsel was required to review/analyze over 1,000 arbitration agreements to determine their enforceability and application.

39.     Ultimately, 1,039 opt-in Plaintiffs were dismissed to arbitration. 944 by stipulation and 95 as a result of motion practice.

40.     236 of the dismissed opt-in Plaintiffs retained Plaintiffs' Counsel to initiate individual arbitrations on their behalf.

41.     Prior to settlement of this action, 11 of the arbitrations proceeded to hearing. Plaintiffs' Counsel prevailed in part in 5 of those arbitration proceedings; Lowe's fully prevailed in the other 6 arbitration proceedings. None of the arbitrators ruled in favor of the arbitration claimants' smartphone communication claims.

13

42.     An additional 12 arbitration proceedings were settled by the Parties prior to a final hearing on the merits. A number of other arbitration proceedings were voluntarily dismissed by the arbitration claimants.

43.     At the time of settlement, 188 arbitration proceedings remained in litigation.

**F.      Mediation**

44.     The Parties conducted their first mediation on September 29, 2021 with esteemed wage and hour mediator Linda Singer (Washington, D.C.).

45.     After a full day of a contentious mediation, the Parties were unable to reach a resolution and determined the best course was to push forward with fact and expert discovery.

46.     In November 2021, with substantial fact and expert discovery ongoing as well as looming class certification motion deadlines, the Parties began discussing the parameters of a second mediation.

47.     After lengthy discussion that extended several weeks, the Parties determined that a second mediation was in the best interests of their clients and chose to enlist the services of Lee Parks (Atlanta) to serve as mediator.

48.     The second mediation took place on December 9, 2021. Despite their best efforts in a full day, contentious mediation, the Parties were unable to reach resolution.

49.     Mr. Parks, who has national recognition for his mediation skills, would not let the Parties walk away from the negotiation and expended substantial efforts during the month of December (including several hours spent on telephone calls, e-mails, and text communications) bringing the Parties closer to settlement.

50.     Ultimately, on December 31, 2021 the Parties reached a settlement addressing both the MDL and the arbitrations, the former of which is before the Court today.

51.     The parties spent the next several months working on the long form Settlement Agreement now before the Court, and obtaining signed releases from the Named Plaintiffs. Once the parties finalized the Settlement Agreement, the corresponding settlement approval briefing began.

52.     At all times, the parties' settlement negotiations have been non-collusive, adversarial, and at arm's length.

## G.    **Settlement Terms**

53.     The settlement consists of $2,074,150 to the 2,390 opt-in Plaintiffs (including $142,350 for incentive awards); $25,850 to the settlement administrator; and $5,352,008.18 to Plaintiffs' Counsel for fees and litigation expenses.[4]

54.     The $7,452,008.8 settlement resolving *Danford* and the Rule 23 class actions is the subject of the instant Motion for Settlement Approval.

55.     The Parties' Settlement Agreement, attached hereto as Exhibit 1, identifies each of the 2,390 opt-in Plaintiffs covered by the Settlement, including the Named Plaintiffs in the Rule 23 actions.  (Exh. 1at Exhibit A).

56.     Individual settlement amounts totaling $1,931,800 shall be paid to the 2,390 opt-in Plaintiffs as follows:

> 1.  One Million One Hundred Thirty-Two Thousand Six Hundred Forty-Five Dollars and Seventy-Seven Cents ($1,132,645.77) to be paid to the 1,402 FLSA Opt-Ins who held Service and Support Manager or Department Supervisor positions[5] (hereinafter "SSM/DSs") during the

---

[4] $992,754.30 of this amount represents reimbursement for litigation expenses. The remaining $4,359,253.88 will be used for payment of Plaintiffs' Counsel's attorneys' fees which exceed $4,650,000 (not including attorneys' fees exceeding $411,000 that were incurred by Plaintiffs' Counsel and retained local counsel in connection with the state law cases that were subsequently consolidated by way of the MDL).

[5] Consisting of the following job titles: Back-End Department Supervisor; Front-End Department Supervisor; Night Ops Department Supervisor; Sales Floor Department Supervisor; Service Manager; Support Manager; and Temporary Service Manager.

relevant time period (as indicated in Exhibit A). This amount shall be known as the SSM/DS Net Settlement Fund.

    a. Individual Settlement Amounts will be paid to each of the SSM/DSs from the SSM/DS Net Settlement Amount and shall be paid pursuant to the settlement formula set forth herein. The Settlement Administrator will calculate the total amount that each of the SSM/DSs will receive. The Settlement Administrator will divide the SSM/DS Net Settlement Fund by the total number of work weeks the SSM/DSs were employed in SSM/DS positions between October 2, 2016 and March 1, 2022 ("SSM/DS Work Week Amount"). The Settlement Administrator will multiply the SSM/DS Work Week Amount by the total number of work weeks that each SSM/DS was employed between October 2, 2016 and March 1, 2022 to calculate each SSM/DS's Individual Settlement Amount.

2. Seven Hundred Thirty-Nine Thousand Eight Hundred Twenty-Nine Dollars and Twenty-Three Cents ($739,829.23) to be paid to the 218 FLSA Opt-Ins who held Loss Prevention Manager positions[6] during the relevant time period (hereinafter "LPMs") (as indicated in Exhibit A). This amount shall be known as the LPM Net Settlement Fund.

    a. Individual Settlement Amounts will be paid to each of the LPMs from the LPM Net Settlement Amount and shall be paid pursuant to the settlement formula set forth herein. The Settlement Administrator will calculate the total amount that each of the LPMs will receive. The Settlement Administrator will divide the LPM Net Settlement Fund by the total number of work weeks the LPMs were employed in LPM positions between October 2, 2016 and March 1, 2022 ("LPM Work Week Amount"). The Settlement Administrator will multiply the LPM Pay Period Amount by the total number of work weeks that each LPM was employed between October 2, 2016 and March 1, 2022 to calculate each LPM's Individual Settlement Amount.

3. Fifty Nine Thousand Three Hundred Twenty-Five Dollars and Zero Cents ($59,325.00) to be paid to the 791 FLSA Opt-Ins who did not hold SSM/DS or LPM positions between October 2, 2016 and March 1, 2022 and are only entitled to alleged smartphone communication damages (hereinafter "Smartphone Opt-Ins") (as indicated in Exhibit A). This amount shall be known as the Smartphone Opt-In Net Settlement Fund. Each Smartphone Opt-In shall be paid Seventy-Five Dollars and Zero Cents ($75.00) from the Smartphone Opt-In Net Settlement Fund.

---

[6] Consisting of the following job titles: Asset Protection & Safety Manager; Department Manager Loss Prevention & Safety; and Loss Prevention and Safety Manager.

(Exh. 1 at § 2.4(iii) (pages 5-7)).

57.     The Individual Settlement Amount for each FLSA Opt-In shall be allocated as follows: fifty percent (50%) as wages, for which the Settlement Administrator will issue IRS Form W-2s and any similar required state tax forms; and fifty percent (50%) as liquidated damages, penalties and/or interest, for which the Settlement Administrator will issue IRS Form 1099s and any similar required state tax forms. Incentive Awards, where issued, shall be reported on the Form 1099s and similar state forms. (*Id.* at § 2.4(iii)(c) (page 7)).

58.     $142,350.00 shall be allocated as Incentive Awards as follows:

1.  Forty-Six Thousand Dollars and Zero Cents ($46,000.00) to be distributed equally (Two Thousand Dollars and Zero Cents ($2,000.00) each) to the Named Plaintiffs.

2.  Sixty-Six Thousand Five Hundred Fifty Dollars and Zero Cents ($66,550.00) to be distributed equally (Eight Hundred Seventy-Five Dollars and Zero Cents ($875.00) each) to the 76 FLSA Opt-Ins (other than Named Plaintiffs) who were deposed and participated in written discovery and have not been dismissed from the Action. Said FLSA Opt-Ins are indicated on Exhibit A.

3.  Twenty-Nine Thousand Eight Hundred and Fifty Dollars and Zero Cents ($29,850.00) to be distributed equally (One Hundred Fifty Dollars and Zero Cents ($150.00) each) to the 199 FLSA Opt-Ins who participated in written discovery but did not sit for a deposition and have not been dismissed from the Action. Said FLSA Opt-Ins are indicated on Exhibit A.

(*Id.* at § 2.4(ii) (page 5)).

59.     Any amount of disallowed Incentive Awards will be redistributed among the opt-in Plaintiffs on a pro-rata basis. (*Id.* at § 2.4(iii)(b) (page 7)).

60.     Any amount of the $5,352,008.18 sought by Plaintiffs' Counsel for attorneys' fees and litigation expenses that is disallowed will be redistributed among the opt-in Plaintiffs on a pro-rata basis or distributed to a *cy pres* beneficiary designated by the Court. (*Id.* at § 2.5(b) (page

7)).

61.     None of the amounts paid by Lowe's to fund the settlement will revert to Lowe's. (*Id.* at § 2.7 (page 7)).

62.     The opt-in Plaintiffs are not required to submit a claim form or other documentation of their claim in order to receive payment of their Individual Settlement Amount or any Incentive Award.  Named Plaintiffs, however, must execute an individual release as provided for herein in order to receive their Individual Settlement Amount and Incentive Award. (*Id.* at § 5.3 (page 11)).

63.     Individual settlement amounts and incentive awards will be paid to the opt-in Plaintiffs within 30 days of the effective date of the Court's approval order. (*Id.* at § 5.4 (page 11)).

64.     The opt-in Plaintiffs will be allowed 150 days to redeem their individual settlement amounts. Unclaimed proceeds will be redistributed to the opt-in Plaintiffs if said proceeds exceed $25,000 on a pro-rata basis. Any other unclaimed funds will be remitted to the state unclaimed property fund for the state in which the opt-in Plaintiff resided. (*Id.* at § 5.6 (page 12)).

65.     The opt-in Plaintiffs each agree to fully and forever discharge and release each and every one of the Lowe's Releasees from any and all claims, actions, demands, causes of action, suits, debts, obligations, damages, rights or liabilities, of any nature and description whatsoever, that (x) accrued between October 2, 2016 and March 1, 2022, and (y) are based on or reasonably related to the claims asserted in the Action, and specifically for unpaid wages (including claims for regular wages, overtime, regular rate calculations, and gap time) under the FLSA and under laws of the state(s) in which they worked for Lowe's. (*Id.* at § 3.2 (page 8)).

66.     The Named Plaintiffs each agreed to a general release of the Lowe's Releasees

from any and all claims that they have or may have against the Lowe's Releasees, whether known or unknown, including, but not limited to, all claims that were or could have been asserted in the Action. (*Id.* at § 3.3 (pages 8-9)). Additionally, the Named Plaintiffs agreed to dismiss their pending Putative State Law Class Claims *without prejudice*, and their respective individual state law claims *with prejudice*, resulting in dismissal of each state-law action in its entirety. (*Id.* at § 3.1 (page 8)).

### H.      Reasonableness of Settlement

67.     The details of the settlement are set forth above and in the Motion for Approval. While the final structure of the settlement is clearly set forth in the motion, the complexities that the Parties encountered in reaching this settlement were significant, to say the least.

68.     As Lead Plaintiffs' Counsel, I can attest to the numerous complications that arose each step of the way in determining how to structure a settlement in this case. Identification of the allegedly compensable off-the-clock time involved extensive review of substantial testimonial, document and data production, and substantial legal research. I can further attest to the level of effort, expertise, dedication and creativeness of both Plaintiffs' Counsel and Defense Counsel in making sure that the current settlement was fair, reasonable and adequate to both sides. Had all those efforts not occurred, and the hurdles and obstacles overcome, this case, and the collective wide settlement, would never have been reached.

69.     Furthermore, Lowe's asserted numerous legal and factual defenses to Plaintiffs' claims and collective/class certification efforts including, among others, that:

      a.  Lowe's had no knowledge of the hourly managers' off-the-clock work.

      b.  Lowe's time and alarm records do not support the allegation that certain FLSA opt-ins performed opening and closing duties and/or perimeter checks.

      c.  Lowe's maintains a "punch decline" function in its Kronos timekeeping system that the opt-in Plaintiffs were supposed to utilize to record (and be compensated

for) any work performed off-the-clock. By way of this function Lowe's acted with reasonable diligence to ensure that the employees were compensated for all work performed. Hourly managers were required to complete extensive training related to the punch decline process and other timekeeping obligations. Further, the hourly managers often demonstrated that they knew how to use the declined punch process.

d. The hourly managers are estopped from asserting claims for off-the-clock work where they failed to follow Lowe's decline a punch policies in connection with off-the-clock work. By failing to follow the reasonable policies, they prevented Lowe's from knowing about the work.

e. Lowe's maintains written employment policies pursuant to which employees are expected not to perform work off-the-clock. Furthermore, the employees are not permitted to work overtime without prior authorization.

f. The opt-in Plaintiffs were not assigned to, and in fact did not, perform the off-the-clock work alleged. Instead, the alleged off-the-clock work was ordinarily performed by exempt salaried managers. The hourly managers signed acknowledgements that they had read and understood these policies.

g. The opt-in Plaintiffs performed aspects of the alleged off-the-clock work in various ways across Lowe's 1,700 stores (many of which differ in size and layout).

h. The putative Class/Collective Members engaged in personal activities at the beginning of their shifts. Similarly, on perimeter checks, hourly managers were instructed to simply wait in their vehicle while a salaried manager performed the perimeter checks, and the hourly manager was free to play on their phones, etc.

i. The opt-in Plaintiffs' allegations as the amount of off-the-clock time worked grossly overstates how long it takes to perform the tasks they describe.

j. The opt-in Plaintiffs will not be able to prove their off-the-clock time because no records exist identifying the exact amount of time they spent each shift performing the off-the-clock duties.

k. Some of the workweeks during which the opt-in Plaintiffs allege to have performed off-the-clock work were not workweeks in which they worked 40 or more hours and, thus, the opt-in Plaintiffs cannot maintain actionable FLSA claims for those workweeks.

l. The alleged off-the-clock work the opt-in Plaintiffs performed is not compensable as a matter of law including under the preliminary/postliminary doctrine of the Portal to Portal Act.

m. The putative Class/Collective Members will not satisfy the commonality and predominance elements required for Rule 23 certification.

20

n. The putative Collective will not satisfy the requirements for final certification under the FLSA.

o. The putative Class/Collective Members' claims fail because the alleged off-the-clock time is *de minimis*.

p. The opt-in Plaintiffs will not be able to establish that Lowe's alleged violations were willful.

q. Plaintiffs and the putative Class/Collective Members will not be able to recover liquidated damages.

r. Lowe's hourly managers' use of WhatsApp or GroupMe was completely voluntary and, if used, was typically not work related and not reported/recorded by the hourly managers in any event.

70. Lowe's factual and legal arguments (many of which were successful in the related arbitrations) weighed on the parties' decision to resolve the case. While Plaintiffs' Counsel understandably takes issue with the viability of some of these defenses, the risks associated with the continued litigation of the opt-in Plaintiffs' wage claims simply cannot be disregarded in measuring the reasonableness of the settlement. Specifically, settling this case now saves the parties from years of litigation and tremendous uncertainty as to the ultimate outcome of the litigation. Should the parties have continued to litigate the case, they would have been faced with several months of Rule 23 certification motions on Plaintiffs' multiple state law claims, FLSA conditional certification and decertification motions, expert-related briefing, numerous dispositive motions, and eventually one or more trials (potentially in numerous courts across the country once MDL pretrial proceedings were complete). It is very likely that this litigation would extend for another one to two years and cost the Parties amounts well exceeding $1,000,000 in attorneys' fees and expenses.

71. Plaintiffs' Counsel retained Brian Kriegler, Ph.D. (Plaintiffs' Expert – Statistician/Damages) to prepare a damage analysis/report. Dr. Kriegler, with Plaintiffs' Counsel's assistance, prepared a time consuming and complicated damage analysis of those claims in the

21

operative Complaint that Plaintiffs' Counsel believed were still viable. Among other things, Plaintiffs' Counsel and Dr. Kriegler:

    a. Reviewed and analyzed over 165 gigabytes of data and thousands of pages of documents related to payroll and timekeeping records, alarm reports, store schedules, employee schedules, Kronos punch data, and class lists.

    b. Reviewed and analyzed opt-in Plaintiff metrics related to: rate of pay; hours worked; employment periods; weeks worked.

    c. Reviewed and analyzed Kronos punch/decline records to determine the frequency of compensation for the alleged off-the-clock work.

    d. Reviewed and analyzed Kronos punch/decline records to determine the amount of time Defendant compensated employees for opening and closing duties subsequent to the September 14, 2020 Kronos enhancement.

    e. Reviewed and analyzed over 100 depositions and over 300 sets of written discovery to determine the amount of time worked by the Named and opt-in Plaintiffs in connection with the alleged off-the-clock work.

    f. After taking into account the applicable statute of limitations for each of the claims asserted in the litigation, computed the amount of damages, penalties and interest that could be sought by the Named Plaintiffs and the opt-in Plaintiffs.

72.     Additionally, one of Dr. Kriegler's primary objectives was to determine which of the following claim "buckets" each of the Named and opt-in Plaintiffs fell into based on their job titles and duties: 1) employees who allegedly performed opening and closing duties without compensation; 2) employees who allegedly performed loss prevention exterior perimeter sweeps before and after their shifts and during their meal periods without compensation, and 3) employees who only allegedly engaged in off-the-clock smartphone communications without compensation.

73.     Finally, Dr. Kriegler was tasked with identifying the number of shifts that each opt-in Plaintiff allegedly performed opening and closing duties without compensation, and the number of shifts that each opt-in Plaintiff allegedly performed loss prevention exterior perimeter sweeps before and after their shifts and during their meal periods without compensation. He did not assess certain types of work alleged in the Complaint, including interrupted meal breaks; SSM/DS

perimeter checks aside from before opening shifts and after closing shifts (*i.e.,* before and after mid-day shifts and meal breaks); and any perimeter checks by other categories of hourly managers, including Department Managers, Installed Sales Managers, and Merchandising Sales Managers.

74.     Based on Dr. Kriegler's analysis, the discovery conducted by the Parties, and the information exchanged by the Parties during mediation, Plaintiffs' Counsel identified the damages that they reasonably believed could be recovered on behalf of the opt-in Plaintiffs for the three remaining core claims in the litigation:

a.   SSM/DS Opening and Closing Duties:

Plaintiffs determined that, notwithstanding the more extensive allegations in the Complaint and discovery responses, the range of recovery for the opening and closing duties performed by the 1,402 opt-in Plaintiffs who held SSM/DS positions equated to 5 to 10 minutes of compensation per each opening and closing shift (i.e. shifts where the opt-in Plaintiffs performed the alleged opening and closing duties).[7]

Based on the number of identified opening and closing shifts, and assuming that each opt-in Plaintiff was paid the full measure of damages for each minute worked (at straight time rate in weeks not already in overtime, and overtime rate in other weeks), the recovery for the period ending May 1, 2021 (end point of analyzed data) for these 1,402 opt-in Plaintiffs would fall in a range of $351,485.38 (5 minutes/shift) to $702,970.77 (10 minutes/shift). Applying FLSA liquidated damages, the potential range of recovery for that period would equal $702,970.76 (5 minutes/shift) to $1,405,941.54 (10 minutes/shift). Extrapolating from that period to cover through March 1, 2022 would result in a range (with liquidated damages) of **$864,654.02** to **$1,729,308.08**.

b.   Loss Prevention Exterior Perimeter Sweeps:

Plaintiffs determined that, notwithstanding the more extensive allegations in the Complaint and discovery responses, the range of recovery for the loss prevention exterior perimeter sweeps performed by the 218 opt-in Plaintiffs who held LP Manager positions equated to 8 to 12 minutes of compensation per shift.

---

[7] A small number of opt-in Plaintiffs held both SSM/DS positions *and* LP Manager positions at different times in the relevant period. They are eligible to receive payments in both categories based on the relevant number of work-weeks in each position. Thus, the subtotals in these paragraphs do not add up to 2,390.

23

Based on the number of identified applicable shifts, and assuming that each opt-in Plaintiff was paid the full measure of damages for each minute worked (full hourly rate for straight time, and overtime rate for overtime), recovery for the period ending May 1, 2021 (end point of analyzed data) for these 218 opt-in Plaintiffs would fall in a range of $256,052.80 (8 minutes/shift) to $384,079.20 (12 minutes/shift). Applying FLSA liquidated damages, the potential range of recovery would equal $512,105.60 (8 minutes/shift) to $768,158.40 (12 minutes/shift). Extrapolating from that period to cover through early 2022 would result in a range (with liquidated damages) of **$629,889.88 to $944,834.82**.

c. <u>Smartphone Communications:</u>

At all times through the litigation, Defendant disputed the validity of Plaintiffs' claims related to alleged off-the-clock smartphone communications. Additionally, Plaintiffs' were unable to discover any corporate-wide policy, practice or directive, that required the opt-in Plaintiffs to engage in off-the-clock smartphone communications. Furthermore, the opt-in Plaintiffs provided disparate testimony concerning the performance of the work related off-the-clock smartphone communications and were in large part unable to produce written records of said communications. Finally, not a single arbitrator (11 arbitrations proceeded to hearing) ruled in favor of the arbitration claimant on such claims.

Based on the totality of these circumstances, the Parties determined that the 791 opt-in Plaintiffs who did not hold SSM/DS or LP Manager positions (and thus did not perform opening/closing duties or loss prevention exterior perimeter sweeps), are not legally entitled to any compensation for alleged unpaid wages.

75. Based on the damage analysis conducted by Plaintiffs' Counsel and expert, and in light of the factual and legal defenses identified above, the $1,132,645.77 net settlement pool that will be paid to the 1,402 opt-in Plaintiffs who allegedly performed opening and closing duties equates to approximately 65.49% (assuming a recovery of $1,729,308.08 based on Plaintiffs' reduced maximum estimate of 10 (not 15) minutes per shift) to 130.9% (assuming a recovery of $864,654.02 based on 5 minutes per shift) of Lowe's off-the-clock wage claim exposure (with inclusion of liquidated damages) for the opening and closing duties. That calculation excludes damages for other types of work by SSM/DSs alleged in the Complaint, as outlined above.

76.     Based on the damage analysis conducted by Plaintiffs' Counsel and expert, and in light of the factual and legal defenses identified above, the $739,829.23 net settlement pool that will be paid to the 218 opt-in Plaintiffs who performed loss prevention exterior perimeter sweeps equates to approximately 78.39% (assuming a recovery of $944,834.82 based on Plaintiffs' reduced maximum estimate of 12 minutes per shift) to 117.45% (assuming a recovery of $629,889.88 based on 8 minutes per shift) of Lowe's off-the-clock wage claim exposure (with inclusion of liquidated damages) for the exterior perimeter sweeps. That calculation excludes damages for other types of work alleged in the Complaint by LP Managers, as outlined above.

77.     Additionally, despite not being entitled to any unpaid wages for the claims asserted in this litigation (notwithstanding the allegations in the Complaint), the Settlement provides for payments of $75 each (totaling $59,325) to the 791 opt-in Plaintiffs who were neither SSM/DSs or LP Managers, and thus only performed alleged off-the-clock smartphone communications.

78.     Further, the total $2,074,150 net settlement (the amount that will be paid to opt-in Plaintiffs for wage claims and incentive awards) equates to approximately 77.56% of Lowe's greatest possible FLSA exposure of $2,674,142.90, including liquidated damages, after accounting for the narrowing of alleged claims and damages based on Plaintiffs' counsel's assessment of the evidence.

79.     Moreover, the settlement does not burden the opt-in Plaintiffs with their proportional share of the substantial litigation expenses and attorneys' fees Plaintiffs' Counsel incurred in litigating this matter – all of which will be paid by Lowe's in addition to the net settlement amount and opt-in Plaintiff settlement pools described above.

80.     As such, the settlement amount is substantial, completely reasonable, and marks a fair compromise of the claims.

81.     The proposed releases by the Named and opt-in Plaintiffs were extensively scrutinized and negotiated by the attorneys involved in this litigation. They represent a fair compromise and constitutes a fair negotiated bargain for release of claims that arise from the facts as alleged in this litigation. Each of the Named Plaintiffs have signed individuals releases, consented to the settlement agreement, and have been afforded full access to Plaintiffs' Counsel.

82.     This settlement was the result of arm's-length negotiations, with assistance by esteemed and very experienced mediator Lee Parks, conducted by experienced counsel for all parties, and reached after extensive discovery and contested litigation.  Prior to settlement, each side independently and thoroughly investigated the claims and defenses at issue.  The work performed allowed each party to intelligently, and in good faith, weigh both the risks and benefits of settlement as compared to continued litigation. These efforts culminated in a substantial settlement which provides the opt-in Plaintiffs with an opportunity to resolve their claims against Lowe's in a meaningful way.

83.     Further, I can attest that neither I, Plaintiffs' Counsel or the Named Plaintiffs, have any conflict with one another or with the opt-in Plaintiffs.

84.     Based on my past experience in litigating wage and hour cases, I fully endorse this settlement and believe that it is truly in the best interests of all parties. For all the reasons set forth herein, I believe this Court should honor the terms of the settlement and give it final approval.

I.  **Modification of Lowe's Compensation Policies**

85.     In addition to the monetary value of the settlement, this litigation has spurred substantial change to Lowe's compensation policies and practices across its over 1,700 stores nationwide.

86.     Specifically, on September 14, 2020 Lowe's modified it Kronos timekeeping

26

system to provide pop-up questions and comment fields to the Department Supervisors responsible for performing opening and closing duties in which the Department Supervisors are expressly asked whether they performed off-the-clock work in connection with opening and closing duties and are then directed to insert the amount of time they spent in connection with the off-the-clock work.

87.     Lowe's Workforce Management Manager, Thomas Dhen, acknowledged at his deposition that the Kronos timekeeping modification – and resulting payment of wages to hourly managers for opening and closing duties – was implemented in direct response to the allegations raised in the *Danford* action.

88.     Additionally, within months of initiation of the *Danford* action in April 2019 Lowe's issued multiple communications nationwide instructing its District Managers, Store Managers, and Assistant Managers, to cease and discontinue from off-the-clock smart phone communications with hourly managers. Discovery showed that these efforts were effective.

89.     Based on the analysis conducted by Plaintiffs' expert damage analyst, the September 14, 2020 Kronos modification has resulted in hundreds of thousands of dollars in additional compensation to Lowe's hourly managers nationwide since the change was implemented.

90.     This means that the *Danford* action will be responsible for substantial amounts of money to Lowe's hourly manager employees (when including work performed subsequent to today's date) in addition to the monetary value paid in consideration for the instant settlement.

**J.     Reasonableness of Requested Attorneys' Fees**

91.     In preparing this declaration, I reviewed the time records of all participating attorneys/paralegals from the following firms that were primarily responsible for litigating this

27

matter: Sommers Schwartz, P.C.; Klafter Lesser LLP; Johnson Becker, PLLC; and Burns, Day & Presnell, P.A.[8]

92.     In doing so I have confirmed the accuracy, utility, efficiencies and reasonableness of the amount of time spent by Plaintiffs' Counsel working on this litigation, and expenses incurred by those law firms.

93.     I have reviewed all of the time and expenses and can attest that they are reasonable as to both the hourly rate, time spent, work allocation and totals, as well as being absolutely necessary to reach the settlement in this case. Class Counsel diligently worked to avoid duplication of efforts and expenses, while at the same time not sacrificing work quality on behalf of the class. The settlement obtained in this litigation was directly affected by the efforts and expenses advanced by Class Counsel in this lawsuit.

94.     Based on my personal experience, the fees requested for the legal services rendered in this action ($4,354,051.31), reflects less than or at least equal to the reasonable value of those services in light of the nature of the case, the result obtained, the quality of representation, the risks of the litigation, the customary fee, and other applicable considerations as set forth by the law.

95.     In fact, the requested $4,354,051.31 is approximately $300,000 less than Plaintiffs' Counsel's actual lodestar (without inclusion of the $411,000 in attorneys' fees that were incurred by Plaintiffs' Counsel and retained local counsel in connection with the state law federal cases that were subsequently consolidated by way of the MDL).

96.     Plaintiffs' Counsel's attorneys' fees are broken down as follows by Firm:

---

[8] Additionally, I have reviewed the time records demonstrating attorneys' fees incurred by Plaintiffs' Counsel and retained local counsel in connection with the state law federal cases that were subsequently consolidated by way of the MDL. The amount of attorneys' fees incurred by counsel in those actions exceed $411,000. Because the settlement does not include any Rule 23 classes as alleged in those actions, Plaintiffs' Counsel is not seeking payment/approval of said $411,000 in attorneys' fees.

|   |   |   |
|---|---|---|
| a. | Sommers Schwartz, P.C.: | $3,236,505 |
| b. | Klafter Lesser LLP: | $958,345 |
| c. | Johnson Becker, PLLC: | $393,817.50 |
| d. | Burns, Day & Presnell, P.A.: | $74,085 |
|   | Total: | $4,662,752.50 |

97.     In addition to this declaration, the Principal attorneys from each of the above Firms have submitted declarations attesting to the attorneys' fees and litigation expenses incurred by their respective Firms. (*See* Lesser Declaration at Exh. C; Becker Declaration at Exh. D; Mills Declaration at Exh. E).

98.     I typically charge $675 per hour for my legal services in FLSA and state wage law class action cases. I am familiar with rates customarily charged in the legal market for FLSA and state wage law class action litigation. The rates charged by my firm for my services and those of Senior Shareholders, Shareholders, Associates and Paralegals are, on the whole, lower than prevailing rates charged for equivalent services by attorneys of similar skill, experience, and reputation.[9] Therefore, I believe that we are reasonable in seeking lodestar rates of $675 per hour for myself, $725 per hour for Mr. Jason Thompson, and lower rates for Associates and Paralegals who worked on this matter.

99.     As of filing the instant motion, lead Plaintiffs' Counsel Sommers Schwartz, P.C., has incurred the bulk of the time in this case, and the following lodestar as recorded in contemporaneous

---

[9] *See e.g, Reetz v. Lowe's Companies, Inc. et al.*¸ U.S.D.C Western District of North Carolina, Case No. 5:18-cv-00075-KDB-DC (ECF No. 249-2) (submitting Partner rates in a range of $650 to $800 per hour; Associate attorney rates in a range of $425 to $600 per hour, and Paralegal rates at $250 per hour). *See also*, *Rodgers v. Abbster Enterprises LLC*, 2017 WL 4453555 at *2-3 (N.D. W. V. October 4, 2017) (approving Partner rates in a range of $650 per hour) ("Rates charged by attorneys in other cities, however, may be considered when 'the complexity and specialized nature of a case may mean that no attorney, with the required skills, is available locally,' and the party choosing the attorney from elsewhere acted reasonably in making the choice." [citations omitted).

time records:[10]

| Name | Title | Rate | Hours Worked | Lodestar |
|------|-------|------|--------------|----------|
| Jason Thompson | Sr. Shareholder | $725 | 1,101.3 | $798,442.50 |
| Matt Turner | Sr. Shareholder | $725 | 3.6 | $2,610 |
| Kevin Stoops | Sr. Shareholder | $675 | 1,754.1 | $1,184,017.50 |
| Jesse Young | Sr. Shareholder | $525 | 13.8 | $7,245 |
| David Parker | Of Counsel | $500 | 6 | $3,000 |
| Trent Kashima | Shareholder | $450 | 32.3 | $14,535 |
| Charles Ash | Shareholder | $400 | 90.6 | $36,240 |
| Rod Johnston | Shareholder | $400 | 688.6 | $275,440 |
| Elaina Bailey | Associate | $325 | 1,333.2 | $433,290 |
| Alana Karbal | Associate | $275 | 46.8 | $12,870 |
| Debbie Nichols | Paralegal | $175 | 1,560.5 | $273,087.50 |
| Danelle Vanderbeeke | Paralegal | $175 | 911.6 | $159,530 |
| Veronica Stewart | Paralegal | $175 | 4.7 | $822.50 |
| Wendy Vaughn | Legal Assistant | $125 | 97.8 | $12,225 |
| Andrew Malecki | Law Clerk | $50 | 463 | $23,150 |
| | | Totals: | 8,107.9 | $3,236,505 |

100.    Currently, the lodestar of Sommers Schwartz, P.C., totals $3,236,505, on a total of 8,107.9 hours. Additionally, co-counsel have incurred lodestar in the cumulative amount of $1,426,247.50.[11] (Exh. C, Lesser Decl. at ¶ 8 (summarizing 1,784.36 hours and total lodestar of $958,345); Exh. D, Becker Decl. at ¶ 13 (summarizing 814.7 hours and total lodestar of $393,817.50); Exh. E, Mills. Decl. at ¶ 10 (summarizing 200.4 hours and total lodestar of $74,085)).   Plaintiffs' Counsel total lodestar equals $4,662,752.50 which exceeds the fee request by $308,701.19.

101.    It is anticipated that at the conclusion of this case (including additional work to be performed at the approval stage, and work related to settlement administration and opt-in Plaintiff

---

[10] Plaintiffs' Counsel will provide the Court with their time records for *in camera* review upon request.

[11] Not including attorneys' fees exceeding $411,000 that were incurred by Plaintiffs' Counsel and retained local counsel in connection with the state law federal cases that were subsequently consolidated by way of the MDL.

30

payment processing), that Plaintiffs' Counsel will have incurred additional lodestar in a range of $20,000 to $40,000.

102.    Plaintiffs' Counsel took this case on a contingent fee basis and assumed the risk that they would receive *no* fee for their services.

103.    Plaintiffs' Counsel undertook to prosecute this action without any assurance of payment for their services, litigating the case on a wholly contingent basis in the face of significant risk. Class and collective wage and hour cases of this type are, by their very nature, complicated and time-consuming. Any lawyer undertaking representation of large numbers of affected employees in wage and hour actions inevitably must be prepared to make a tremendous investment of time, energy and resources. Due also to the contingent nature of the customary fee arrangement, lawyers are asked to be prepared to make this investment with the very real possibility of an unsuccessful outcome and no fee of any kind. Plaintiffs' Counsel stood to gain nothing in the event the case was unsuccessful.

104.    Plaintiffs' Counsel takes on difficult cases like this one because we believe they are important. We take seriously our responsibility to push the law in a direction favorable for employees. We continue to do so despite, unfortunately, having suffered several major (and very expensive) losses in wage and hour cases over the years. Like this case, we believed that each of these cases was meritorious and socially useful but understood the risks. For example, over a period of 4 years Sommers Schwartz, P.C., litigated the companionship exemption issue in several home healthcare aid cases, and lost approximately $1,000,000 in lodestar.

105.    To date, Plaintiffs' Counsel has worked without compensation of any kind on this case, and the fee has been wholly contingent upon the result achieved.

106.    In my opinion, and based on my experience in, and research of, other FLSA and

31

state wage law class action settlements in this District and nationwide, the requested fee will be reasonable and appropriate, especially in light of the amount of work performed by Plaintiffs' Counsel in this case and the substantial recovery obtained on behalf of the Named and opt-in Plaintiffs.

### K.    <u>Reasonableness of Requested Named Plaintiff and Discovery Participant Incentive Awards</u>

107.    Each of the Named Plaintiffs worked diligently to assist Plaintiffs' Counsel in their activities during the pendency of this litigation. In particular, the Named Plaintiffs took part in multiple interviews, provided records and documentation to Plaintiffs' Counsel, were subjected to written discovery, and appeared for depositions. The Named Plaintiffs were counseled on the rights and responsibilities of serving as a Rule 23 class representative, and agreed to serve in that capacity in the filing of Plaintiffs' Complaint. Finally, each of the Named Plaintiffs has provided a General Release of claims in connection with this settlement

108.    The requested amounts of $2,000 each to be allocated to the 23 Named Plaintiffs for incentive award is commensurate with other incentive awards I have been involved in nationally and, as documented by research of other similar awards, is reasonable under the circumstances.

109.    In addition to the Named Plaintiffs, 76 opt-in Plaintiffs were deposed in this action (and subjected to written discovery), and 199 opt-in Plaintiffs took part in written discovery only. The efforts each of these individuals took in participating in discovery were tantamount to the success of the litigation and the settlement that was achieved.

110.    Pursuant to the settlement, Plaintiffs' Counsel is requesting incentive awards of $875 to each of the 76 opt-in Plaintiffs who appeared for deposition ($66,550) and $150 to each of the 199 opt-in Plaintiffs who took part in written discovery only ($29,850).

32

111. The requested amounts are wholly appropriate given the circumstances of this case and are commensurate with similar awards in other cases nationwide.

**L.**     **Reasonableness of Requested Litigation and Settlement Administration Expenses**

112. The opt-in Plaintiffs will be serviced by professional services provider Rust Consulting, who will serve as settlement administrator. Rust Consulting has been approved by Courts across the country and is perhaps the leading settlement administrator for class actions in the country. I have used their services in numerous settlements of this nature and found its services exemplary.

113. Estimates provided by Rust Consulting indicate that settlement administration for this case will not exceed $25,850. The amount is reasonable given the number of individuals involved in the Settlement.

114. In addition to attorneys' fees, Plaintiffs' Counsel is seeking reimbursement of reasonable and necessary litigation expenses in an amount of $992,754.30.

115. As of filing the instant motion, Sommers Schwartz, P.C., has incurred the following costs and expenses:

| Costs | Amount |
|---|---|
| Postage | $3,017.63 |
| Cont. Admin, Post, Class, Notice | $87,341.60 |
| Outside Courier | $795.73 |
| Photocopy | $1,285.20 |
| Photocopy – Outside Service | $140.50 |
| Video Conference – Inside | $270.13 |
| Outstate Travel | $119.59 |
| Air Fare | $5,765.46 |
| Local Travel | $1,423.64 |
| Lodging | $3,788.34 |
| Car Rental / Cab Fare | $243.54 |
| Meals | $1,657.43 |
| Filing Fees | $7,732.64 |
| Admission & Pro Hac Vice Fees | $788.00 |
| Facilitation | $10,440.63 |

33

| | |
|---|---|
| IT Costs | $825.00 |
| Court Reporter | $228,580.45 |
| Online Research/Pacer | $47.50 |
| Online Research/Westlaw | $49.95 |
| Video conference - Outside | $1,102.50 |
| Expert Services / Fees | $467,847.47 |
| Service Fees | $149.47 |
| Publications & Online Media | $1,354.13 |
| Sub-Contract Attorney Fees | $98,933.27 |
| Compact Disc Production | $10.00 |
| Data Hosting & Tech. Assist | $38,474.02 |
| Total | $962,183.82 |

116.    Additional litigation expenses have been incurred by Klafter Lesser LLP ($28,822.42); Johnson Becker, PLLC ($1,130); and Burns, Day & Presnell, P.A. ($618.06). (*See* Lesser Declaration at Exh. C; Becker Declaration at Exh. D; Mills Declaration at Exh. E).

117.    The litigation expenses incurred are reflected on the books and records of Plaintiffs' Counsel, and are available for submission to the Court upon request. All the expenses were reviewed by me and are reasonable, necessary, and customary for FLSA and state wage and hour cases.  They were all incurred in the normal course of litigation, directly benefited the opt-in Plaintiffs, and added to the overall success of this case.

**M.    Conclusion**

118.    In the face of all the obstacles stated above by way of contested litigation, substantial discovery, thorough legal research, a comprehensive professional damage analysis, and after multiple mediations and lengthy settlement negotiations, in my professional and experienced opinion, the settlement before the Court of $7,452,008.18 is adequate, fair and reasonable, and meets the requirements of §216(b) of the FLSA.  The settlement achieved provides substantial benefits to the opt-in Plaintiffs and the litigation has spurred a change to Lowe's compensation policies what will continue to benefit its employees into the future. Further, the settlement avoids stretching adversarial proceedings years into the future, let alone the uncertainties of additional

34

motions, trials and appeals. If not for this case, the efforts of Named Plaintiffs, the discovery participants, and Plaintiffs' Counsel, there would be no settlement or modification to Lowe's compensation policies.

119.     I declare, under penalty of perjury, under the laws of the State of Michigan that the foregoing is true and correct.

Executed this 20th day of May, 2022 at Southfield, Michigan.

Dated: May 20, 2022                    _____

                                                Kevin J. Stoops
                                                Lead Plaintiffs' Counsel

35

# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
MDL DOCKET NO. 5:20-MD-2947-KDB-DSC**

|  |  |  |
|---|---|---|
| **IN RE: LOWE'S COMPANIES, INC. FAIR LABOR STANDARDS ACT (FLSA) AND WAGE AND HOUR LITIGATION** | ) ) ) ) ) ) | **SETTLEMENT AGREEMENT** |
| **THIS DOCUMENT APPLIES TO:** *All Cases* | ) ) ) ) | |

In consideration of the mutual covenants and promises set forth in this Agreement, as well as the good and valuable consideration provided for herein, Lowe's and the FLSA Opt-Ins hereto agree to a full and complete settlement of the Action and on the following terms and conditions.

## 1. DEFINITIONS

As used in all parts of this Agreement, the following terms have the meanings set out below:

**1.1.** **Action.** "Action" means Multidistrict Litigation (MDL) No. 2947, *In re: Lowe's Companies, Inc. Fair Labor Standards Act (FLSA) and Wage and Hour Litigation*, including the *Danford* Action and the Rule 23 Actions, individually and collectively.

**1.2.** **Agreement.** "Agreement" means this Settlement Agreement, and all exhibits and attachments hereto.

**1.3.** **Coordinated PAGA Cases.** "Coordinated PAGA Cases" means the actions comprising California Judicial Council Coordination Proceeding (JCCP) No. 5110, titled the *Lowe's Wage and Hour Cases*, individually and collectively.

**1.4.** **Court.** "Court" means the United States District Court for the Western District of North Carolina.

**1.5.** ***Danford* Action**. "Danford Action" means *Danford v. Lowe's Cos.*, No. 5:19-cv-00041, in the United States District Court of the Western District of North Carolina.

**1.6.** **Final Court Approval Order.** "Final Court Approval Order" means a final order issued by the Court approving the Agreement.

**1.7.** **Final Court Approval Order Effective Date**. "Final Court Approval Order Effective Date" means the date that the deadline to seek appellate review of the Final Court Approval Order has lapsed with no appeal, petition, or motion for such review having been filed, or,

to the extent such an appeal or motion for review is filed, the date said appeal, petition, or motion is fully and finally resolved, with no further possible appeals.

1.8. **FLSA.** "FLSA" means the Fair Labor Standards Act.

1.9. **FLSA Opt-Ins.** "FLSA Opt-Ins" means the individuals (including the Named Plaintiffs) who filed Opt-In forms in the Action by the deadline established by the Court and whose FLSA claims were not subsequently dismissed from the Action. The FLSA Opt-Ins are listed in Exhibit A.[1]

1.10. **Gross MDL Settlement Amount.** "Gross MDL Settlement Amount" means Seven Million Four Hundred Fifty Two Thousand Eight Dollars and Eighteen Cents ($7,452,008.18). This represents the maximum amount that Lowe's can be required to pay under this Agreement for any purpose, except that Lowe's also will bear responsibility for (x) applicable employer-side payroll taxes on the portions of Individual Settlement Amounts paid to FLSA Opt-Ins that are designated as wages, and (y) the mediation fees for the services of Mr. Lee Parks incurred in connection with settling the Action and various related arbitrations.

1.11. **Individual Settlement Amount.** "Individual Settlement Amount" means the gross amount paid to an FLSA Opt-In out of the MDL Settlement Fund, exclusive of any Incentive Awards, prior to any applicable tax withholdings or deductions.

1.12. **Incentive Award.** "Incentive Award" means any additional amount of the MDL Settlement Fund allocated to a particular FLSA Opt-In as a consequence of serving as a Named Plaintiff or otherwise participating in discovery.

1.13. **Lowe's.** "Lowe's" means Lowe's Companies, Inc. and Lowe's Home Centers, LLC.

1.14. **Lowe's Counsel.** "Lowe's Counsel" means Gibson, Dunn & Crutcher LLP and Robinson, Bradshaw & Hinson, P.A.

1.15. **Lowe's Releasees.** "Lowe's Releasees" means Lowe's and its affiliates, representatives, employees, officers, directors, shareholders, partners, joint venturers, parent companies, subsidiaries, heirs, agents, attorneys, predecessors, successors, assignees, insurers and reinsurers, and their respective successors and predecessors in interest, and anyone acting on any of their behalves.

1.16. **MDL Settlement Fund.** "MDL Settlement Fund" means the FDIC insured interest-bearing account(s) created and held by the Settlement Administrator.

1.17. **Named Plaintiffs.** "Named Plaintiffs" means Ronald Anderson, Erin Barrera, Kerry Cleavenger, Daniel Danford, Nabel Ekhrewish, Nicholle Frank, Thomas Fyfe, Dalton Hildreth, Antoine Hursey, Jeffrey Lavelle, Jason Martin, Jean Lou Morta, Robert Neal,

---

[1] For the avoidance of doubt, for the purposes of this agreement, "FLSA Opt-Ins" also includes Named Plaintiff Thomas Fyfe, who previously dismissed his FLSA claims, but not his West Virginia state-law claims.

Georgina Ortiz, Kenneth Payne, Stephanie Pennington, John Rafteseth, Brian Rookey, Brian Rumpke, June Shankweiler, Crystal Stratton, Iris Tirado, and Nicole Weekley.

**1.18.** **Parties**. "Parties" means Lowe's and the FLSA Opt-Ins.

**1.19.** **Plaintiffs' Counsel**. "Plaintiffs' Counsel" means Sommers Schwartz, P.C.

**1.20.** **Putative State Law Class Claims**. "Putative State Law Class Claims" means the state law claims in the *Danford* Action and the Rule 23 Actions alleged by the Named Plaintiffs on behalf of unnamed putative class members pursuant to Federal Rule of Civil Procedure 23.

**1.21.** **Rule 23 Actions**. "Rule 23 Actions" means the following actions, each of which has been coordinated in the Action: *Estes v. Lowe's Cos.* (originally filed as No. 4:20-cv-00289 in the U.S. District Court for the Eastern District of Arkansas); *Bogaert v. Lowe's Cos.* (originally filed as No. 1:20-cv-00695 in the U.S. District Court for the District of Colorado); *Belaski v. Lowe's Cos.* (originally filed as No. 3:20-cv-00343 in the U.S. District Court for the District of Connecticut); *Fitzsimmons v. Lowe's Cos.* (originally filed as No. 1:20-cv-01109 in the U.S. District Court for the Central District of Illinois); *Anderson v. Lowe's Cos.* (originally filed as No. 3:20-cv-00189 in the U.S. District Court for the Western District of Kentucky); *Hyde v. Lowe's Cos.* (originally filed as No. 1:20-cv-00678 in the U.S. District Court for the District of Maryland); *Roy v. Lowe's Cos.* (originally filed as No. 4:20-cv-40029 in the U.S. District Court for the District of Massachusetts); *Neal v. Lowe's Cos.* (originally filed as No. 0:20-cv-01003 in the U.S. District Court for the District of Minnesota); *Nelson v. Lowe's Cos.* (originally filed as No. 4:20-cv-00190 in the U.S. District Court for the Western District of Missouri); *Ricks v. Lowe's Cos.* (originally filed as No. 2:20-cv-00515 in the U.S. District Court for the District of Nevada); *Gerber v. Lowe's Cos.* (originally filed as No. 2:20-cv-02773 in the U.S. District Court for the District of New Jersey); *Martinez v. Lowe's Cos.* (originally filed as No. 2:20-cv-00234 in the U.S. District Court for the District of New Mexico); *Tirado v. Lowe's Cos.* (originally filed as No. 1:20-cv-01472 in the U.S. District Court for the Eastern District of New York); *Rumpke v. Lowe's Cos.* (originally filed as No. 2:20-cv-01411 in the U.S. District Court for the Southern District of Ohio); *Bowens v. Lowe's Cos.* (originally filed in the Philadelphia County Court of Common Pleas as No. 200401292 and removed to the U.S. District Court for the Eastern District of Pennsylvania as No. 2:20-cv-04057); *Forte v. Lowe's Cos.* (originally filed as No. 2:20-cv-01108 in the U.S. District Court for the District of South Carolina); *Cleavenger v. Lowe's Cos.* (originally filed as No. 4:20-cv-05049 in the U.S. District Court for the Eastern District of Washington); and *Boyce v. Lowe's Cos.* (originally filed as No. 2:20-cv-00228 in the U.S. District Court for the Southern District of West Virginia).

**1.22.** **Settlement Administrator.** "Settlement Administrator" means the non-Party entity responsible for settlement administration tasks, including: holding the MDL Settlement Fund in escrow; making disbursements from the MDL Settlement Fund pursuant to the Agreement, the Final Court Approval Order, and all other applicable Court orders; making any necessary mailings to FLSA Opt-Ins or to government authorities under the Class Action Fairness Act; issuing all required federal and state tax forms relating to

disbursements from the MDL Settlement Fund; and performing any other services as required under this Agreement or by order of the Court or requested by the Parties.

## 2. GENERAL SETTLEMENT TERMS

**2.1.** **Acknowledgement Of Settlement; No Admission Of Liability.** The FLSA Opt-Ins acknowledge and agree that this Agreement is a compromise and settlement of disputed claims and that neither the execution nor the terms hereof may be construed as an admission of liability on Lowe's part with respect to any disputed matter, such liability being expressly denied.

**2.2.** **Releases And Dismissals.**

(a) **Releases.** As more fully described in Section 3, to the extent allowed by law, each FLSA Opt-In releases his or her claims based on or reasonably related to the claims asserted in the Action under the FLSA and the laws of the state(s) in which he or she worked for Lowe's; and each Named Plaintiff further generally releases his or her claims against the Lowe's Releasees.

(b) **Dismissal Of Individual Claims.** Each FLSA Opt-In agrees to dismiss *with prejudice* his or her individual claims pending before the Court. As a result, the FLSA component of the *Danford* Action will be dismissed *with prejudice*.

(c) **Dismissal Of Class Claims.** In addition to their individual claims, the Named Plaintiffs agree to dismiss *without prejudice* the Putative State Law Class Claims they have brought under Federal Rule of Civil Procedure 23. No payments will be made to unnamed members of those putative classes under this Agreement (except to the extent such individuals are also FLSA Opt-Ins and receive Individual Settlement Amounts and/or Incentive Payments in that capacity), which reflects Plaintiffs' Counsel's assessment of the unlikelihood of the Court certifying the putative state-law classes. As a result, the Rule 23 Actions and the state-law component of the *Danford* Action will each be dismissed *with prejudice* as to the Named Plaintiffs' claims, and *without prejudice* as to the putative class claims.

**2.3.** **Gross MDL Settlement Amount.** Lowe's will pay a Gross MDL Settlement Amount of Seven Million Four Hundred Fifty Two Thousand Eight Dollars and Eighteen Cents ($7,452,008.18). This represents the maximum amount that Lowe's can be required to pay under this Agreement for any purpose, except that Lowe's also will bear responsibility for (x) applicable employer-side payroll taxes on portions of Individual Settlement Amounts that are designated as wages, and (y) the mediation fees for the services of Mr. Lee Parks incurred in connection with settling the Action and various related arbitrations.

**2.4.** **Individual Settlement Amounts, Incentive Awards, And Settlement Administration Fees.**

(a) Of the Gross MDL Settlement Amount, Two Million One Hundred Thousand Dollars and Zero Cents ($2,100,000.00) shall be distributed as follows:

i. Twenty-Five Thousand Eight Hundred Fifty Dollars and Zero Cents ($25,850.00) to the Settlement Administrator for the services it will perform in connection with administering the settlement.

ii. One Hundred Forty-Two Thousand Three Hundred Fifty Dollars and Zero Cents ($142,350.00) shall be allocated as Incentive Awards as follows:

1. Forty-Six Thousand Dollars and Zero Cents ($46,000.00) to be distributed equally (Two Thousand Dollars and Zero Cents ($2,000.00) each) to the Named Plaintiffs.

2. Sixty-Six Thousand Five Hundred Fifty Dollars and Zero Cents ($66,550.00) to be distributed equally (Eight Hundred Seventy-Five Dollars and Zero Cents ($875.00) each) to the 76 FLSA Opt-Ins (other than Named Plaintiffs) who were deposed and participated in written discovery and have not been dismissed from the Action. Said FLSA Opt-Ins are indicated on Exhibit A.

3. Twenty-Nine Thousand Eight Hundred and Fifty Dollars and Zero Cents ($29,850.00) to be distributed equally (One Hundred Fifty Dollars and Zero Cents ($150.00) each) to the 199 FLSA Opt-Ins who participated in written discovery but did not sit for a deposition and have not been dismissed from the Action. Said FLSA Opt-Ins are indicated on Exhibit A.

iii. One Million Nine Hundred Thirty-One Thousand Eight Hundred Dollars and Zero Cents ($1,931,800.00) to the 2,390 FLSA Opt-Ins (as listed in Exhibit A) to be distributed as follows:[2]

1. One Million One Hundred Thirty-Two Thousand Six Hundred Forty-Five Dollars and Seventy-Seven Cents ($1,132,645.77) to be paid to the 1,402 FLSA Opt-Ins who held Service and Support Manager or

---

[2] The number of individuals listed for each of the subgroups of Opt-Ins in Paragraph 2.4(a)(iii) and corresponding notations in Exhibit A of individual membership in one or more subgroup(s) reflect employment data through May 1, 2021. The exact composition of each subgroup may change slightly based on updated data reflecting any positions held after May 1, 2021. The Parties will amend Exhibit A and this Paragraph as necessary prior to filing with the Court. Such revisions, if any will not alter the total number of individuals in the overall collective, the overall total distributed pursuant to this Paragraph 1.a.iii, or the per capita amount distributed pursuant to Paragraph 2.4(a)(iii)(3).

For clarity, the Parties further note that during the relevant time period through May 1, 2021, 21 individuals held both (a) Service and Support Manager or Department Supervisor positions *and* (b) Loss Prevention Manager positions, and are included in *both* of those subgroups. Those 21 individuals will receive an Individual Settlement Amount based on the workweeks during which they held each type of position, consistent with the applicable formula for each position type provided herein.

Department Supervisor positions[3] (hereinafter "SSM/DSs") during the relevant time period (as indicated in Exhibit A). This amount shall be known as the SSM/DS Net Settlement Fund.

    a. Individual Settlement Amounts will be paid to each of the SSM/DSs from the SSM/DS Net Settlement Amount and shall be paid pursuant to the settlement formula set forth herein. The Settlement Administrator will calculate the total amount that each of the SSM/DSs will receive. The Settlement Administrator will divide the SSM/DS Net Settlement Fund by the total number of work weeks the SSM/DSs were employed in SSM/DS positions between October 2, 2016 and March 1, 2022 ("SSM/DS Work Week Amount"). The Settlement Administrator will multiply the SSM/DS Work Week Amount by the total number of work weeks that each SSM/DS was employed between October 2, 2016 and March 1, 2022 to calculate each SSM/DS's Individual Settlement Amount.

2. Seven Hundred Thirty-Nine Thousand Eight Hundred Twenty-Nine Dollars and Twenty-Three Cents ($739,829.23) to be paid to the 218 FLSA Opt-Ins who held Loss Prevention Manager positions[4] during the relevant time period (hereinafter "LPMs") (as indicated in Exhibit A). This amount shall be known as the LPM Net Settlement Fund.

    a. Individual Settlement Amounts will be paid to each of the LPMs from the LPM Net Settlement Amount and shall be paid pursuant to the settlement formula set forth herein. The Settlement Administrator will calculate the total amount that each of the LPMs will receive. The Settlement Administrator will divide the LPM Net Settlement Fund by the total number of work weeks the LPMs were employed in LPM positions between October 2, 2016 and March 1, 2022 ("LPM Work Week Amount"). The Settlement Administrator will multiply the LPM Pay Period Amount by the total number of work weeks that each LPM was employed between October 2, 2016 and March 1, 2022 to calculate each LPM's Individual Settlement Amount.

3. Fifty Nine Thousand Three Hundred Twenty-Five Dollars and Zero Cents ($59,325.00) to be paid to the 791 FLSA Opt-Ins who did not hold SSM/DS or LPM positions between October 2, 2016 and March 1, 2022

---

[3] Consisting of the following job titles: Back-End Department Supervisor; Front-End Department Supervisor; Night Ops Department Supervisor; Sales Floor Department Supervisor; Service Manager; Support Manager; and Temporary Service Manager.

[4] Consisting of the following job titles: Asset Protection & Safety Manager; Department Manager Loss Prevention & Safety; and Loss Prevention and Safety Manager.

and are only entitled to smartphone communication damages (hereinafter "Smartphone Opt-Ins") (as indicated in Exhibit A). This amount shall be known as the Smartphone Opt-In Net Settlement Fund. Each Smartphone Opt-In shall be paid Seventy-Five Dollars and Zero Cents ($75.00) from the Smartphone Opt-In Net Settlement Fund.

(b)     Should the Court disallow some or all of applied-for Incentive Awards, the disallowed amount will be redistributed among the FLSA Opt-Ins on a pro-rata basis, using the above distribution formula in Paragraph 2.4(a)(3)(iii).

(c)     The Individual Settlement Amount for each FLSA Opt-In shall be allocated as follows: (x) fifty percent (50%) as wages, for which the Settlement Administrator will issue IRS Form W-2s and any similar required state tax forms; and (y) fifty percent (50%) as liquidated damages, penalties and/or interest, for which the Settlement Administrator will issue IRS Form 1099s and any similar required state tax forms. Incentive Awards, where issued, shall be reported on the Form 1099s and similar state forms.

## 2.5.    Attorneys' Fees And Costs

(a)     Plaintiffs' Counsel may seek a total award of attorneys' fees and costs from the Court of up to Five Million Three Hundred Fifty Two Thousand Eight Dollars and Eighteen Cents ($5,352,008.18) of the Gross MDL Settlement Amount, representing the balance of the Gross MDL Settlement Amount after the payment of Individual Settlement Amounts, Incentive Awards, and Settlement Administrator Fees.

(b)     If Plaintiffs' Counsel seeks a lesser award of attorneys' fees and costs in the Final Court Approval Order than allowed for in Paragraph 2.5(a), or the Court reduces or disallows a portion of the amount applied for, the resulting balance shall, as ordered by the Court, be (x) allocated among the Individual Settlement Amounts of the FLSA Opt-Ins consistent with the above distribution formulas, and/or (y) distributed to a *cy pres* beneficiary designated by the Court.

(c)     A total award of attorneys' fees and costs of less than the amount specified in Paragraph 2.5(a), whatever the cause, is not a basis for voiding, rescinding, or terminating this Agreement.

## 2.6.    Settlement Administration Costs.
To the extent the fees and costs of the Settlement Administrator exceed those allocated in Paragraph 2.4(a)(i), they will be satisfied out of the award of attorneys' fees and costs made under Paragraph 2.5.

## 2.7.    No Reversion.
No amounts paid into the MDL Settlement Fund by Lowe's will revert to Lowe's.

## 3.    RELEASES

**3.1.    Putative State Law Class Claims**.  The Parties do not seek certification of a settlement class under Federal Rule of Civil Procedure 23(e).  The Named Plaintiffs will each dismiss their pending Putative State Law Class Claims *without prejudice*, and their respective individual state law claims *with prejudice*, resulting in dismissal of each state-law action in its entirety.  This reflects Plaintiffs' Counsel's assessment of the unlikelihood of the Court certifying the putative state-law classes

**3.2.    Release Of Claims By FLSA Opt-Ins**.  The FLSA Opt-Ins each agree to fully and forever discharge and release each and every one of the Lowe's Releasees from any and all claims, actions, demands, causes of action, suits, debts, obligations, damages, rights or liabilities, of any nature and description whatsoever, that (x) accrued between October 2, 2016 and March 1, 2022, and (y) are based on or reasonably related to the claims asserted in the Action, and specifically for unpaid wages (including claims for regular wages, overtime, regular rate calculations, and gap time) under the FLSA and under laws of the state(s) in which they worked for Lowe's.  For the avoidance of doubt, these releases include any and all claims for and rights to economic damages, non-economic damages, restitution, penalties, liquidated damages, and attorneys' fees or costs.

**3.3.    General Release Of Claims By Named Plaintiffs.**

(a)    In addition to the releases in Paragraph 3.2, the Named Plaintiffs (but not the FLSA Opt-Ins who are not Named Plaintiffs) each agree to fully and forever discharge and release each and every one of the Lowe's Releasees from any and all claims that they have or may have against the Lowe's Releasees, whether known or unknown, including, but not limited to, all claims that were or could have been asserted in the Action.  This includes, but is not limited to, any claims for wages (including, but not limited to, overtime, gap time, straight time, and the calculation of the regular rate of pay), bonuses, employment benefits (including claims under continuing employee benefit plans or claims under the Employee Retirement Income Security Act of 1974 (ERISA)), stock options, restricted stock units, any other stock purchase plans of Lowe's subsidiaries or affiliates, or damages of any kind whatsoever, arising out of any common law torts, any contracts, express or implied, any covenant of good faith and fair dealing, express or implied, any theory of wrongful discharge, any theory of negligence, any theory of retaliation, any theory of discrimination or harassment in any form, any legal restriction on Lowe's right to terminate employees, or any federal, state, or other governmental statute, regulation or ordinance, including, without limitation, the Civil Rights Act of 1866, Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act, the Family and Medical Leave Act, the Equal Pay Act, the National Labor Relations Act, the Consumer Protection Act, Sections 1981 through 1988 of Title 42 of the United States Code, Executive Order 11246, the FLSA, the Immigration Reform Control Act, the Occupational Safety and Health Act, or any other statutory or common law limitation or regulation of the employment relationship of federal, state, or other government law.  For the avoidance of doubt, the released claims

include any and all claims for and rights to economic damages, non-economic damages, restitution, penalties, liquidated damages, and attorneys' fees or costs.

(b)     Named Plaintiffs shall not be prohibited from filing a charge or complaint with or from participating in an investigation or proceeding conducted by the National Labor Relations Board ("NLRB"), or exercising rights under Section 7 of the National Labor Relations Act ("NLRA"). In addition, Named Plaintiffs shall not be prohibited from filing a charge or complaint with, or from participating in an investigation or proceeding conducted by, the Occupational Health and Safety Administration ("OSHA"), the Equal Employment Opportunity Commission ("EEOC"), or any other federal, state, or local agency charged with law enforcement. In addition, nothing in this Agreement is intended to or shall prevent, impede, or interfere with Named Plaintiffs' non-waivable rights, without prior notice to Lowe's, to provide information to the government or engage in any other future activity protected under whistleblower statutes, or to receive and fully retain a monetary award from a government-administered whistleblower award program for providing information directly to a government agency. However, by agreeing to this Agreement, Named Plaintiffs are waiving any right to individual relief based on claims asserted in such a charge or complaint, except where such a waiver of individual relief is prohibited. Named Plaintiffs hereby release and forever waive any private right to sue, and any associated applicable remedies which may be issued by any federal, state, or local agency.

(c)     If it is determined that any claim covered by this general release of claims cannot be waived as a matter of law, the Named Plaintiffs expressly agree that this general release of claims will nevertheless remain valid and fully enforceable as to the remaining released claims.

**3.4.    Section 1542 Waiver.**  The Named Plaintiffs expressly waive any and all rights under Section 1542 of the California Civil Code and any law of the United States or of any state or territory of the United States or of any other relevant jurisdiction, or principle of common law, which is similar, comparable or equivalent to Section 1542 of the California Civil Code, which reads in full as follows:

> **A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.**

The Named Plaintiffs acknowledge that they have separately bargained for the foregoing waiver of Section 1542.

The Parties intend that the provisions regarding the disputes released in this Agreement be construed as broadly as possible and incorporate similar federal, state, or other laws, all of which are similarly waived.

3.5. **Agreement Regarding The Coordinated PAGA Cases.** The FLSA Opt-Ins expressly, voluntarily, and intentionally release and waive any right that they may have to contest (and agree not to contest) any settlement reached in the Coordinated PAGA Cases, including, but not limited to, purporting to object to any such settlement and/or filing any appeal relating to any such settlement. Nothing in this Paragraph shall preclude an FLSA Opt-In from accepting additional payment from Lowe's in the event that such payment is sent in connection with final resolution of the Coordinated PAGA Cases.

3.6. **Certain Claims Not Released.** The Parties agree and acknowledge that the releases in this Agreement do not waive claims that: (i) may arise after this Agreement is executed, including claims arising under the Age Discrimination in Employment Act; or (ii) cannot lawfully be released in a settlement approved by a court.

3.7. **Other Actions.** The FLSA Opt-Ins covenant that they will not participate in any other legal actions against the Lowe's Releasees for claims released pursuant to this Agreement, and will not opt-in, will withdraw any existing opt-in, and will dismiss any such action or themselves from any such actions.

## 4. COURT ACTIONS AND APPROVALS

4.1. **Preparation Of Motion.** No later than fourteen (14) business days after the execution of this Agreement, Plaintiffs' Counsel shall provide to Lowe's, for review and approval, a draft motion for a Final Court Approval Order consistent with this Agreement.

4.2. **Submission To Court.** Pursuant to the Court's order in the Action (ECF No. 81), Plaintiffs' Counsel shall file a motion for a Final Court Approval Order on or before April 8, 2022 (or such other date as may be ordered by the Court). Lowe's shall not oppose such motion except if and to the extent it is inconsistent with the Agreement.

4.3. **Individual Releases.** Within twenty-three (23) days of execution of the Agreement (unless such period is extended by Lowe's), Plaintiffs' Counsel shall procure written authorization from each Named Plaintiff of their agreement to settle their respective claims in substantially the form provided in Exhibit B. For the avoidance of doubt, the Parties state that such individual releases may be validly executed prior to the execution of this Agreement.

4.4. **Non-Applicability Of Rule 23(e).** The Named Plaintiffs agree that they are not seeking certification of any classes under Federal Rule of Civil Procedure 23, including of any settlement class pursuant to Federal Rule of Civil Procedure 23(e). Rather, the Named Plaintiffs agree to dismiss their pending Putative State Law Class Claims without any ruling on certification under Federal Rule of Civil Procedure 23. This reflects Plaintiffs' Counsel's assessment of the unlikelihood of the Court certifying the putative state-law classes.

4.5. **Stipulation To Continued FLSA Certification.** Lowe's and the FLSA Opt-Ins stipulate, for settlement purposes only, to the continued certification by the Court of a collective action as to all FLSA Opt-Ins' FLSA claims. If for any reason the Court does not enter a Final Court Approval Order, or if this Agreement is lawfully terminated for any other reason, Lowe's reserves its right to seek decertification of the collective action previously conditionally certified by the Court.

4.6. **Dismissals.** To the extent the Action is not dismissed by the Final Court Approval Order or other Court order, the Named Plaintiffs agree that upon issuance of the Final Court Approval Order, they will promptly dismiss their claims and actions pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Individual claims will be dismissed *with prejudice*, and the Putative State Law Class Claims will be dismissed *without prejudice*.

## 5. ADMINISTRATION OF THE MDL SETTLEMENT FUND

5.1. **Settlement Administrator.** Plaintiffs' Counsel shall retain a Settlement Administrator, subject to the approval of Lowe's (which shall not be unreasonably withheld). The Parties agree to cooperate with the Settlement Administrator and assist it in administering the settlement. The Settlement Administrator (including fees and costs thereof) shall be compensated out of the Two Million One Hundred Thousand Dollars and Zero Cents ($2,100,000.00) allocated to Individual Settlement Amounts, Incentive Awards, and Settlement Administration Fees, as set forth in Paragraph 2.4, and with any excess beyond that provided for in such Paragraph satisfied out of the award of attorneys' fees and costs made under Paragraph 2.5.

5.2. **Timing Of Payments By Lowe's.** Lowe's will pay the Gross MDL Settlement Amount into the MDL Settlement Fund within fourteen (14) days of the Final Court Approval Order Effective Date.

5.3. **No Claims Process.** FLSA Opt-Ins are not required to submit a claim form or other documentation of their claim in order to receive payment of their Individual Settlement Amount or any Incentive Award. Named Plaintiffs, however, must execute an individual release as provided for herein in order to receive their Individual Settlement Amount and Incentive Award.

5.4. **Timing Of Payments To FLSA Opt-Ins.** The Settlement Administrator shall issue payments for the approved Individual Settlement Amounts and Incentive Awards from the MDL Settlement Fund to each FLSA Opt-In within thirty (30) days of the Final Court Approval Order Effective Date.

5.5. **Timing Of Payments Of Attorneys' Fees And Costs And To *Cy Pres* Beneficiaries.** Within seventeen (17) days of the Final Court Approval Order Effective Date, the Settlement Administrator shall issue payment(s) from the MDL Settlement Fund in the

amounts ordered by the Court to Plaintiffs' Counsel and to any designated *cy pres* beneficiaries.

**5.6. Unclaimed Payments.**

(a)     FLSA Opt-Ins shall have one hundred fifty (150) calendar days after the date Individual Settlement Amounts and Incentive Awards are mailed to redeem the paid amounts, after which time the checks shall be void. In the event the amount of the uncashed check proceeds is greater than Twenty-Five Thousand Dollars and Zero Cents ($25,000.00), the unclaimed proceeds will (not later than one hundred seventy (170) calendar days from the original date of mailing of the checks) be allocated to FLSA Opt-Ins who cashed the first check on a proportional basis relative of the size of their original checks.  Any checks from the second distribution that are not cashed within sixty (60) calendar days from the date of the mailing of the second distribution of checks shall be canceled or voided.  In the case of both (a) amounts in unredeemed checks which are not redistributed, and (b) unredeemed checks from any second distribution, the Settlement Administrator shall promptly remit any such funds to the state unclaimed property fund(s) in the state(s) in which the relevant recipient(s) are last known to have resided.  The Settlement Administrator shall report to Lowe's Counsel and Plaintiffs' Counsel within thirty (30) calendar days of such remittance of the identity of the FLSA Opt-Ins who did not redeem their Individual Settlement Amount or Incentive Award, the amount of such Individual Settlement Amount and Incentive Award, and the aggregate amount remitted to each state unclaimed property fund.

(b)     FLSA Opt-Ins who do not redeem their settlement checks remain bound by this Settlement, including (but not limited to) the releases in Section 3.

**5.7. Tax Forms.**  The Settlement Administrator will cause to be timely and properly filed and issued all tax returns and tax forms, if any, necessary with respect to the MDL Settlement Fund and any and all payments therefrom.

**5.8. Tax Liability.**  Lowe's and Plaintiffs' Counsel make no representations or warranties with regard to the tax consequences of the payments of the Individual Settlement Amounts or Incentive Payments.  If a government taxing authority determines that any federal, state, or local taxes on those payments or any penalties or assessments thereon are due, the recipient of the corresponding payment is solely responsible for satisfying such amount due.

## 6.     **ADDITIONAL PROVISIONS**

**6.1. Cooperation.**  The Parties and their counsel agree not to take any action to encourage any FLSA Opt-In to exclude himself from, or object to, the settlement provided for by this Agreement.  The Parties and their counsel agree to fully cooperate with one another to accomplish the terms of this Agreement, including but not limited to, executing such documents and taking such other actions as may be reasonably necessary to implement the terms of this Agreement, including all efforts contemplated by this Agreement and any other efforts that may become necessary or are ordered by the Court.

**6.2.** **Non-Entry Of Final Approval Orders; Failure To Dismiss.** If for any reason the Court does not enter a Final Court Approval Order, an individual claim is not dismissed, or if this Agreement is lawfully terminated for any other reason, Lowe's reserves all of its defenses, rights, and remedies applicable to remaining claim(s), including, but not limited to, seeking decertification of the FLSA collective, opposing certification under Federal Rule of Civil Procedure 23, moving to dismiss, moving for summary judgment, defending at a trial, filing motions, and pursuing appeals. Likewise, Plaintiffs reserve all of their rights to assert their claims and seek all appropriate remedies. Under such circumstances, Lowe's and Plaintiffs' Counsel shall not cite to or use this Agreement in any other judicial, administrative, or arbitral proceeding for any purpose or with respect to any issue, substantive or procedural.

**6.3.** **Confidentiality Of Agreement.** The Parties shall not disclose the terms of this settlement publicly until the motion for a Final Court Approval Order is filed.

**6.4.** **Governing Law.** This Agreement shall be governed by and construed in accordance with the laws of the State of North Carolina without regard to conflict of laws principles thereof.

**6.5.** **Consent To Continuing Jurisdiction And Forum Selection.**

(a) The Court retains jurisdiction after entry of the Final Court Approval Order with respect to the interpretation, implementation, and enforcement of the terms of this Agreement, and all orders and judgments entered in connection therewith. The Court is the exclusive venue for such actions.

(b) The Parties acknowledge and agree that any action or proceeding arising in connection with this Agreement shall be resolved exclusively as provided in this Paragraph 6.5. The aforementioned choices of jurisdiction and venue are intended by the Parties to be mandatory and not permissive in nature, thereby precluding the possibility of litigation or arbitration between the Parties with respect to or arising out of this Agreement in any jurisdiction or venue other than the applicable ones specified in this Paragraph.

**6.6.** **Entire Agreement.** This Agreement constitutes the entire agreement between the Parties and supersedes any and all other agreements, understandings, negotiations, or discussions, whether oral or in writing, express or implied, between or among the Parties, and including but not limited to the Memorandum of Understanding executed on December 31, 2021. The Parties acknowledge that no other representations, inducements, promises, agreements, or warranties have been made to them or by them, or by anyone acting on their behalf, which are not embodied in this Agreement, that they have not executed this Agreement in reliance upon any such representation, inducement, promise, agreement, or warranty, and that no subsequent representation, inducement, promise, agreement, or warranty not contained in this Agreement, including, but not limited to, any purported supplements, modifications, waivers, or terminations of this Agreement, shall be valid or binding unless executed in writing by each of the Parties to this Agreement.

**6.7.    Materials Designated Confidential.**  Notwithstanding Paragraph 6.6, the Parties and their Counsel remain bound by all protective orders and confidentiality designations made thereunder in the Action.  The Parties and their Counsel will return and/or destroy all covered materials upon dismissal of the Action consistent with the terms of those orders.

**6.8.    Agreement To Be Construed Fairly.**  This Agreement is to be construed fairly and not in favor of or against any Party, regardless of who drafted or participated in the drafting of its terms.  Any rule of construction that a document is to be construed against the drafting party shall not be applicable to this Agreement.

**6.9.    No Assignment.**  Each of the Parties to the Agreement represents and warrants that there has been no assignment or other transfer of any interest in the claims which he, she, or it has or may have that are being released herein, and each Party owns all claims, demands, and causes of action which it releases by this Agreement, which release is free and clear from all liens, claims, and encumbrances.  Each Party shall hold harmless the other from any liability, claims, demands, damages, costs, expenses, and reasonable outside attorneys' fees incurred by the defending Party as a result of any such assignment or transfer contrary to the foregoing representation.

**6.10.   Authority To Enter Into Agreement.**  Each of the Parties represents and warrants that any person executing this Agreement on his, her, or its behalf has the full right and authority to enter into this Agreement on behalf of said Party, and has the full right and authority to execute this Agreement and to fully bind that Party to the terms and obligations of this Agreement.  Each of the persons signing this Agreement on behalf of the Parties hereto makes the same warranties referred to herein.

**6.11.   Successors And Assigns.**  The terms of this Agreement shall be binding upon the Parties and their agents, attorneys, employees, successors, assigns, and insurers.

**6.12.   Headings.**  The various headings used in this Agreement are inserted for convenience only and shall not affect the meaning or interpretation of the Agreement or any provision of it.

**6.13.   Severability.**  If any word, clause, phrase, sentence, or paragraph of this Agreement is declared void or unenforceable, such portion shall be considered independent of, and severable from, the remainder, the validity of which shall remain unaffected.

**6.14.   Signatures.**  Facsimile and electronic signatures shall be deemed original signatures for all purposes and shall be binding upon the party whose counsel transmits the signature page by facsimile or email.  The Agreement may be executed in one or more counterparts.  All executed counterparts and each of them shall be deemed to be one and the same instrument.

**6.15.   Effective Date.**  Notwithstanding any provision that requires action by the Court or any other non-Party, this Agreement is effective upon:

(a)    Execution by each of the following: Lowe's; Lowe's Counsel; Plaintiffs' Counsel on their own behalf; and Plaintiffs' Counsel on behalf of the FLSA Opt-Ins; and

(b)     The Arbitration Settlement Agreement between Lowe's and approximately 188 former FLSA Opt-Ins (who subsequently initiated individual arbitrations, and who are not parties to this Agreement) becoming effective under the terms thereof.

<<remainder of page intentionally blank>>

**SIGNED AND AGREED TO:**

**Lowe's:**

Dated: _____

_____
Signature

_____
Print Name & Title

**Lowe's Counsel:**

Dated: _____

_____
Signature

_____
Print Name

**FLSA Opt-Ins (By Their Counsel):**

Dated: _____

_____
Signature

_____
Print Name

**Plaintiffs' Counsel:**

Dated: _____

_____
Signature

_____
Print Name

**SIGNED AND AGREED TO:**

**Lowe's:**

Dated: _____

_____
Signature

_____
Print Name & Title

**Lowe's Counsel:**

Dated: _____

_____
Signature

_____
Print Name

**FLSA Opt-Ins (By Their Counsel):**

Dated: March 24, 2022

_____
Signature

Kevin J. Stoops
_____
Print Name

**Plaintiffs' Counsel:**

Dated: March 24, 2022

_____
Signature

Kevin J. Stoops
_____
Print Name

**SIGNED AND AGREED TO:**

**Lowe's:**

Dated: 3/24/22

X _____
Signature

R.S. "TREY" O'NEALE II    VP + ASSOCIATE GENERAL COUNSEL
Print Name & Title

**Lowe's Counsel:**

Dated: 3/24/22

_____
Signature

Jason C. Schwartz
_____
Print Name


**FLSA Opt-Ins (By Their Counsel):**

Dated: _____

_____
Signature

_____
Print Name


**Plaintiffs' Counsel:**

Dated: _____

_____
Signature

_____
Print Name


Page 16

## TABLE OF EXHIBITS

A:      **List of FLSA Opt-Ins (Including Indicators For Incentive Awards And Type Of Individual Settlement Award)**

B:      **Model Named Plaintiff Release Form**

# EXHIBIT A

| EMPLID | NAME | INCENTIVE AWARD<br>Paragraph 2.4(a)(ii) | HOURLY MANAGER<br>POSITION CATEGORY<br>Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 74258 | ABBATI, DONNA D | | Smartphone Only |
| 1158610 | ABRAMS, MICHAEL R. | Written Discovery | SSM/DS |
| 796114 | ABRIL, THERESA | | SSM/DS |
| 76121 | ACE, EDWARD G. | | Smartphone Only |
| 1315258 | ACOSTA, ERIKA | | SSM/DS |
| 2226095 | ADAM, NIKKO | | SSM/DS |
| 1780553 | ADAMOWICZ, MICHEAL | | Smartphone Only |
| 1037829 | ADAMS, CHARLES J. | | SSM/DS |
| 1808522 | ADAMS-HAGLER, GRETCHEN | | SSM/DS |
| 729521 | ADLER, CHRISTOPHER PAUL | | SSM/DS |
| 1610977 | AGOFF, CHASE | | Smartphone Only |
| 1124866 | AGOSTA, CHRISTINE | | SSM/DS |
| 1313496 | AGOSTINO, GERARD E. | | SSM/DS |
| 195520 | AGUILAR, LEROY R. | | SSM/DS |
| 583732 | AGUILAR, REFUGIO | | LP/AP |
| 1428798 | AGUILERA, MATTHEW GENERO | | SSM/DS |
| 622023 | AGUIRRE, JOHNNY | | LP/AP |
| 2212397 | AGUIRRE, PAULA | | Smartphone Only |
| 1605967 | AHLHEIM, KEITH | | SSM/DS |
| 1700401 | AIKENS, CHELSEA | | SSM/DS |
| 612116 | AIKENS, JANELL MICHELLE | | Smartphone Only |
| 528686 | AKE, KELLY | | LP/AP |
| 2033076 | AKERS, AUSTIN T | Written Discovery | Smartphone Only |
| 208026 | AKINS, ANDRE | | Smartphone Only |
| 2090464 | AKINS, GEOFFRY | | SSM/DS |
| 26225 | AL-GREENE, SHAWN | Written Discovery | Smartphone Only |
| 2197249 | ALABURDA, NATALIE | | SSM/DS |
| 1472354 | ALBERT, ROBERT ANTHONY | | SSM/DS |
| 857597 | ALCARAZ-CAMARILLO, JORGE | | SSM/DS |
| 1912318 | ALCE, FAFA | | Smartphone Only |
| 1793882 | ALDRIDGE, ROGER | | SSM/DS |
| 257764 | ALEGRE, JENNIFFER | | SSM/DS |
| 2107379 | ALEKNA, THOMAS | Written Discovery | SSM/DS |
| 2072198 | ALEXANDER, LAWANDA | | LP/AP |
| 2121880 | ALFONZO, IVAN V | | LP/AP |
| 989825 | ALLARD, MAURICE S. | | Smartphone Only |
| 744671 | ALLEN, JEFFEREY ONEAL | | Smartphone Only |
| 879089 | ALLEN, KATHLENE | Written Discovery | Smartphone Only |
| 1866615 | ALLEN, KEVIN | | Smartphone Only |
| 741186 | ALLEN, MELISSA DENISE | Written Discovery | SSM/DS |
| 1342463 | ALLEN, SHAUN M. | | LP/AP |
| 595329 | ALLEN, THERESA LYNN | | SSM/DS |
| 2345900 | ALLIT, GABRIEL | | LP/AP |
| 1878863 | ALTAMIRANO, CARL | | SSM/DS |
| 1929483 | ALTO, BRIAN | Deponent | SSM/DS |
| 932530 | ALVARADO, JESSICA | Deponent | SSM/DS |
| 1429601 | ALVARADO, PETE | | SSM/DS |
| 872708 | ALVARADO, RICARDO SALAS | | Smartphone Only |
| 1224646 | AMAN, REBECCA | | SSM/DS |
| 1022714 | ANDERSEN, NICHOLAS DUKKYU | Written Discovery | LP/AP |
| 1358798 | ANDERSON, ANTELLIA | | SSM/DS |
| 1610447 | ANDERSON, ERIN ALISA | | Smartphone Only |
| 2352399 | ANDERSON, JEFF | | SSM/DS |

| EMPLID | NAME | INCENTIVE AWARD Paragraph 2.4(a)(ii) | HOURLY MANAGER POSITION CATEGORY Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 1621019 | ANDERSON, JOSEPH | | Smartphone Only |
| 71086 | ANDERSON, JOSEPH J. | | Smartphone Only |
| 1892179 | ANDERSON, LANCE | | SSM/DS |
| 156100 | ANDERSON, LINDA R. | | Smartphone Only |
| 2462286 | ANDERSON, MICHAEL | | SSM/DS |
| 1852236 | ANDERSON, RAMONA | | Smartphone Only |
| 1263395 | ANDERSON, RONALD D. | Named Plaintiff | SSM/DS |
| 1561170 | ANDREWS, SOPHIA JANE | | SSM/DS |
| 1152221 | ANGAD, LINDA YOLANDE | | Smartphone Only |
| 1768046 | ANNIS, JOSHUA | | LP/AP |
| 78436 | ANSON, KATHRYN S. | | Smartphone Only |
| 777923 | ANTEE, OKEEFE | | Smartphone Only |
| 22878 | ANTHONY, SCOTTIE | | Smartphone Only |
| 676137 | ANTICO, DAWN | | Smartphone Only |
| 1976525 | ANTONUCCI, NICHOLAS | | SSM/DS |
| 1280536 | ARABIAN, JAMES A | | SSM/DS |
| 1735858 | ARBOUR, RACHAEL | | Smartphone Only |
| 1997964 | ARENDT, MICHELLE | | LP/AP |
| 1892972 | ARENS, MATTHEW | Deponent | SSM/DS |
| 1292669 | ARJUNE, RAJESH | | SSM/DS |
| 126253 | ARMS, JEFFREY THOMAS | | SSM/DS |
| 1001408 | ARMSTRONG, LISA M. | Written Discovery | SSM/DS |
| 1718656 | ARMSTRONG, SUSAN | | SSM/DS |
| 1991802 | ARMSTRONG, TRAVIS | | SSM/DS |
| 1425975 | ARNHEITER, PAMELA ANN | | SSM/DS |
| 662810 | ARNOLD, AARON LEE | | Smartphone Only |
| 1234322 | ARRADONDO, VERONICA M. | | Smartphone Only |
| 910387 | ARROYO, LUCIO | Deponent | SSM/DS |
| 2095994 | ASHTON, EDDIE | | Smartphone Only |
| 1908359 | ATBASH, IHAB | | Smartphone Only |
| 2341020 | ATWOOD, ISAAC | | SSM/DS |
| 2138183 | AUBREY, JAMES | | LP/AP |
| 1386260 | AUBREY, RONNY | | Smartphone Only |
| 2051013 | AUCOIN, PAUL | | SSM/DS |
| 1721642 | AULD, CHRIS | | SSM/DS |
| 684295 | AUNGIE, MAYLYNN K. | | SSM/DS |
| 800068 | AUSTIN, AMBERLY R. | | SSM/DS |
| 1534931 | AUSTIN, SARAH ELIZABETH | Deponent | SSM/DS |
| 1282022 | AVERY, JEFFERY MARK | | SSM/DS |
| 1252730 | AXIOTIS, MICHAEL A. | Written Discovery | SSM/DS |
| 1851872 | AYALA, ANGEL | | SSM/DS |
| 20276 | AYRES, SHAWN A. | Written Discovery | SSM/DS |
| 1671930 | BABS, WAYNE | | Smartphone Only |
| 2381226 | BACARRO, KELEE | | SSM/DS |
| 2212007 | BADAGLIACCA, CARMEN | Written Discovery | Smartphone Only |
| 1235873 | BADERTSCHER, THOMAS | | Smartphone Only |
| 1897144 | BADGER, JENINE | | SSM/DS |
| 235361 | BADGER, PRESTON VINCENT | | SSM/DS |
| 1971906 | BAENEN, PAIGE | | SSM/DS |
| 1584425 | BAERNY, PETER ALAN | | SSM/DS |
| 1722937 | BAEVER, BRUCE | | Smartphone Only |
| 1535855 | BAILEY, JEREMY | | SSM/DS |
| 1455739 | BAILEY, LARRY GENE | | SSM/DS |
| 1989711 | BAILEY, SUZANNE | Written Discovery | SSM/DS |
| 96226 | BAILLARGEON, MICHAEL J. | Written Discovery | SSM/DS |

| EMPLID | NAME | INCENTIVE AWARD<br>Paragraph 2.4(a)(ii) | HOURLY MANAGER<br>POSITION CATEGORY<br>Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 1351262 | BAILLIE, PATRICIA LOU | | SSM/DS |
| 102376 | BAKER, KENNETH C. | | Smartphone Only |
| 1601817 | BAKER, WILLIS J. | | Smartphone Only |
| 1095269 | BALCAZAR, MIGUEL | | SSM/DS |
| 1298047 | BALDASARE, ANNMARIE | | LP/AP |
| 1089556 | BALDWIN, CHRISTOPHER SEAN | | Smartphone Only |
| 2405169 | BALLEW, CAMERON TYLER | | LP/AP |
| 1323089 | BANING, RYAN MURRAY | | SSM/DS |
| 1896724 | BARBER, TERRANCE | Written Discovery | SSM/DS |
| 1349970 | BARCELLOS, LORI | | SSM/DS |
| 78027 | BARFIELD, HELEN B. | | Smartphone Only |
| 908861 | BARICZA, TIMMOTHY | | SSM/DS |
| 1388501 | BARKANIC, GARY J | Written Discovery | Smartphone Only |
| 1457188 | BARKER, CHANCEY LORAN | | SSM/DS |
| 1044169 | BARKSDALE, ROBERT | | SSM/DS |
| 1009194 | BARNES, BRANDON DOUGLAS | | SSM/DS |
| 1070385 | BARNES, ERIC STEVEN | | SSM/DS |
| 2392431 | BARNES, KRISTIAN | | SSM/DS |
| 9888 | BARNES, WILLIAM E | | Smartphone Only |
| 1501189 | BARNETT, BRENARD ALEXANDER | | Smartphone Only |
| 2414811 | BARNHART, BARRY | | SSM/DS |
| 1947773 | BARNHART, BRANDON | | Smartphone Only |
| 5731 | BARNHART, KEVIN | | SSM/DS |
| 646395 | BARRERA, ERIN LENNETTE | Named Plaintiff | SSM/DS |
| 1955061 | BARROSO, CLAUDIA | | SSM/DS |
| 1046856 | BARRY, ROBERT M. | | SSM/DS |
| 1057340 | BARTEL, MICHAEL TODD | | SSM/DS |
| 2192149 | BARTLOW, TIMOTHY | | SSM/DS |
| 1703944 | BARTON, JOHN | | Smartphone Only |
| 1509043 | BARTON, REX A. | | SSM/DS |
| 1737803 | BASHAM, ERIC | | LP/AP |
| 2455891 | BASHAW, THOMAS | | SSM/DS |
| 1065848 | BASS, EDWARD R. | | Smartphone Only |
| 1418062 | BASTON, ELI F. | | SSM/DS |
| 1488795 | BATES, TIMOTHY DEL | | SSM/DS |
| 1052699 | BAUGH, ANDREW SCOTT | | SSM/DS |
| 2408657 | BAUGH, LISA | | SSM/DS |
| 2340443 | BAUMGARDNER, CATHERINE | | SSM/DS |
| 1305271 | BAYLISS, JENNIFER E. | | Smartphone Only |
| 598372 | BAYNE, JAMES | | LP/AP |
| 1131687 | BEAN, DAYMOND K. | | Smartphone Only |
| 771731 | BEAN, JASON A. | | SSM/DS |
| 85584 | BEATTIE, JOEL B. | | Smartphone Only |
| 727566 | BEAULIEU, BRITTIAN LEIGH | Deponent | SSM/DS |
| 1061769 | BEAUREGARD, RAYMOND H. | | SSM/DS |
| 1206571 | BECK, AUSTIN LEE | | SSM/DS |
| 188314 | BECK, CHRISTOPHER | | Smartphone Only |
| 182793 | BECK, JAMES | | SSM/DS |
| 2394384 | BECK, MICHAEL | | SSM/DS |
| 1685089 | BEECHER, NICOLE MARIE | | Smartphone Only |
| 1390739 | BELASKI, JENNIFER | Written Discovery | SSM/DS |
| 1494903 | BELK, ARLEY ANTHONY | | Smartphone Only |
| 818585 | BELL, MAX ALAN | | Smartphone Only |
| 1317951 | BELL, STEVEN | Written Discovery | LP/AP |
| 1492796 | BELLAHRIR, MOHAMED | | SSM/DS |

| EMPLID | NAME | INCENTIVE AWARD<br>Paragraph 2.4(a)(ii) | HOURLY MANAGER<br>POSITION CATEGORY<br>Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 1347691 | BELLINGER, TRAVIS | | SSM/DS |
| 900531 | BENATTI, GINO JOHN | | Smartphone Only |
| 2367589 | BENCOMO, ALEXANDER | | SSM/DS |
| 1929969 | BENDER, KURT | | Smartphone Only |
| 754497 | BENEDICT, DANIEL B. | | Smartphone Only |
| 973665 | BENEFIELD, ARIEL | | SSM/DS |
| 2280546 | BENNER, RANDALL | | SSM/DS |
| 2387920 | BERARDI, MARK | | SSM/DS |
| 1852716 | BERG, DAVID | | Smartphone Only |
| 42181 | BERGERON, DANNY J. | | SSM/DS |
| 1685997 | BERGERON, STEVEN R. | | Smartphone Only |
| 1780192 | BERGIN, KATHLEEN | | Smartphone Only |
| 2201324 | BERKHOUT, MICHAEL | | LP/AP |
| 607672 | BERKSHIRE, PAULA J. | | SSM/DS |
| 990296 | BERLUCHAUX, JENNIFER COWELL | | SSM/DS |
| 614006 | BERMEA, RACHAEL ANN | | SSM/DS |
| 727811 | BERNATOWICZ, STEVEN A. | | Smartphone Only |
| 1416314 | BERNS, JOSHUA JAMES | | SSM/DS |
| 1967406 | BERRY, DAVID | Deponent | SSM/DS |
| 1945780 | BETANCOURT, ARMIDA | | Smartphone Only |
| 599139 | BEVERLY, BARBARA ANN | Written Discovery | Smartphone Only |
| 1075170 | BEZDEK, JEFFREY R. | Written Discovery | SSM/DS |
| 712346 | BIDDISON, DENISE | | SSM/DS |
| 278602 | BIEZEWSKI, JOSEPH F. | | Smartphone Only |
| 1551729 | BILYEU, HEATHER GRACE | | SSM/DS |
| 1533949 | BINDER, PAMELA K. | | SSM/DS |
| 1197509 | BINGHAM, COOLEY | | SSM/DS |
| 1427913 | BIRCH, DOUGLAS RANDOLPH | | SSM/DS |
| 2103085 | BIRDWELL, GARY | | SSM/DS |
| 1113314 | BIRKENTALL, JAMES D. | | SSM/DS |
| 1251182 | BIRT, LEVI LAVELLE | | Smartphone Only |
| 696576 | BISCHOFF, THOMAS | | SSM/DS |
| 883576 | BISHOP, KATHERINE LOUISE | | SSM/DS |
| 660601 | BISHOP, THOMAS RAY | | SSM/DS |
| 1763075 | BITTENBENDER, MATTHEW | | SSM/DS |
| 1787188 | BLACK, BRADLEY ERINN | | SSM/DS |
| 1850566 | BLACK, DANA | | SSM/DS |
| 591367 | BLACKMON, MICHAEL | | SSM/DS |
| 1566607 | BLAIR, CODY | Written Discovery | LP/AP |
| 2129664 | BLAIR, HERBERT | | Smartphone Only |
| 567594 | BLAKE, BRIAN ADRIAN | Written Discovery | LP/AP |
| 1594166 | BLAKE, KRIS C. | | LP/AP |
| 55249 | BLAKEMORE, LASHONDA | Deponent | SSM/DS |
| 2661106 | BLAKENEY, LAKIVA | | SSM/DS |
| 1743090 | BLAN, JOE | Written Discovery | Smartphone Only |
| 1133438 | BLASICK, HILARY | | Smartphone Only |
| 1704254 | BLECHLE, CHRISTOPHER | | Smartphone Only |
| 1930708 | BLIGHT, DAVID | | SSM/DS |
| 1961140 | BLINSINGER, RONALD | | Smartphone Only |
| 958719 | BLOT, ANGELIA | | LP/AP |
| 2336869 | BOAS, JANET | | SSM/DS |
| 1986834 | BOCANEGRA, ELIAS | | Smartphone Only |
| 2446203 | BOERCKER, WILLIAM | | LP/AP |
| 1849342 | BOETCHER, RYAN | | SSM/DS |
| 1971119 | BOETTGE, CHRIS D | | SSM/DS |

| EMPLID | NAME | INCENTIVE AWARD<br>Paragraph 2.4(a)(ii) | HOURLY MANAGER<br>POSITION CATEGORY<br>Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 100595 | BOETTNER, MARY BETH | | Smartphone Only |
| 1129007 | BOGAERT, NICOLE CHEREE | | SSM/DS |
| 213763 | BOHNERT, ADAM LEE | | SSM/DS |
| 609397 | BOLDEN, NUGENE A | | SSM/DS |
| 2090196 | BONANNO, BRIAN | | LP/AP |
| 1887840 | BOND, ERICKA | | SSM/DS |
| 1730424 | BOND, JOSEPH | | LP/AP |
| 599792 | BOND, LEAH NICOLE | | SSM/DS |
| 1381586 | BOND, RICHARD | | LP/AP |
| 1706512 | BONTEMPS, KEVIN C. | | Smartphone Only |
| 1249843 | BOOKER, ANTHONY | | Smartphone Only |
| 699867 | BOOKER, HOWARD | Written Discovery | Smartphone Only |
| 23033 | BOONE, DAVID CARL | | SSM/DS |
| 1400445 | BOOP, BREANNA | | Smartphone Only |
| 1710977 | BORCHARDT, DAVID | | Smartphone Only |
| 941905 | BORCHERDING, EVAN MICHAEL | | LP/AP |
| 1737238 | BORDEN, LARRY | Written Discovery | LP/AP |
| 1205857 | BORNE, JAMES | Written Discovery | SSM/DS |
| 1838494 | BOROFF, ALISON | | SSM/DS |
| 2166287 | BOSTER, BRUCE | | Smartphone Only |
| 631895 | BOTELHO, KIMBERLEY A. | Written Discovery | Smartphone Only |
| 195838 | BOUDREAUX, REBECCA L | | SSM/DS |
| 1878469 | BOULTON, JONATHAN MATHEW | | SSM/DS |
| 212478 | BOURGEOIS, DEBORAH D. | | Smartphone Only |
| 1667645 | BOURQUE, HANNAH MAE | | Smartphone Only |
| 1073221 | BOWDEN, KATHERINE M. | | SSM/DS |
| 1112967 | BOWEN, DAVID | | LP/AP |
| 2139485 | BOWEN, KATHERINE | | SSM/DS |
| 849527 | BOWEN, MARK A. | | Smartphone Only |
| 1820976 | BOWENS, DARRYL | | Smartphone Only |
| 926415 | BOWER, DAVID ALLEN | | SSM/DS |
| 2339552 | BOWERS, SCOTT | | LP/AP |
| 711408 | BOWERS, YVONNE SHORT | | Smartphone Only |
| 2485163 | BOWES, SUSANNE | Written Discovery | SSM/DS |
| 842398 | BOWLES, BRIAN L. | | SSM/DS |
| 2526168 | BOWMAN, DOUGLAS | | SSM/DS |
| 1240913 | BOYCE, LUCAS MICHAEL | | SSM/DS |
| 1502202 | BOYD, FRANKLIN | | LP/AP |
| 1968199 | BOYD, JORDAN | | SSM/DS |
| 107738 | BOYER, ERROL | | SSM/DS |
| 129357 | BRABITZ, CHRISTOPHER JAMES | | SSM/DS |
| 1911884 | BRACERO, TARA | | LP/AP |
| 186599 | BRADBURY, KEVIN E. | | SSM/DS |
| 1841882 | BRADLEY, VERNELL | | SSM/DS |
| 2037256 | BRADY, BRENNA | | SSM/DS |
| 2453120 | BRALEY, BRANDY | Deponent | LP/AP |
| 2145533 | BRANCH, JERRY | | Smartphone Only |
| 2082879 | BRANCH, LEVI | Written Discovery | LP/AP |
| 1177378 | BRANCH, LISA NICHOL | | LP/AP |
| 127388 | BRANDES, DIANA L. | Deponent | SSM/DS |
| 2111969 | BRANGER, KELSEY | | SSM/DS |
| 1866373 | BRANTLEY, STEVEN-REA | | SSM/DS |
| 204998 | BRASSE, NANCY J. | | SSM/DS |
| 184115 | BRAXTON, CAROLYN DIANE | | Smartphone Only |
| 995875 | BREAUX, NOLAND JAMES | | SSM/DS |

| EMPLID | NAME | INCENTIVE AWARD Paragraph 2.4(a)(ii) | HOURLY MANAGER POSITION CATEGORY Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 2203098 | BRENDMOEN, JEFFERY | | SSM/DS |
| 1795474 | BRESLER, NICHOLAS | | SSM/DS |
| 1612268 | BRIGHTON, SCOTT ALAN | Written Discovery | SSM/DS |
| 2431356 | BRIMLEY, ROBERT | Deponent | SSM/DS |
| 1529833 | BRINGARD, BRADLEY | | Smartphone Only |
| 1875306 | BRINKLEY, DWIGHT | | SSM/DS |
| 176111 | BRISCOE, MARION A | | Smartphone Only |
| 4778 | BRITTON, JOHN M. | | Smartphone Only |
| 1817745 | BROCKMEIER, JOHN | | Smartphone Only |
| 892984 | BROD, MICHAEL LEN | Written Discovery | SSM/DS |
| 801782 | BROOKER, MICHELLE L. | | LP/AP |
| 814164 | BROOKS, BILLY R. | | LP/AP |
| 1986202 | BROOKS, KEITH | | SSM/DS |
| 13441 | BROOKS, SHIRLEY A. | | Smartphone Only |
| 1486945 | BROOKS, THOMAS RICHARD | | Smartphone Only |
| 1889635 | BROOME, PAUL | | SSM/DS |
| 1597252 | BROTHERS, JENNIFER LYNN | | Smartphone Only |
| 2350542 | BROWN, ANGELA | | SSM/DS |
| 69311 | BROWN, CAROL | | SSM/DS |
| 1487573 | BROWN, CHARLES RICHARD | | SSM/DS |
| 1522446 | BROWN, CYNTHIA L. | | Smartphone Only |
| 641289 | BROWN, DEENA A. | | SSM/DS |
| 1206151 | BROWN, ELIZABETH M. | | Smartphone Only |
| 1495181 | BROWN, GREGORY | | Smartphone Only |
| 723656 | BROWN, JEFFREY L. | | SSM/DS |
| 772400 | BROWN, JENNIFER A. | | LP/AP |
| 2484969 | BROWN, JUDITH | | SSM/DS |
| 168086 | BROWN, MERYL | | Smartphone Only |
| 1299624 | BROWN, MONTRELL EUGENE | | Smartphone Only |
| 1255312 | BROWN, PHILIP R. | | Smartphone Only |
| 2094010 | BROWN, RICHARD | | SSM/DS |
| 1807554 | BROWN, RUSSELL | Deponent | SSM/DS |
| 1820996 | BROWNE, ADRIAN | Written Discovery | LP/AP |
| 2179414 | BROWNE, DAVID R. | Written Discovery | SSM/DS |
| 1084353 | BRUMFIELD, CARLESE | | Smartphone Only |
| 2400873 | BRYANT, LACONDRA | | LP/AP |
| 2466771 | BRYDIE, JAJUAN | Written Discovery | LP/AP |
| 1964403 | BUA, ANTHONY | | LP/AP |
| 1822852 | BUCKLER, JOSEPH | | Smartphone Only |
| 1795348 | BUCKNER, DAVID | | Smartphone Only |
| 1933006 | BUDDIE, BRIAN | | SSM/DS |
| 1561879 | BUENO, FRANCISCO J. | | SSM/DS |
| 729217 | BUIE, STEVEN J. | | SSM/DS |
| 1115566 | BULLOCK, CLEONE RENEE | | Smartphone Only |
| 2518 | BURCHFIELD, LARRY ALLEN | | SSM/DS |
| 1198538 | BURGESON, MICHAEL DANIEL | | Smartphone Only |
| 2083303 | BURGESS, CHERYL | | LP/AP |
| 2097201 | BURGESS, JAMES | | Smartphone Only |
| 719352 | BURKE, DENISE E. | | SSM/DS |
| 130458 | BURKET, TERRI | | Smartphone Only |
| 1676103 | BURNETT, ROBERT D. | | SSM/DS |
| 896857 | BURNETT BANKS, BETTYE J. | | SSM/DS |
| 2161094 | BURNHAM, LAWRENCE | Written Discovery | SSM/DS |
| 1885354 | BURRIS, JOSHUA | | SSM/DS |
| 1223646 | BURRIS, META | | SSM/DS |

| EMPLID | NAME | INCENTIVE AWARD Paragraph 2.4(a)(ii) | HOURLY MANAGER POSITION CATEGORY Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 945047 | BURROUGHS-DOUGLAS, ELOUISE | | SSM/DS |
| 1731768 | BURT, MELISSA KAYE | | Smartphone Only |
| 1890658 | BURWELL, BRAD | | Smartphone Only |
| 2020432 | BUSS, MICHAEL | | Smartphone Only |
| 814606 | BUTCH, CHARLES RICHARD | | Smartphone Only |
| 1480109 | BUTLER, CHAD | | SSM/DS |
| 1225867 | BUTLER, HANNAH | | SSM/DS |
| 211342 | BUTLER, JAMES DAVID | | Smartphone Only |
| 2609888 | BUTLER, JIMMY | | SSM/DS |
| 1868511 | BYERS, MARCELLA | Written Discovery | Smartphone Only |
| 1247425 | CABALLERO, GRETCHEN MARIE | | Smartphone Only |
| 202584 | CADE, KENNETH W. | | Smartphone Only |
| 1036519 | CAGNINA, ALBERTO | | SSM/DS |
| 1043294 | CAIN, DIANNA L. | | SSM/DS |
| 52883 | CALDWELL, MICHELE | | SSM/DS |
| 175930 | CALLAHAN, CHRISTOPHER D. | | SSM/DS |
| 1958599 | CALLAHAN, LINDA | | SSM/DS |
| 133643 | CALLAWAY, JENNIFER | | Smartphone Only |
| 903038 | CALVO, JOSE | | Smartphone Only |
| 1774520 | CAMERON, RONALD | | Smartphone Only |
| 33052 | CAMPBELL, CATHERINE A. | Deponent | Smartphone Only |
| 1076778 | CAMPBELL, VALENCIA NICOLETTE | Written Discovery | SSM/DS |
| 1928780 | CAMPOS QUEZADA, JULIETA | | Smartphone Only |
| 626020 | CANADY, BRADFORD | | SSM/DS |
| 1432360 | CANADY, DANIEL ERIC | | SSM/DS |
| 62111 | CANALES, ALBERT C. | | Smartphone Only |
| 864122 | CANTRELL, CRISTIN RENE | | SSM/DS |
| 1461673 | CANTY, BRIANNA | | SSM/DS |
| 589460 | CARABBIA, LUKE R | | Smartphone Only |
| 1090059 | CARBAJAL, CARLOS H. | | Smartphone Only |
| 1274709 | CARDENAS, MARICELA RAQUEL | | SSM/DS |
| 874707 | CARGILE, ROBERT N. | | SSM/DS |
| 179942 | CARIAS, ANTONIO | | Smartphone Only |
| 295812 | CARLE, RICHARD | | SSM/DS |
| 1367509 | CARLISLE, KATHY ANN | | SSM/DS |
| 1507109 | CARLSTEAD, HEATHER GRAY | | SSM/DS |
| 1870614 | CARMAN, WILLIAM | | SSM/DS |
| 1934571 | CARMINE, FRANK | | LP/AP and SSM/DS |
| 1913716 | CARON, STEPHANIE L | | SSM/DS |
| 2244363 | CARPENTER, CYNTHIA | | SSM/DS |
| 845999 | CARPENTER, RICKY | | SSM/DS |
| 1693598 | CARPENTER, WANDA | | SSM/DS |
| 1237617 | CARR, ALEXIS D. | | Smartphone Only |
| 176865 | CARR, JONI LYN | | Smartphone Only |
| 619093 | CARROLL, CHARLES GEOFFREY | Written Discovery | Smartphone Only |
| 853801 | CARROLL, RICHARD | | Smartphone Only |
| 1121985 | CARSTENS, JOHN I. | | LP/AP |
| 1124807 | CARSWELL, SAMUEL ABEL | | SSM/DS |
| 1271418 | CARUSO, MARK | Written Discovery | SSM/DS |
| 1265098 | CASABURA, THOMAS | | Smartphone Only |
| 1013082 | CASE, DAVID B. | Written Discovery | SSM/DS |
| 2448814 | CASNER, ERIC | | SSM/DS |
| 2182471 | CASTILLO, EVELYN | Written Discovery | SSM/DS |
| 1920464 | CASTILLO, JESSE | | SSM/DS |
| 1077862 | CASTLEMAN, GLENN M. | | Smartphone Only |

| EMPLID | NAME | INCENTIVE AWARD Paragraph 2.4(a)(ii) | HOURLY MANAGER POSITION CATEGORY Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 1489162 | CASTRO, AMANDA R | | SSM/DS |
| 1002881 | CATHCART, NICHOLAS MARSHALL | | SSM/DS |
| 995929 | CAVALLARO, KRYSTAL LYNN | | SSM/DS |
| 1322282 | CAYLEN, MICHAEL | | Smartphone Only |
| 2156420 | CAYTON, WAYNE | | SSM/DS |
| 1305568 | CELESTINE, SYLVESTER | Written Discovery | Smartphone Only |
| 2222172 | CHABRA, GENE STEPHEN | | SSM/DS |
| 1846994 | CHALUPSKY, JULIE | Written Discovery | SSM/DS |
| 1029886 | CHAN, CHRISTOPHER | | Smartphone Only |
| 2113094 | CHANEY, JUSTIN | | LP/AP |
| 1989377 | CHAPMAN, KATHRYN | | SSM/DS |
| 684601 | CHAPUT, EDMUND P. | | Smartphone Only |
| 1440183 | CHARLOT, SUZANNA | | SSM/DS |
| 2020310 | CHAVEZ, RALPH | | Smartphone Only |
| 1324641 | CHAVEZ, VERONICA | | Smartphone Only |
| 1213033 | CHAVEZ, YVONNE | | Smartphone Only |
| 15432 | CHEATHAM, STEVEN | | Smartphone Only |
| 1737709 | CHENEVERT, CATHERINE | | SSM/DS |
| 603777 | CHENG, JUANITA ELIZABETH | Deponent | Smartphone Only |
| 745525 | CHERRY, BRAD A. | | SSM/DS |
| 1737449 | CHERRY, CAREN | | SSM/DS |
| 958753 | CHERRY, ROBERT L. | | Smartphone Only |
| 1102661 | CHESTER, KATY J. | | Smartphone Only |
| 1052070 | CHIEM, VANNAT | | SSM/DS |
| 1412448 | CHILBERT, JONATHON R. | | SSM/DS |
| 1675747 | CHILDS, RHODA E. | | LP/AP |
| 2076298 | CHILSON, AMANDA | | Smartphone Only |
| 1889964 | CHILSON, MELVIN CLEVELAND | | SSM/DS |
| 1959576 | CHIR, JESS | | SSM/DS |
| 1808551 | CHISM, JOHN DAVID | Deponent | SSM/DS |
| 1269392 | CHMARENKO, DANIEL | Deponent | SSM/DS |
| 1690469 | CHOATE, CHRISTOPHER LEE | | SSM/DS |
| 126240 | CHRISCO, MELISSA | | SSM/DS |
| 133036 | CHRISTIAN, REGINA I. | | Smartphone Only |
| 2163725 | CHRISTIANSEN, SHANNON | | SSM/DS |
| 993710 | CIOTTI, ANTHONY J. | | SSM/DS |
| 960698 | CLARE, LYNNETTE M. | | SSM/DS |
| 847961 | CLARK, JON JAMES | | SSM/DS |
| 1485717 | CLARK, LUKE E. | | SSM/DS |
| 1613767 | CLARK, TANISHA | | Smartphone Only |
| 1037860 | CLARKE, CHRISTOPHER C | Written Discovery | Smartphone Only |
| 796671 | CLARKE, KELLI MEGAN | | SSM/DS |
| 956069 | CLARKE, ROBERT EVERETTE | | SSM/DS |
| 1492621 | CLAYTON, CEPHAS | | SSM/DS |
| 556268 | CLEAVENGER, KERRY D. | Named Plaintiff | LP/AP |
| 1632187 | CLELLAND, STANFORD L. | | SSM/DS |
| 1973191 | CLEMENTS, THOMAS | Written Discovery | SSM/DS |
| 1251564 | CLEMMONS, BRANDICE | | SSM/DS |
| 973212 | CLEMONS, SONYA | | Smartphone Only |
| 1789787 | CLEVENGER, CINDY | | SSM/DS |
| 596748 | CLINE, ANGELIC DAWN | | Smartphone Only |
| 1914137 | CLINE, ELIZABETH | | SSM/DS |
| 1810326 | CLOUD, COREY | | SSM/DS |
| 502927 | COATS, ELIZABETH A. | | SSM/DS |
| 1234018 | COBB, ERICA LEE | | Smartphone Only |

| EMPLID | NAME | INCENTIVE AWARD<br>Paragraph 2.4(a)(ii) | HOURLY MANAGER<br>POSITION CATEGORY<br>Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 593714 | COBB, JILLIAN | | Smartphone Only |
| 94516 | COBLE, KATIE MADEA | | SSM/DS |
| 587845 | COBURN, JAMES G | | SSM/DS |
| 1315487 | COCHRAN, JOSHUA | | Smartphone Only |
| 1385341 | CODD, HENRY WALLACE | | Smartphone Only |
| 1572904 | COFFEY, FRANCIS J. | Written Discovery | SSM/DS |
| 755603 | COLBAUGH, CHRIS A. | | LP/AP |
| 2011717 | COLEMAN, JORDAN | Deponent | SSM/DS |
| 1325516 | COLEMAN, JOSEPH PARKER | | Smartphone Only |
| 782934 | COLEY, MARITZA | Written Discovery | Smartphone Only |
| 1937666 | COLEY, MICHELLE A | | SSM/DS |
| 2264039 | COLGAN, ELIZABETH | | SSM/DS |
| 1364433 | COLLEGE, JILL RENEE | | Smartphone Only |
| 574342 | COLLINS, CHRISTOPHER SCOTT | | LP/AP |
| 1832743 | COLLINS, PRINCESS LADONNA | | Smartphone Only |
| 233239 | COLLINS, ROBERT | | Smartphone Only |
| 2193834 | COLQUETTE, BRADLEY | | Smartphone Only |
| 1719287 | COMBS, SHERMAN | | Smartphone Only |
| 770865 | COMER, MARK WADE | | SSM/DS |
| 1947072 | COMSA, SEAN | | SSM/DS |
| 2192460 | CONLEY, DANIEL | | SSM/DS |
| 1714006 | CONRAD, JASON | | SSM/DS |
| 1889881 | CONYERS, ZAIRE | | SSM/DS |
| 1077144 | COOK, EIDA | | SSM/DS |
| 1276204 | COOKE, BRANDON SETH | | SSM/DS |
| 3038346 | COOPER, ABRAHAM | | Smartphone Only |
| 1383399 | COOPER, CLAYTON GUY | | SSM/DS |
| 1448324 | COOPER, DANIEL | | Smartphone Only |
| 991668 | COOPER, JAMES CALVIN | | SSM/DS |
| 78852 | COPELAND, APRIL JEWEL | | SSM/DS |
| 1487550 | CORBIN, STEPHENIE K. | | SSM/DS |
| 757161 | CORDELL, RODNEY L. | Written Discovery | Smartphone Only |
| 773013 | CORDOVA, RUDY | | SSM/DS |
| 208812 | CORNELIUS, KEVIN O. | | Smartphone Only |
| 1874597 | CORSON, KRIS | Written Discovery | Smartphone Only |
| 1295049 | CORTEZ, ERICA MONIQUE | | Smartphone Only |
| 1060067 | CORZO, LESTER YOEL | | Smartphone Only |
| 2336792 | COSTA, RONALD | | SSM/DS |
| 1609133 | COTHRAN, GREGORY ALLAN | | Smartphone Only |
| 2451974 | COTTRELL, TIMOTHY | | LP/AP |
| 2350608 | COUCHMAN, ROBERT | | LP/AP |
| 1363969 | COUNCIL, SHERONDA L. | | Smartphone Only |
| 721140 | COUNTRYMAN, RANGER WADE | | SSM/DS |
| 776108 | COUTO, ROBERT | | SSM/DS |
| 873055 | COVIN-WILLIAMS, ANDRE | | Smartphone Only |
| 153155 | COWAN, CHARLES | | Smartphone Only |
| 1867195 | COX, DARRELL | | SSM/DS |
| 50937 | COYLE, FRANCIS THOMAS | | SSM/DS |
| 1070178 | CRAFT, BRANDON | | Smartphone Only |
| 785250 | CRAFT, ROBERT E. | | SSM/DS |
| 2332346 | CRAMER, ZACHARY | | LP/AP |
| 1428786 | CRANDALL, ERIC | | Smartphone Only |
| 2516510 | CRAWFORD, AHMAD | | SSM/DS |
| 129257 | CREEKMORE, MICHAEL D. | | Smartphone Only |
| 677890 | CREEL, PATRICK | | Smartphone Only |

| EMPLID | NAME | INCENTIVE AWARD Paragraph 2.4(a)(ii) | HOURLY MANAGER POSITION CATEGORY Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 1749989 | CREIGHTON, RYAN | | Smartphone Only |
| 33056 | CRIDER, DIANE V. | | Smartphone Only |
| 834286 | CRIST, CRISTOPHER JARROD | | SSM/DS |
| 1081076 | CRISWELL, WILLIAM ORAN | | SSM/DS |
| 15806 | CROFF, DEBRA MARIE | | Smartphone Only |
| 1853019 | CROOK, PAUL | | SSM/DS |
| 2430240 | CROOKS, KELLI | Written Discovery | SSM/DS |
| 1850285 | CROOP, BRANDY | | SSM/DS |
| 1905561 | CROSS, LEANNE SAMESHIMA | | SSM/DS |
| 1114056 | CROW, THOMAS E. | Deponent | SSM/DS |
| 1047890 | CROWSON, JENNIFER A. | | SSM/DS |
| 113760 | CRUCHLEY, SCOTT | | SSM/DS |
| 595086 | CRULL, ELIZABETH | | Smartphone Only |
| 1155911 | CRUTSINGER, DONNA L. | | Smartphone Only |
| 1440254 | CRUZ, EMILY RENEE | | Smartphone Only |
| 1806335 | CRUZ, VICTOR | Written Discovery | Smartphone Only |
| 1752228 | CUNDIFF, DUSTIN LEE | | SSM/DS |
| 1380728 | CUPP, CODY | | SSM/DS |
| 2362822 | CURNEW, SHAWN | | SSM/DS |
| 3722 | CURREN, AMY R. | | SSM/DS |
| 1011675 | CURRENT, JOSHUA ALAN | | SSM/DS |
| 808944 | CURRIE, CHRISTOPHER R. | | Smartphone Only |
| 1330625 | CURRY, VANESSA T. | | Smartphone Only |
| 1756254 | CURTIS, UNI | | SSM/DS |
| 1074762 | CURTISS, KEITH D. | | SSM/DS |
| 1426534 | CUSELLA, MARY ANN C | | SSM/DS |
| 1723286 | CZLAPINSKI, JOSEPH | Written Discovery | Smartphone Only |
| 889226 | D ANGELO, ELIZABETH A. | | SSM/DS |
| 1533558 | DADDATO, ROBERT D. | | SSM/DS |
| 990334 | DAHLGREN, PATRICK BARTHOLD | | SSM/DS |
| 1333959 | DALESIO, TRACEY | | SSM/DS |
| 817337 | DAME, ROBERT | | LP/AP and SSM/DS |
| 1747876 | DAMON, MARK | | SSM/DS |
| 1556750 | DANFORD, DANIEL NICHOLAS | Named Plaintiff | SSM/DS |
| 911103 | DANFORD, DAVID G. | | SSM/DS |
| 1860783 | DANIEL, CHRISTOPHER LEE | | Smartphone Only |
| 135909 | DANIEL, GLENN A. | | Smartphone Only |
| 18850 | DANIELS, BRANDY ANN | | SSM/DS |
| 2343832 | DANIELS, NATASHA J | | SSM/DS |
| 181640 | DANIELS, SHANTA J. | | Smartphone Only |
| 1287129 | DANNER, JUBAL | | SSM/DS |
| 1470404 | DARNELL, DOUGLAS | | Smartphone Only |
| 1564851 | DARWIN, ZACHARY ERASMUS | | Smartphone Only |
| 2234815 | DASILVA, DEREK | | LP/AP |
| 1483095 | DAUSCH, JAMES | | SSM/DS |
| 1304621 | DAVIDSON, GEORGE L. | | SSM/DS |
| 1684187 | DAVIS, CHARLES | | Smartphone Only |
| 178761 | DAVIS, EARL CHRISTOPHER | | SSM/DS |
| 2121697 | DAVIS, HEATHER | | Smartphone Only |
| 897247 | DAVIS, HOLLY A. | | Smartphone Only |
| 1982014 | DAVIS, JAMES | | SSM/DS |
| 1213382 | DAVIS, JAMES TROY | | SSM/DS |
| 67489 | DAVIS, JANNETTE J. | | Smartphone Only |
| 641049 | DAVIS, JOHNATHON N. | | SSM/DS |
| 835948 | DAVIS, JOHNNY E. | Written Discovery | Smartphone Only |

| EMPLID | NAME | INCENTIVE AWARD<br>Paragraph 2.4(a)(ii) | HOURLY MANAGER<br>POSITION CATEGORY<br>Paragraph 2.4(a)(iii) |
|--------|------|----------------------------------------|-----------------------------------------------------------|
| 1100067 | DAVIS, KENNETH | | Smartphone Only |
| 1349716 | DAVIS, KIMBERLY | | SSM/DS |
| 1601107 | DAVIS, LISA C. | | Smartphone Only |
| 945668 | DAVIS, PAUL GENE | | SSM/DS |
| 1905061 | DAVIS, WALTER | | SSM/DS |
| 2325964 | DAWSEY, JAMES | | SSM/DS |
| 1989677 | DAY, COREY | | SSM/DS |
| 829738 | DECELLE, DAVID ALLEN | | Smartphone Only |
| 788701 | DEEMS, JOSHUA L. | | Smartphone Only |
| 1627218 | DEEN, DAVID M. | | SSM/DS |
| 1472025 | DEIB, HAMZA D | | LP/AP |
| 1471532 | DEL BOCCIO, MICHAEL | | SSM/DS |
| 603240 | DELANEY, MANUEL G | | Smartphone Only |
| 156771 | DELGADILLO, MICHAEL A. | Written Discovery | Smartphone Only |
| 1323654 | DELORENZO, TAMARA | | SSM/DS |
| 1014389 | DEMERCHANT, RICHARD | Deponent | SSM/DS |
| 1901126 | DEMPSEY, MICHELE | | SSM/DS |
| 1407373 | DENGLER, ASHLEE E. | | LP/AP |
| 967925 | DENNINGTON, DANNY | | SSM/DS |
| 33141 | DENNIS, DEBRA A. | | Smartphone Only |
| 1948707 | DEPINTO, CHRISTOPHER | | Smartphone Only |
| 280500 | DESATNIK, CHARLES E. | | Smartphone Only |
| 1327042 | DESCHER, DENNIS H. | Written Discovery | SSM/DS |
| 725520 | DESROCHES, AMY BETH | | SSM/DS |
| 1076593 | DEVITO, JODY | | SSM/DS |
| 1737446 | DEWALT, LESLIE | | Smartphone Only |
| 2265447 | DEWEY, BRIAN MICHAEL | | SSM/DS |
| 69624 | DEWITTE, KIMBERLY A. | Written Discovery | Smartphone Only |
| 209168 | DHANENS, JOHN | | Smartphone Only |
| 2066097 | DIABO, JASON | Deponent | SSM/DS |
| 2065474 | DIAZ, DANIEL | | SSM/DS |
| 1020228 | DIAZ, RAFAEL E. | | SSM/DS |
| 1132767 | DIBUONO, DOMINICK | | Smartphone Only |
| 732333 | DICKEY, DANIEL T. | | Smartphone Only |
| 115760 | DICKINSON, GABRIELE L. | | SSM/DS |
| 690373 | DIDION, RACHAEL | | LP/AP and SSM/DS |
| 1730472 | DIETRICH, PAMELA | | SSM/DS |
| 1111767 | DIFORTI, CHRISTIAN CARL | | SSM/DS |
| 1321365 | DIGGIN, MATTHEW | | SSM/DS |
| 977406 | DILL, CHARLES BRYAN | | Smartphone Only |
| 901760 | DILLARD, WILLIAM STEVEN | | Smartphone Only |
| 1559256 | DINGLE, STEVEN | | Smartphone Only |
| 2352467 | DINWIDDIE, RICHARD | | SSM/DS |
| 80597 | DISOTELL, ALAN G. | | SSM/DS |
| 1598355 | DIXON, WILLIE H. | | SSM/DS |
| 76155 | DLUZAK, ROGER A | | Smartphone Only |
| 2226283 | DODD, HIRAM | | SSM/DS |
| 878822 | DOHRMAN, JEFFREY | Deponent | SSM/DS |
| 794505 | DOIZAKI, STEVEN THOMAS | | Smartphone Only |
| 1302360 | DOLAN, JOHN P. | | Smartphone Only |
| 1523374 | DOMBROWSKI, JEAN DIANE | | SSM/DS |
| 82064 | DONALDSON, SHELDON | | Smartphone Only |
| 2054085 | DONATELLI, ROBERT | | SSM/DS |
| 2053849 | DONEGAN, CLEOTHER | | SSM/DS |
| 1932366 | DORCENT, KATHY | | Smartphone Only |

| EMPLID | NAME | INCENTIVE AWARD Paragraph 2.4(a)(ii) | HOURLY MANAGER POSITION CATEGORY Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 64514 | DORIAN, JAMES L. | | Smartphone Only |
| 1245103 | DORMEVIL, WISGUERE | | Smartphone Only |
| 1974794 | DORSETT, DENNIS | | SSM/DS |
| 705190 | DOUCETTE, RENEE A. | | Smartphone Only |
| 2457203 | DOUGLAS, KRISTEN | | SSM/DS |
| 1987820 | DOUGLAS, WALTER | | LP/AP |
| 1948455 | DOWD, COREY | Written Discovery | SSM/DS |
| 1734198 | DOWELL, HEATHER | Deponent | SSM/DS |
| 934287 | DOWNEY, NOAL MCKENZIE | | LP/AP and SSM/DS |
| 1059914 | DOWNS, CHRISTINA R. | | SSM/DS |
| 152088 | DOYLE, BILLY R. | | SSM/DS |
| 832827 | DOYLE, ROY D. | | SSM/DS |
| 375472 | DREW, BRAD WINFRED | | Smartphone Only |
| 894835 | DROUILLARD, CHRISTOPHER I. | | SSM/DS |
| 2180151 | DU BREY, ROB | | SSM/DS |
| 1736229 | DUBINSKY, JOSEPH | | Smartphone Only |
| 2346853 | DUBOSE, FERRIN | | SSM/DS |
| 639242 | DUFFY, JULIA JAINE | | SSM/DS |
| 1904690 | DUNHAM, JUSTEEN | | SSM/DS |
| 1910844 | DUNIGAN, LADEDRIA | | LP/AP |
| 1334151 | DUNN-PARKER, SHARON DIANE | | Smartphone Only |
| 2446194 | DUPLANTIS, MONICA | | SSM/DS |
| 974129 | DUPLESSIS, CHAZ HYATT | | SSM/DS |
| 1039869 | DURLING, SHARON C. | Deponent | SSM/DS |
| 2083691 | DURNING, WILLIAM | | SSM/DS |
| 1276104 | DUTT, VINEETA | | SSM/DS |
| 1983613 | DUVAL, DARREN | | Smartphone Only |
| 2350489 | DYE, ADAM G. | | SSM/DS |
| 1633509 | EADICICCO, ERICA RENEE | | Smartphone Only |
| 673053 | EARLE, JAMES G. | | SSM/DS |
| 2212182 | EAST, ASHLI | | SSM/DS |
| 158917 | EBERSOLE, STACEY L. | | SSM/DS |
| 804511 | EDGAR, MATTHEW | | Smartphone Only |
| 771125 | EDLIN, NANCY JEAN | | SSM/DS |
| 782704 | EDMONDS, LAMONT | | SSM/DS |
| 2200308 | EDWARDS, CHRISTIAN | | SSM/DS |
| 1323966 | EDWARDS, JESSICA LYNN | | LP/AP |
| 935975 | EDWARDS, KENDRIA D. | | SSM/DS |
| 1758259 | EDWARDS, MICHAEL | | SSM/DS |
| 1377775 | EDWARDS, SELLERS | | Smartphone Only |
| 1280614 | EDWARDS, THOMAS LEE | | SSM/DS |
| 1097994 | EDWARDS, TONYA K. | Written Discovery | SSM/DS |
| 133452 | EDWARDS, VICTORIA L | | SSM/DS |
| 2074904 | EICHLER, KIRK | | SSM/DS |
| 2220078 | EILERS, JUSTIN | | SSM/DS |
| 1808030 | EKHREWISH, NABEL | Named Plaintiff | SSM/DS |
| 1784755 | ELDER, AYLA | | SSM/DS |
| 1807793 | ELDRIDGE, WHITNEY | | SSM/DS |
| 2084906 | ELIAS, GLEN A. | | SSM/DS |
| 1944684 | ELIAS, TAMARA | | SSM/DS |
| 60957 | ELKINS, DANNY A. | | SSM/DS |
| 2210249 | ELLEFSEN, CRAIG | | SSM/DS |
| 1468646 | ELLINGTON, MISTY M | | LP/AP |
| 2227887 | ELLIOTT, AUSTIN | | SSM/DS |
| 34176 | ELLISON, GEORGE T. | Written Discovery | SSM/DS |

| EMPLID | NAME | INCENTIVE AWARD<br>Paragraph 2.4(a)(ii) | HOURLY MANAGER<br>POSITION CATEGORY<br>Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 1612957 | ELMORE, JASMINE | | SSM/DS |
| 2360359 | EMLING, ANTHONY STEVEN | | SSM/DS |
| 755467 | ENCINO, LIVIER | | SSM/DS |
| 994278 | ENDICOTT, JAIME MARIE | | Smartphone Only |
| 909377 | ENGDAHL, CHRISTIAN P. | | Smartphone Only |
| 1210334 | ENGLISH, SAFIRA OKKYONE | | SSM/DS |
| 2106074 | ENSRUD, ALEX | | Smartphone Only |
| 612819 | ENZOR, DEXTER C. | | Smartphone Only |
| 1423640 | EPLEY, MICHELLE | | Smartphone Only |
| 1925277 | ERB, ZACHERY | | LP/AP |
| 1509044 | ERNST, JONATHAN WILLIAM | Written Discovery | SSM/DS |
| 635483 | ERRETT, JOHN F. | | SSM/DS |
| 1506991 | ESPENSHADE, CHRISTOPHER TODD | | Smartphone Only |
| 1473413 | ESTOCK, KEITH A. | | SSM/DS |
| 830887 | ETHERIDGE, DONNA R. | | Smartphone Only |
| 1288617 | EVANS, KATE ELIZABETH | | Smartphone Only |
| 1588548 | EVANS, KIRISTEN | | SSM/DS |
| 2070702 | EVANS, ZACHARY | Written Discovery | Smartphone Only |
| 1616155 | EVERHART, STEPHEN WYATT | | Smartphone Only |
| 649604 | EXTON, JAMES T. | | Smartphone Only |
| 1160682 | EZELL, MICHAEL D. | | Smartphone Only |
| 1825264 | FABRITZ, JOHNNY | | SSM/DS |
| 1395866 | FABRIZIO, CHRISTOPHER | | SSM/DS |
| 792968 | FAGAN, JAMES | | Smartphone Only |
| 1076453 | FAGAN, KYLE MARTIN | | Smartphone Only |
| 824410 | FAGAN, SHAWN | | Smartphone Only |
| 1845042 | FAILOR, SUMMER | | Smartphone Only |
| 1978748 | FALLS, ANDREA | Deponent | SSM/DS |
| 1935266 | FAMOUS, EVAN | | SSM/DS |
| 601931 | FANSHER, SARA ANN | | Smartphone Only |
| 2118528 | FARMER, ALICIA | | SSM/DS |
| 198542 | FARMER, MARGARET L. | | LP/AP and SSM/DS |
| 2201790 | FARMER, STEVEN | | SSM/DS |
| 948487 | FARMER, VICKIE L. | | SSM/DS |
| 125073 | FARNSWORTH, BARBARA J. | | SSM/DS |
| 2221215 | FARRELL, JOSEPH | | SSM/DS |
| 1362043 | FARRENKOPF, JAMES J. | Deponent | SSM/DS |
| 959850 | FARRIA, GLENNELLE LENISE | | SSM/DS |
| 606140 | FAZZARI, MICHAEL S. | | SSM/DS |
| 2441117 | FEIRA, PETER | Written Discovery | SSM/DS |
| 1503242 | FELION, PAUL DAVID | | LP/AP |
| 1089027 | FERGUSON, JEFF | | SSM/DS |
| 928900 | FERGUSON, LINDA | | SSM/DS |
| 2392036 | FERNANDEZ, DEREK | | SSM/DS |
| 2379192 | FERNANDEZ, JULISSA | | SSM/DS |
| 1008107 | FEY, MISTY LYNN | | SSM/DS |
| 673009 | FICHETOLA, JACOB A. | | SSM/DS |
| 1992354 | FIELDS, HOWARD | | Smartphone Only |
| 2125211 | FIGGINS, FRANKLIN | | SSM/DS |
| 592695 | FINKELSTEIN, MICHAEL ALLAN | | SSM/DS |
| 1467740 | FINNERTY, KERI | | LP/AP |
| 1073260 | FIORE, LOUIS | Deponent | SSM/DS |
| 1276973 | FISCEL, GREGORY S. | | Smartphone Only |
| 1862427 | FISCHER, SUE ANN | | SSM/DS |
| 986963 | FISH, LAURENCE HARRY | | SSM/DS |

| EMPLID | NAME | INCENTIVE AWARD<br>Paragraph 2.4(a)(ii) | HOURLY MANAGER<br>POSITION CATEGORY<br>Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 1687227 | FISHER, DIANE | | Smartphone Only |
| 2531744 | FISHER, DONALD | | SSM/DS |
| 1797423 | FITZPATRICK, DANIEL T. | Deponent | SSM/DS |
| 1864552 | FIX, VONNCELLI N | | LP/AP |
| 592617 | FLAHERTY, ALETA I | | SSM/DS |
| 1938741 | FLEMING, MARK | | Smartphone Only |
| 1706264 | FLEWALLEN, MARGARET | | SSM/DS |
| 1818662 | FLOREK, DOUGLAS | | Smartphone Only |
| 1073313 | FLORES, ELIZABETH FAITH | | SSM/DS |
| 1199140 | FLORES, JIMMY | | Smartphone Only |
| 1765 | FLORES, STEPHEN | | SSM/DS |
| 2467235 | FLORIO, JUSTIN | | SSM/DS |
| 739366 | FLOYD, WILLIAM L. | | Smartphone Only |
| 479422 | FLUCKER, DALTON | | SSM/DS |
| 2199619 | FONT, CYNTHIA | | SSM/DS |
| 586175 | FORD, JANICE ELEANOR | Written Discovery | SSM/DS |
| 80201 | FORD, KELVIN | | SSM/DS |
| 1915234 | FORTE, KAITLIN | Written Discovery | SSM/DS |
| 1801628 | FOURNIER, ROBIN | | Smartphone Only |
| 2545810 | FOWLER, BRIAN | | LP/AP and SSM/DS |
| 2069719 | FOX, RYAN | Written Discovery | Smartphone Only |
| 963382 | FOX, THOMAS MICHAEL | | Smartphone Only |
| 1155689 | FOY, PATRICIA ANN | Written Discovery | Smartphone Only |
| 1644874 | FRANCHEBOIS, TYLER JUDE | | SSM/DS |
| 2206626 | FRANCIS, NORMAN | | Smartphone Only |
| 1261513 | FRANCIS, TANYA LEA | | SSM/DS |
| 1019840 | FRANCK, GEORGE | | Smartphone Only |
| 1172076 | FRANK, NICHOLLE K. | Named Plaintiff | SSM/DS |
| 649667 | FRANK, TIMOTHY J. | | LP/AP |
| 2345745 | FRANKLIN, PRIDE | Written Discovery | SSM/DS |
| 2053598 | FRANKLIN, RICK | | Smartphone Only |
| 1243614 | FRANKS, JEREMY | | SSM/DS |
| 175603 | FRANKS, YVETTE L. | | Smartphone Only |
| 1954416 | FRAZER, JENNIFER | | SSM/DS |
| 1239015 | FRAZIER, LECAMIO | | SSM/DS |
| 685698 | FREEMAN, ROBERT L. | | SSM/DS |
| 1790472 | FRENCH, DANIEL | | SSM/DS |
| 1419025 | FRENCH, TIMOTHY | | Smartphone Only |
| 2504100 | FRERICH, JOHN | | SSM/DS |
| 1828042 | FREW, DOUGLAS | | SSM/DS |
| 784092 | FREY, TERRY LEE | | SSM/DS |
| 1961600 | FRIAR, PHILIP W. | | SSM/DS |
| 2090692 | FRICKER, JAMES ARTHUR | | SSM/DS |
| 200244 | FRYE, DANNY | Written Discovery | Smartphone Only |
| 2297493 | FUENTES, SAMUEL | | LP/AP |
| 120154 | FUHRIMAN, TYLER S. | | Smartphone Only |
| 1304526 | FUJIMOTO, CAIL TSGUIO | | SSM/DS |
| 894007 | FULLER, MICHAEL D. | | SSM/DS |
| 1601918 | FULLER, ROBERT W. | | Smartphone Only |
| 619546 | FULLER, ROSALYN NICOLE | | SSM/DS |
| 723594 | FULLER, SCOTT MCLANE | | SSM/DS |
| 2195707 | FULOP, ADAM JONATHON | | Smartphone Only |
| 221372 | FUNK, JACOB | | SSM/DS |
| 193052 | FURLOUGH, PHILLIP R. | | Smartphone Only |
| 1887072 | FYFE, THOMAS | Named Plaintiff | Smartphone Only |

| EMPLID | NAME | INCENTIVE AWARD<br>Paragraph 2.4(a)(ii) | HOURLY MANAGER<br>POSITION CATEGORY<br>Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 173548 | GABER, TIMOTHY A | | Smartphone Only |
| 1551899 | GABINELLI, RICHARD | | Smartphone Only |
| 1661744 | GAGE, DAVID R. | | SSM/DS |
| 1269013 | GAGER, NANCY D. | | Smartphone Only |
| 1200227 | GALL, GREGORY T. | | SSM/DS |
| 694095 | GALLE, MICHAEL WILLIAM | | SSM/DS |
| 1444552 | GALLEGOS, CRYSTAL | | SSM/DS |
| 1281235 | GALLO, FRANCIS BLAKE | | LP/AP |
| 879273 | GALLOWAY, JAMES C. | | SSM/DS |
| 1280559 | GAMBLE, YVONNE | | SSM/DS |
| 2514183 | GARCIA, ALEX | | SSM/DS |
| 2209215 | GARCIA, ANGELA | | SSM/DS |
| 957731 | GARCIA, EUGENE J | | Smartphone Only |
| 2223682 | GARCIA, JUAN | | SSM/DS |
| 797079 | GARCIA, LUIS | | SSM/DS |
| 1082326 | GARCIA, SAMUEL | | SSM/DS |
| 1227696 | GARDNER, MARY BETH | | LP/AP |
| 664022 | GARNER, HEATHER PHILLIPS | | SSM/DS |
| 2365602 | GARNER, NYKA | | SSM/DS |
| 1920177 | GARRETT, THOMAS | | Smartphone Only |
| 1734072 | GARRISON, KATIE ELIZABETH | | SSM/DS |
| 932857 | GARVIS, IVAN E. | | SSM/DS |
| 29960 | GARZA, EDDIE | | SSM/DS |
| 2301431 | GARZA, JESS | | SSM/DS |
| 2359838 | GARZA, STEFFANI | | LP/AP |
| 2372161 | GATTERI, NICOLE | | SSM/DS |
| 1219292 | GAULIN, EMILY | | SSM/DS |
| 1341488 | GEARY, IVETTE | | Smartphone Only |
| 37659 | GEERTSON, MICHAEL W. | | Smartphone Only |
| 1292559 | GEFFERT, MARK | | SSM/DS |
| 1733202 | GEIB, JONATHON | | Smartphone Only |
| 889771 | GENNARO, FREDERICK | | Smartphone Only |
| 1242997 | GENTILE, PAUL ROBERT | | Smartphone Only |
| 913494 | GIBSON, BRENDA | | Smartphone Only |
| 309597 | GIBSON, JONATHAN R. | | LP/AP |
| 1933416 | GIBSON, KENNETH | | SSM/DS |
| 1342852 | GIGNAC, JUSTIN LUKE | | SSM/DS |
| 741191 | GILLESPIE, TONJA L. | | SSM/DS |
| 2202816 | GINTHER, CINDY | | Smartphone Only |
| 1044337 | GIRARD, ALLISSON G. | | Smartphone Only |
| 81846 | GLARDON, JOHN T. | | SSM/DS |
| 856620 | GLASS, CANDIS | | SSM/DS |
| 766291 | GLENN, TIMOTHY | | Smartphone Only |
| 1859885 | GLOGOWSKI, AMY | | SSM/DS |
| 2221867 | GLOVER, JAMES | | LP/AP |
| 8060 | GNAU, JOSHUA D. | Written Discovery | Smartphone Only |
| 1442215 | GODFREY, GEORGE BISHOP | | SSM/DS |
| 1438556 | GOEHRING, CHAD MATTHEW | | SSM/DS |
| 1509669 | GOERNER, ASHTON | | SSM/DS |
| 1960533 | GOERNER, TANNER | | SSM/DS |
| 1827464 | GOLA, KYLE | | SSM/DS |
| 2362934 | GONZALES, LAURA ELIZABETH | | SSM/DS |
| 1981117 | GONZALEZ, ANGEL | | SSM/DS |
| 1663404 | GONZALEZ, DANIEL M. | | SSM/DS |
| 1307507 | GONZALEZ, GABRIEL MICHAEL | | LP/AP |

| EMPLID | NAME | INCENTIVE AWARD<br>Paragraph 2.4(a)(ii) | HOURLY MANAGER<br>POSITION CATEGORY<br>Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 235522 | GONZALEZ, JACKIE LYNN | | Smartphone Only |
| 187787 | GONZALEZ, JAVIER | | Smartphone Only |
| 2438625 | GONZALEZ, KIMBERLY | | SSM/DS |
| 2402974 | GONZALEZ, MAURICIO | | Smartphone Only |
| 1611118 | GONZALEZ, ROBERT | | SSM/DS |
| 1445052 | GONZALEZ, RUBEN | | Smartphone Only |
| 754934 | GOODEN, STARVETTA | | SSM/DS |
| 670114 | GOODWIN, ANGELA J. | | SSM/DS |
| 1051233 | GORANS, JON MICHAEL | | SSM/DS |
| 1843672 | GORDON, JAMES | | Smartphone Only |
| 660801 | GORDON, NICHOLAS P. | | SSM/DS |
| 16395 | GORDON, RHONDA K. | | Smartphone Only |
| 31700 | GORDON, TREMAINE | | Smartphone Only |
| 1478705 | GORNIK, ANIBELKA | Deponent | SSM/DS |
| 828143 | GOTTLIEB, LAWRENCE SCOTT | | SSM/DS |
| 1642961 | GOTTLIEB, OLIVIA YVONNE | | SSM/DS |
| 2050233 | GOWDY, ANTONIO | | SSM/DS |
| 2312110 | GRAFF, BRADLEY | | SSM/DS |
| 1606810 | GRAHAM, SCOTTY LAMAR | | Smartphone Only |
| 43811 | GRANT, CHRISTIE L. | | SSM/DS |
| 1486993 | GRAVES, TANGY L | Written Discovery | Smartphone Only |
| 1602678 | GRAY, BARBARA D. | Written Discovery | SSM/DS |
| 1595943 | GRAY, GLENN | | SSM/DS |
| 1246604 | GRAY, JEFFREY | | LP/AP |
| 260944 | GRAY, JESSICA ANN | | SSM/DS |
| 15181 | GRAY, LISA VERNA | | Smartphone Only |
| 973061 | GRAY, LONNA DIANE | | SSM/DS |
| 2262464 | GREAGORI, STEVEN | | SSM/DS |
| 1841091 | GREEN, BRIANNA | Deponent | SSM/DS |
| 751393 | GREEN, DERRICK LEDON | | SSM/DS |
| 1955748 | GREEN, KAREY TODD | Deponent | SSM/DS |
| 2177195 | GREEN, MARK FRANCIS | | SSM/DS |
| 1901644 | GREEN, MELISSA ANNE | | SSM/DS |
| 627011 | GREEN, ROBERT LOUIS | | Smartphone Only |
| 328985 | GREER, ARTHUR | | SSM/DS |
| 95227 | GREGG, MICHAEL C | | SSM/DS |
| 671223 | GREGG, MONTAE A. | Written Discovery | SSM/DS |
| 1384956 | GREGORSKI, MITCHELL | | SSM/DS |
| 1350899 | GREVE, KENNETH BARTON | Written Discovery | SSM/DS |
| 1506437 | GRIFFIN, ASHLEY M. | | SSM/DS |
| 2311720 | GRIFFIN, KIMBERLY | | SSM/DS |
| 1259022 | GRIGWARE, TERRESSA M. | Deponent | Smartphone Only |
| 2225637 | GRIM, DAVID | | SSM/DS |
| 2105740 | GRIM, MICHAEL | | SSM/DS |
| 1961377 | GRIMSTAD, JUSTIN | | SSM/DS |
| 1992581 | GRISSOM, BETHANY | | SSM/DS |
| 67894 | GROSS, MICHAEL G. | | Smartphone Only |
| 3021416 | GROSSMANN, WILLIAM | | Smartphone Only |
| 2108271 | GROVE, SLADE | Written Discovery | SSM/DS |
| 1422941 | GRUBBS, RUDY MILLARD | | SSM/DS |
| 1052452 | GRUBKE, JEFF EDWARD | | Smartphone Only |
| 925789 | GUARINO, MARINA ANN | | SSM/DS |
| 1990061 | GUERRERO, ABRAHAM | | SSM/DS |
| 804951 | GUIMOND, SANDRA A. | | SSM/DS |
| 644342 | GUNNOE, DAWN M. | Deponent | SSM/DS |

| EMPLID | NAME | INCENTIVE AWARD Paragraph 2.4(a)(ii) | HOURLY MANAGER POSITION CATEGORY Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 1554111 | GUSTAFSON, CRYSTAL LYNNE | Written Discovery | Smartphone Only |
| 808867 | GUTHRIE, CHRISTOPHER | | SSM/DS |
| 638222 | GUY, ARNOLD HUGH | | SSM/DS |
| 799172 | GWEN, JAMES WILLIAM | | Smartphone Only |
| 2302812 | HAASE, JASON | | Smartphone Only |
| 2221881 | HADDIX, DENNIS | | SSM/DS |
| 643380 | HAGER, BRANDON K. | | SSM/DS |
| 1457011 | HAGGETT, RICHARD BENJAMIN | | SSM/DS |
| 2254597 | HAIDZE, JOHN | | SSM/DS |
| 1966484 | HAIL, JEFF | Deponent | LP/AP and SSM/DS |
| 15173 | HAILEY, TERESA M. | | Smartphone Only |
| 945008 | HAILS, ROGER ALLEN | | SSM/DS |
| 1359830 | HALE, NICHELE | | SSM/DS |
| 1713473 | HALEAKALA, OWEN JAMES | | Smartphone Only |
| 1352652 | HALEY, ANTHONY | | LP/AP |
| 1051322 | HALEY, FRED W. | | Smartphone Only |
| 2186823 | HALL, JAMES | | LP/AP |
| 1233962 | HALL, KIMBERLY | | SSM/DS |
| 2048699 | HALL, PATRICK | | Smartphone Only |
| 995510 | HALL, RONALD L. | | SSM/DS |
| 1612151 | HALLER, JACKLYN ELLEN | | Smartphone Only |
| 811265 | HALLEY, LARRY | | SSM/DS |
| 2395085 | HAMER, MARISSA | | Smartphone Only |
| 1262518 | HAMLET, LARRY KAY | Written Discovery | Smartphone Only |
| 18175 | HAMLIN, WILLIE J. | Written Discovery | Smartphone Only |
| 1614240 | HAMMOND, RYAN LANCE | | Smartphone Only |
| 2501070 | HAMPTON, DAVID | | SSM/DS |
| 241991 | HAMPTON, DONALD T | | SSM/DS |
| 1764218 | HAMPTON, JORDAN | | Smartphone Only |
| 1870674 | HANLINE, KELLI | | SSM/DS |
| 1712784 | HANNA, ALEX | | SSM/DS |
| 2075569 | HANNER, NICOLE | | SSM/DS |
| 1735401 | HANSEN, BRADY | | SSM/DS |
| 1909550 | HANSON, KRISTI | Written Discovery | Smartphone Only |
| 1909133 | HAPNER, MICHAEL | | SSM/DS |
| 2166505 | HARDESTY, BRIAN | | SSM/DS |
| 1838762 | HARDIN, JEREMY | Written Discovery | SSM/DS |
| 2105632 | HARDRE, MISCHAEL | | Smartphone Only |
| 2088846 | HARDTKE, DAVID J. | | Smartphone Only |
| 1429547 | HARRELL, GARY L. | | Smartphone Only |
| 978334 | HARRELL, KYLE MATTHEW | | LP/AP |
| 870470 | HARRILAL, ROGER D. | | Smartphone Only |
| 1593231 | HARRIS, ALFRED AGUSTUS | Deponent | LP/AP |
| 1633362 | HARRIS, CLAY L. | | SSM/DS |
| 1780284 | HARRIS, DOUGLAS | | SSM/DS |
| 1110823 | HARRIS, LATISHA ROVETTE | | SSM/DS |
| 797419 | HARRIS, LOUIS CECIL | | SSM/DS |
| 974168 | HARRIS, SHAWN E. | | Smartphone Only |
| 589024 | HARRIS, WELDON LEE | | LP/AP |
| 673639 | HARRISON, JEREMIAH | | Smartphone Only |
| 1129786 | HART, JAMIE L. | | LP/AP |
| 1969645 | HARTFORD, CHELSEY | | SSM/DS |
| 2171383 | HARVEY, DREW | | LP/AP |
| 863090 | HARVEY, WILLIAM EDWIN | | Smartphone Only |
| 1029740 | HASAN, QASIER | | SSM/DS |

| EMPLID | NAME | INCENTIVE AWARD<br>Paragraph 2.4(a)(ii) | HOURLY MANAGER<br>POSITION CATEGORY<br>Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 1297630 | HASCALL, LONNIE DALE | | SSM/DS |
| 1842252 | HASENAUER, KATHERINE | | SSM/DS |
| 760684 | HAUCK, HEIDI K. | | SSM/DS |
| 2431132 | HAWES, STERLING | Written Discovery | SSM/DS |
| 52918 | HAWK, LINDA R. | | Smartphone Only |
| 2547171 | HAWKINS, TAKISHA | | SSM/DS |
| 939407 | HAYDEN, JORDAN | | LP/AP |
| 2076556 | HAYES, DONALD | | Smartphone Only |
| 166427 | HAYES, MELISSA A | | SSM/DS |
| 1165758 | HAYNES-OPOKU, KEDEKA S. | | Smartphone Only |
| 1425043 | HAZARD, ROBERT | | SSM/DS |
| 1868072 | HAZER, JONATHAN | | LP/AP |
| 25964 | HEALY, VICKY K. | | SSM/DS |
| 2161385 | HEBEBRAND, DUANE | | LP/AP |
| 704329 | HEBERT, EMILE J. | | SSM/DS |
| 1808982 | HEBERT, VICKIE | | SSM/DS |
| 2213894 | HECHT, ERIC | | SSM/DS |
| 642557 | HEILBROUN, KRISTEN L. | Deponent | SSM/DS |
| 2259386 | HEITZMAN, GLYN | | SSM/DS |
| 1079692 | HELMS, BILLY EUGENE | | SSM/DS |
| 1357641 | HELMS, PAUL ALLEN | | Smartphone Only |
| 1443432 | HELMS, RHONDA CHARLENE | | SSM/DS |
| 2113311 | HELOU, DIANA | | SSM/DS |
| 581540 | HEMBREE, PATRICIA A. | | LP/AP and SSM/DS |
| 1181029 | HENDERSHOT, RONALD E. | | Smartphone Only |
| 1101264 | HENDERSON, DARREN L. | | SSM/DS |
| 1527582 | HENDERSON, ERICA DAVIS | | SSM/DS |
| 52334 | HENDERSON, MARCELLA M. | | SSM/DS |
| 57991 | HENDERSON, SARAH | | Smartphone Only |
| 1979558 | HENZE, RONALD E | | Smartphone Only |
| 1362644 | HERACKLIS, PARASKAVIAS | | SSM/DS |
| 1708748 | HEREDIA, ERIC | | LP/AP |
| 1498010 | HERGENROTHER, JASON | | Smartphone Only |
| 601864 | HERNANDEZ, JORGE F | | SSM/DS |
| 2229824 | HERNANDEZ MAYAGOITIA, FRANKIE | | Smartphone Only |
| 2233996 | HERNANDO, MARIE | | SSM/DS |
| 1972159 | HERSHKOWITZ, JULIA BOYD | | LP/AP |
| 134215 | HERZOG, JOHN | | Smartphone Only |
| 986853 | HESTER, GAYLAN | | SSM/DS |
| 1195320 | HESTER, SCOTT A. | | Smartphone Only |
| 585961 | HEWITT, JASON MICHAEL | Deponent | LP/AP |
| 986675 | HICKEY, RIAN | | LP/AP |
| 2387485 | HICKS, DONALD | | SSM/DS |
| 1325990 | HICKS, RONALD A. | | SSM/DS |
| 541177 | HICKSON, CHARLES E. | | Smartphone Only |
| 2083545 | HICKSON, JONATHON A. | | SSM/DS |
| 799402 | HIETT, KEVIN M. | Written Discovery | SSM/DS |
| 2004309 | HIGBEE, CORRY | | LP/AP |
| 2204834 | HIGHT, JAMES | Deponent | SSM/DS |
| 1940505 | HILDRETH, DALTON | Named Plaintiff | SSM/DS |
| 1801976 | HILKER, AARON | | SSM/DS |
| 1961625 | HILL, CALVIN | Written Discovery | LP/AP |
| 13196 | HILL, ROBERT LEE | | LP/AP |
| 63823 | HILL, UNDRETTA | | Smartphone Only |
| 170218 | HILTY, DEAN V. | | SSM/DS |

| EMPLID | NAME | INCENTIVE AWARD<br>Paragraph 2.4(a)(ii) | HOURLY MANAGER<br>POSITION CATEGORY<br>Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 819377 | HINES, JOHN ALTON | | Smartphone Only |
| 2220589 | HIRSTIUS, STEVEN | | Smartphone Only |
| 2222192 | HITTLE, THOMAS | | LP/AP |
| 1079481 | HOBAUGH, ERIN PATRICE | | Smartphone Only |
| 1730588 | HOCKING, ANDREW WILLIAM | | Smartphone Only |
| 21833 | HODGKINSON, REGINA S. | Written Discovery | SSM/DS |
| 803963 | HOFFER, CHERI L. | Written Discovery | SSM/DS |
| 1010625 | HOHEISEL, ANTHONY R. | Deponent | SSM/DS |
| 2396023 | HOLIEN, JEREMY | | SSM/DS |
| 910167 | HOLLAND, APRIL GEORGIA ELLEN | | SSM/DS |
| 1308252 | HOLLAND, JASON BRIAN | | Smartphone Only |
| 1123024 | HOLLAND, LUKE W. | | SSM/DS |
| 2049679 | HOLLEY, RAY | | SSM/DS |
| 1666245 | HOLLEY, RICHARD | | LP/AP |
| 922675 | HOLLINGSWORTH, STEVEN J. | | Smartphone Only |
| 673522 | HOLLOS, DEBBIE | | SSM/DS |
| 865560 | HOLMAN, DANIEL R. | | SSM/DS |
| 708479 | HOLMAN, MELINDA BETH | | Smartphone Only |
| 1818997 | HOLMES, TAMMY L. | Written Discovery | Smartphone Only |
| 1349859 | HOLT, STEVEN E. | Written Discovery | Smartphone Only |
| 1185968 | HOLTCAMP, ADAM C. | | SSM/DS |
| 1075803 | HOLTZMAN, JOHN S. | Written Discovery | Smartphone Only |
| 2176136 | HOLUB, DALE | | Smartphone Only |
| 1454268 | HOLUBECK, NATHAN PAUL | Written Discovery | Smartphone Only |
| 1874010 | HOOD, KYLE | | LP/AP |
| 1394146 | HOPEWELL, VICKY | Written Discovery | SSM/DS |
| 1109913 | HOPKINS, TONI MICHELE | | Smartphone Only |
| 767513 | HOPPS, PAUL ALLEN | Written Discovery | Smartphone Only |
| 1071046 | HORTON, MARGIE ANN | | Smartphone Only |
| 2507371 | HOTARD, STEPHANIE | | SSM/DS |
| 901075 | HOTEMA, BENJI R. | | Smartphone Only |
| 1648153 | HOTTIMAN, MELISSA A. | | SSM/DS |
| 1437439 | HOUGHTALING, STANLEY DAVID | | SSM/DS |
| 1905257 | HOUSTON, KALI | | SSM/DS |
| 2387013 | HOWARD, CYNTHIA | | SSM/DS |
| 1566262 | HOWAT, JAMES | | SSM/DS |
| 254344 | HOWELL, DARREN S | | SSM/DS |
| 1295404 | HOWSE, ROBERT | | SSM/DS |
| 2112887 | HOWSON, GREGORY | | SSM/DS |
| 225751 | HOWZE, ALEXIS Y. | | SSM/DS |
| 1445263 | HUBER, BRYAN R. | | Smartphone Only |
| 1722647 | HUBER, MELANIE | | SSM/DS |
| 185987 | HUDSON, JUSTIN ALAN | | Smartphone Only |
| 1397011 | HUDSON, ROBIN | | SSM/DS |
| 138945 | HUGHES, RICHARD B. | | SSM/DS |
| 68605 | HULL, RANDY | | SSM/DS |
| 2385664 | HUNT, ROBERT | | SSM/DS |
| 853535 | HUNTER, BRENT A. | | Smartphone Only |
| 922124 | HUNTER, PATRICIA L. | | Smartphone Only |
| 1015121 | HUPP, ROBERT P. | | SSM/DS |
| 2389770 | HURD, MICHAEL KEVIN | | SSM/DS |
| 607049 | HURLBURT, JOHN ALAN | | SSM/DS |
| 2572970 | HURLBUT, ROBERT | | SSM/DS |
| 2090124 | HURSEY, ANTOINE | Named Plaintiff | SSM/DS |
| 739389 | HURTADO, VICTOR HUGO | | Smartphone Only |

| EMPLID | NAME | INCENTIVE AWARD<br>Paragraph 2.4(a)(ii) | HOURLY MANAGER<br>POSITION CATEGORY<br>Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 1947869 | HUTCHISON, DALE | | SSM/DS |
| 774846 | HUTTON, JEROMY LEE | | SSM/DS |
| 57026 | HUY, DAVID H. | | Smartphone Only |
| 912811 | HYPES, SONYA ANITA | Deponent | LP/AP and SSM/DS |
| 2065912 | IHLE, SCOTT | Written Discovery | SSM/DS |
| 1877161 | ILER, GERALD | | Smartphone Only |
| 1172041 | IMPERATO, JOSHUA ALLEN | | SSM/DS |
| 2216392 | INGRAM, CURTIS | | LP/AP |
| 2349679 | INGRAM, MARY | | SSM/DS |
| 526344 | INGVALSON, KENNY W. | | SSM/DS |
| 2227541 | ISAAC - BROWN, APRIL | | SSM/DS |
| 1088904 | ISAACSON, WILLIAM | | SSM/DS |
| 1280094 | IVY, JOHN A | | SSM/DS |
| 2222822 | IVY, KELLY | | Smartphone Only |
| 942220 | IWANKA, PETER J. | | SSM/DS |
| 173629 | JABLA, NORBY SAYON | | Smartphone Only |
| 2417647 | JACKSON, CHRISTOPHER | | SSM/DS |
| 904868 | JACKSON, DALE | | Smartphone Only |
| 1565305 | JACKSON, GEORGE | | SSM/DS |
| 77749 | JACKSON, MATTHEW D. | | Smartphone Only |
| 2116349 | JACKSON, STEVE | | SSM/DS |
| 1587396 | JACOBSON, JESSIE R. | | SSM/DS |
| 2000045 | JAGGERS, JOSHUA | | LP/AP |
| 1963245 | JAHNIG, YOLANDA | | SSM/DS |
| 720989 | JAMES, DEBORAH DANA | | Smartphone Only |
| 1055178 | JAMES, JAIMMIE L. | | SSM/DS |
| 2204946 | JAMES, MARC | Deponent | SSM/DS |
| 686914 | JAMES, RAYON | | LP/AP |
| 1649842 | JAMESON, SEAN P. | | SSM/DS |
| 2111730 | JANSON, JEFF | | Smartphone Only |
| 1994724 | JASKO, BRIAN | | Smartphone Only |
| 1836303 | JAYNES, DAVID AUSTIN | | Smartphone Only |
| 1193701 | JEAN, DANNY | | SSM/DS |
| 755936 | JEKEL, GEMMA MARIA | | Smartphone Only |
| 674474 | JEMMERSON, MICHAEL W. | | Smartphone Only |
| 2151149 | JENKS, FORREST | | Smartphone Only |
| 1598683 | JENSEN, ROD | | SSM/DS |
| 19457 | JESSUP, JULIE | | SSM/DS |
| 1243141 | JESTER, TANYA MARIE | | Smartphone Only |
| 1216761 | JEWITT, LADENIA PAGE | | Smartphone Only |
| 861718 | JOBE, COY ANDREW | Written Discovery | SSM/DS |
| 1351749 | JOHANN, BRUCE J | | Smartphone Only |
| 728891 | JOHN, JACQUELINE | | SSM/DS |
| 1296263 | JOHNS, GILLIAM WAYNE | | Smartphone Only |
| 2138243 | JOHNS, TIMOTHY | | SSM/DS |
| 2160539 | JOHNSON, ANNE | | Smartphone Only |
| 1371707 | JOHNSON, CHRISTOPHER ALLEN | Deponent | SSM/DS |
| 1836123 | JOHNSON, DAVID | | SSM/DS |
| 760434 | JOHNSON, ELVIS NEIL | | SSM/DS |
| 2195333 | JOHNSON, JACOB | | Smartphone Only |
| 1425470 | JOHNSON, PHILIP ALEXANDER | | SSM/DS |
| 207445 | JOHNSON, SANDRA | | Smartphone Only |
| 2390443 | JOHNSON, TAYLOR | | SSM/DS |
| 2356446 | JOHNSON, THOMAS | | LP/AP |
| 1484194 | JOHNSTON, CARSAL A. | | SSM/DS |

| EMPLID | NAME | INCENTIVE AWARD Paragraph 2.4(a)(ii) | HOURLY MANAGER POSITION CATEGORY Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 1525333 | JOHNSTON, DOUGLAS R | | SSM/DS |
| 2009448 | JOHNSTON, JASON | | Smartphone Only |
| 1728593 | JOHNSTON, KELAND | | LP/AP |
| 2508302 | JOLIBOIS, SANDRO | | SSM/DS |
| 1826574 | JONES, CARLTON | | Smartphone Only |
| 910392 | JONES, IRRUN CHRISTOPHER | | Smartphone Only |
| 1379292 | JONES, JAYSON ANTONIO | | SSM/DS |
| 41069 | JONES, KENNY M | | Smartphone Only |
| 562737 | JONES, MALINDA FAYE | | Smartphone Only |
| 1679325 | JONES, PATRICK ALLEN | | SSM/DS |
| 1422648 | JONES, SHONTERIA T. | | SSM/DS |
| 1955496 | JONES, VICTORIA | Written Discovery | LP/AP and SSM/DS |
| 1484813 | JORDAN, CHERYL LYNN | | LP/AP |
| 878805 | JORDAN, GARY | | SSM/DS |
| 626892 | JORDAN, JOHN FRANKLIN | | Smartphone Only |
| 27834 | JORDAN, MICHAEL J. | | SSM/DS |
| 1049681 | JORDAN, RICHARD J. | | SSM/DS |
| 1435118 | JOSEPH, WILLIAM IRVIN | | Smartphone Only |
| 1492977 | JUAREZ, EMILIO | | SSM/DS |
| 772009 | JURLDS, EVELYN | | SSM/DS |
| 1183744 | JUSTICE, JAMES | Deponent | SSM/DS |
| 119907 | KAELBLI, MICHAEL W. | | SSM/DS |
| 2088745 | KAKARA, SARAH KAY | Written Discovery | SSM/DS |
| 49406 | KANE, JO A | | Smartphone Only |
| 1724135 | KAPLAN, ADAM | Written Discovery | SSM/DS |
| 1074642 | KAPLAN, ODAYAH | | SSM/DS |
| 896516 | KARP, BRIAN | | SSM/DS |
| 1188262 | KASNICK, MEGAN BROOKE | | Smartphone Only |
| 2075005 | KAUWE, ROBERT JAMES | | SSM/DS |
| 2233721 | KEARNEY, NICOLE | | LP/AP |
| 711330 | KEELER, RALPH C. | | SSM/DS |
| 1898425 | KEENON, SANDRA | Deponent | SSM/DS |
| 1083869 | KEITH, LINDA | | SSM/DS |
| 127667 | KELLER, DANIEL H | | SSM/DS |
| 1355680 | KELLETT, DAVID A. | | SSM/DS |
| 1419781 | KELLEY, JOHN WILLIAM | | Smartphone Only |
| 474453 | KELLEY, RUSSELL | | SSM/DS |
| 1490330 | KELLY, JASMINE MONIQUE | | LP/AP |
| 128452 | KELLY, PATRICK | | Smartphone Only |
| 1973144 | KELLY, PATRICK | | SSM/DS |
| 1571247 | KELSO, LANCE LANE | Written Discovery | Smartphone Only |
| 259789 | KENNEALLY, EDMOND J | | SSM/DS |
| 1968207 | KENT, DOUGLAS | | Smartphone Only |
| 1598634 | KENT, RACHEL A. | | LP/AP |
| 2090790 | KEPPLER, JEREMY | | SSM/DS |
| 2331951 | KERNS, MATTHEW | | SSM/DS |
| 1194528 | KESSLER, DANIEL PATRICK | | Smartphone Only |
| 2120856 | KEYSER, KENNETH | | SSM/DS |
| 1861734 | KHAN, WAZIM | | SSM/DS |
| 1736096 | KIEFER, DANITA MICHELLE | | SSM/DS |
| 2041841 | KIESTER, JULIE | | SSM/DS |
| 1260550 | KILGORE, ROBERT | | SSM/DS |
| 1428088 | KILLABY, RICHARD P. | | SSM/DS |
| 1608744 | KILPATRICK, ANDREW | | LP/AP |
| 1262248 | KIMBRO, SAMMY JOSEPH | Written Discovery | Smartphone Only |

| EMPLID | NAME | INCENTIVE AWARD Paragraph 2.4(a)(ii) | HOURLY MANAGER POSITION CATEGORY Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 253879 | KINDALL, ALICE D. | | SSM/DS |
| 704961 | KING, BARRY LR | | Smartphone Only |
| 2315464 | KING, BRODIE | Written Discovery | SSM/DS |
| 239982 | KING, DALE R. | | SSM/DS |
| 721473 | KING, JEREMY W. | | SSM/DS |
| 696695 | KINNEY, DYLAN E. | | LP/AP |
| 2082987 | KIRBY, DANIEL | | SSM/DS |
| 1848461 | KIRBY, KOHLTON | | SSM/DS |
| 1954620 | KIRKSEY, SEAN LEE | Written Discovery | LP/AP |
| 2297271 | KISTNER, KENNETH | Deponent | SSM/DS |
| 2143026 | KITHAS, GREGORY | | Smartphone Only |
| 1682413 | KLINE, DANIELLE | | Smartphone Only |
| 1549702 | KLINGBEIL, DALE | | SSM/DS |
| 1848494 | KLINGER, DANIEL | | SSM/DS |
| 1269805 | KLINGLER, COLEEN A. | | SSM/DS |
| 1109982 | KLUEH, MICHAEL JOSEPH | | Smartphone Only |
| 87618 | KNUDSEN, SANDRA L. | | Smartphone Only |
| 928794 | KOCSIS, NICOLE ADRIANE | Written Discovery | SSM/DS |
| 1763225 | KOEHNE, ETTA | | SSM/DS |
| 129648 | KOENIG, BRANDY | | Smartphone Only |
| 1810566 | KOENIG, JAMES | | Smartphone Only |
| 43327 | KOGER, GARY STEVEN | Written Discovery | Smartphone Only |
| 1978783 | KOHLER, RYAN | | SSM/DS |
| 1299967 | KOHLMAN, TRINA LYNN | | Smartphone Only |
| 940377 | KOHNE, KEITH ANDREW | | SSM/DS |
| 1481514 | KOONS, KRYSTAL PATRICE | | Smartphone Only |
| 1086949 | KORCZYNSKI, MATTHEW NICHOLAS | | SSM/DS |
| 1915931 | KOWAL, THOMAS | | Smartphone Only |
| 9575 | KRAMER, ERIC D. | | SSM/DS |
| 1571544 | KRAPF, CARRIE LEE | Written Discovery | Smartphone Only |
| 161476 | KRAYNAK, KELLIE | | Smartphone Only |
| 1238326 | KREBAUM, JACOB | Written Discovery | Smartphone Only |
| 2347627 | KREBS, KEVIN | | LP/AP |
| 217701 | KREBSBACH, ROGER J. | | SSM/DS |
| 2078438 | KRETZSCHMAR, JASON | | SSM/DS |
| 1584530 | KRIDER, KELLY | | SSM/DS |
| 1988217 | KRUG, MICHAEL | | SSM/DS |
| 898535 | KRUPA, JARRETT R. | Written Discovery | Smartphone Only |
| 1215532 | KUEMPER, MARY | Deponent | SSM/DS |
| 269492 | KUHLMANN, KEVIN M. | | SSM/DS |
| 1443517 | KULISH, DAVID A. | | SSM/DS |
| 1465443 | KULISH, MICHELLE A. | | SSM/DS |
| 1370910 | KURKOWSKI, JUSTIN CORY | | Smartphone Only |
| 2506524 | KURMAS, ANNA | | SSM/DS |
| 1956487 | KURTZ, KYLE | | LP/AP and SSM/DS |
| 914163 | KWAAK, JACQUELINE | | Smartphone Only |
| 608561 | LA GRANDE, MICAH A. | | SSM/DS |
| 1865823 | LABEAU, GUY | | SSM/DS |
| 2540774 | LABOSKY, JOSEPH | | SSM/DS |
| 165665 | LACY, FRED H. | | Smartphone Only |
| 874295 | LAGORIO, TORREN | | SSM/DS |
| 678082 | LAMA, STEVEN | | SSM/DS |
| 1852548 | LAMB, ZACHARY | | SSM/DS |
| 126592 | LAMONT, RONALD JOSEPH | | Smartphone Only |
| 1744177 | LANCASTER, JOSEPH | | Smartphone Only |

| EMPLID | NAME | INCENTIVE AWARD<br>Paragraph 2.4(a)(ii) | HOURLY MANAGER<br>POSITION CATEGORY<br>Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 1916645 | LANE, MARK | | SSM/DS |
| 1982778 | LANE, STEVEN | | SSM/DS |
| 1414411 | LANEY, SHERMAN R. | Written Discovery | Smartphone Only |
| 1500586 | LANGAN, SARAH VIRGINIA | | SSM/DS |
| 806060 | LANGE, PATRICIA | | Smartphone Only |
| 2334451 | LANGLEY, JAMES | | SSM/DS |
| 1271744 | LANHAM, MICHAEL W. | | Smartphone Only |
| 1315082 | LAPPIN, JANE E | | SSM/DS |
| 1867758 | LARGE, BRANDON | Written Discovery | LP/AP |
| 828686 | LARGENT, NANCY RUTH | | Smartphone Only |
| 173946 | LAROCK, RANDY L. | | SSM/DS |
| 2061790 | LARSON, TIMOTHY | | LP/AP |
| 2120198 | LASS, SHAWN | | SSM/DS |
| 1496221 | LATTA, TANYA N | | LP/AP |
| 1452602 | LAURIE, ANTHONY V. | | SSM/DS |
| 1043438 | LAVARNWAY, TRAVIS J. | | SSM/DS |
| 921567 | LAVELLE, JEFFREY STEVEN | Named Plaintiff | LP/AP |
| 1508450 | LAVERTUE, MELISSA | | SSM/DS |
| 841279 | LAVIGNE, DARRYL D. | | Smartphone Only |
| 1378991 | LAWRENCE, SONIA | | SSM/DS |
| 1839556 | LAWSON, CHRISTINA | Written Discovery | Smartphone Only |
| 760009 | LAWSON, DOMINIQUE CHANTEL | | SSM/DS |
| 175548 | LAXTON, THOMAS MARSHALL | | SSM/DS |
| 1410694 | LEAK, KIMBERLY | | Smartphone Only |
| 237987 | LEAMAN, JEFF L | | SSM/DS |
| 1450957 | LEASK, MARK K. | Written Discovery | Smartphone Only |
| 1321324 | LEAVITT, EARL AUSTIN | | SSM/DS |
| 66768 | LEBER, JAMES B. | | SSM/DS |
| 1381408 | LECHUGA, RYAN | | Smartphone Only |
| 42336 | LECKEMBY, WILLIAM M. | Written Discovery | Smartphone Only |
| 2205789 | LEE, ABBY GAIL | | LP/AP |
| 1443019 | LEE, CHARLES BRADLEY | | SSM/DS |
| 849458 | LEE, JAMES DANIEL | | Smartphone Only |
| 2365944 | LEE, MICHELE | | SSM/DS |
| 148729 | LEE, RALPH | | Smartphone Only |
| 1825724 | LEE, SAAN | | Smartphone Only |
| 1516775 | LEE, SHARMANE LAKISHA | | Smartphone Only |
| 986425 | LEECH, ANDREW G. | | SSM/DS |
| 1248601 | LEFOR, LORI | | Smartphone Only |
| 1402158 | LEGGAT, CHRISTOPHER | | SSM/DS |
| 2466117 | LEGGINS, TRAVIS | | SSM/DS |
| 889228 | LEHMAN, ERIC | | SSM/DS |
| 2152213 | LEMON, RICHARD D. | | SSM/DS |
| 1538459 | LEO, NICHOLAS | | SSM/DS |
| 880325 | LEONARD, JOHN | | Smartphone Only |
| 1823477 | LEONARD, SCOTT | | Smartphone Only |
| 815756 | LEPAIN, JAMES | | Smartphone Only |
| 1854186 | LEPISKO, LYNN | | SSM/DS |
| 1497622 | LESNESKI, JEANINE M. | | Smartphone Only |
| 2082784 | LESTER, LLOYD | | Smartphone Only |
| 1039451 | LEUPOLD, JENNY REBEKAH | | SSM/DS |
| 1883921 | LEVERETTE, LEVI | | SSM/DS |
| 1016490 | LEWIS, ERIC M. | | SSM/DS |
| 1519433 | LEWIS, JOHN WYLNN | | Smartphone Only |
| 40977 | LEWIS, TRAVETTE DENEA | | Smartphone Only |

| EMPLID | NAME | INCENTIVE AWARD Paragraph 2.4(a)(ii) | HOURLY MANAGER POSITION CATEGORY Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 1881049 | LEWIS, TRINA | | SSM/DS |
| 2204251 | LEYVA, SALINA | | Smartphone Only |
| 2405568 | LIGHTER, TODD | | SSM/DS |
| 2286566 | LIGHTKEP, STEVE | | SSM/DS |
| 1507060 | LILES, GERALD MIKEL | | LP/AP |
| 1337345 | LINDER, CHRISTOPHER R. | | SSM/DS |
| 1593116 | LINDERMAN, WAYNE K. | | Smartphone Only |
| 694855 | LINGROSSO, SAM J. | | SSM/DS |
| 1829607 | LINK, STEVEN C. | | SSM/DS |
| 833813 | LINWOOD, LAVONDA MONIQUE | | Smartphone Only |
| 1073845 | LISCINSKY, BEVERLY A. | | SSM/DS |
| 1242851 | LITTNER, MARK J. | | Smartphone Only |
| 973581 | LIVELY, DERRICK EVAN | | Smartphone Only |
| 2327137 | LLOYD, JEREMY | | SSM/DS |
| 1823787 | LOFTON, GRANGER | | SSM/DS |
| 2055053 | LONG, SUSAN GAIL | | Smartphone Only |
| 355576 | LONG, WILLIAM | Written Discovery | LP/AP and SSM/DS |
| 1558830 | LOOMIS, DAVID | | SSM/DS |
| 900329 | LOPEZ, CONNIE L. | | Smartphone Only |
| 811916 | LOPEZ, GABRIEL J. | Written Discovery | SSM/DS |
| 1835320 | LOPEZ, GARY | | SSM/DS |
| 1853179 | LOPEZ, MIGUEL A | | SSM/DS |
| 1227675 | LOPEZ, SHERRI MICHELLE | Written Discovery | SSM/DS |
| 11541 | LOPEZ, VICKIE L. | Written Discovery | Smartphone Only |
| 1137366 | LORD, DENNIS A. | | SSM/DS |
| 1957576 | LORMAND, KRISTIE | | SSM/DS |
| 1911305 | LOUBRIEL, JUAN | Deponent | SSM/DS |
| 1872823 | LOUGH, SAMUEL | Written Discovery | SSM/DS |
| 2106611 | LOVE, TRACY ANN | | Smartphone Only |
| 1735378 | LOVSETH, DAVIS H. | | Smartphone Only |
| 2106313 | LOWRIE, TIMOTHY S | | Smartphone Only |
| 2127982 | LOZA-COWART, DEBRA | Written Discovery | SSM/DS |
| 1213023 | LOZANO, JOHNNY JOE | | Smartphone Only |
| 915207 | LUBIN, SMITH | | SSM/DS |
| 75561 | LUCAS, LARRY | | Smartphone Only |
| 1460001 | LUMMUS, RICHARD COLE | | Smartphone Only |
| 1052913 | LUNDIN, WESLEY SHANE | | SSM/DS |
| 911862 | LUNDSTROM, MICHAEL CHARLES | | Smartphone Only |
| 2072676 | LUNDVALL, STEPHANIE | Deponent | SSM/DS |
| 1001555 | LUNDY, JOHN ROBERT | | Smartphone Only |
| 237640 | LYKKEN, JAMES C. | | Smartphone Only |
| 1021951 | LYNCH, JENNIFER M. | | Smartphone Only |
| 2213895 | LYNCH, KELLY | | Smartphone Only |
| 2063456 | LYNCH-KING, KARI | | SSM/DS |
| 2058885 | MACCARONE, THOMAS | Written Discovery | Smartphone Only |
| 1573919 | MACDOUGALL, KATHLEEN MARY | | Smartphone Only |
| 1400137 | MACIJUNAS, GREGORY | | SSM/DS |
| 2412655 | MACMILLER, CHRISTINA | | SSM/DS |
| 1079819 | MADDOX, CECIL A. | | Smartphone Only |
| 847559 | MADDOX, CHANDRA EBONY | | SSM/DS |
| 1799824 | MADIGAN, MARK | | SSM/DS |
| 1077149 | MAGERS, JASON R. | | LP/AP |
| 851406 | MAHADEO, MICAH CYRIL | | LP/AP |
| 1593932 | MAHAFFEY, KEVIN OROURKE | | Smartphone Only |
| 2081414 | MAHAN, MELODY | | SSM/DS |

| EMPLID | NAME | INCENTIVE AWARD Paragraph 2.4(a)(ii) | HOURLY MANAGER POSITION CATEGORY Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 2009983 | MAIDMENT, CYLE | | LP/AP and SSM/DS |
| 2072154 | MAIER, ANDREAS | | LP/AP |
| 1715433 | MAINVILLE, KAMILLA | | SSM/DS |
| 1737038 | MAJESKE, RAINI | | SSM/DS |
| 1898888 | MAJOR, BRIANA | | SSM/DS |
| 1909073 | MAJORS, DEVIN | | Smartphone Only |
| 1985592 | MAKOWSKY, MICHAEL | | SSM/DS |
| 592654 | MALAVE, MIGDALIA | | SSM/DS |
| 1444456 | MALLETTE, CHRISTOPHER | | SSM/DS |
| 1894446 | MANESS, JOSEPH AARON | | LP/AP |
| 1955063 | MANG, SOCHEAT | | SSM/DS |
| 2372835 | MANGIALOMINI, DANIEL | | SSM/DS |
| 1723186 | MANNS, STEPHEN B. | | Smartphone Only |
| 774665 | MANSFIELD, KIMBERLY A. | | SSM/DS |
| 2402580 | MANTOR, JIM | | SSM/DS |
| 2097531 | MARCELLE, JASON | | Smartphone Only |
| 2306043 | MARDIS, SEAN | Written Discovery | SSM/DS |
| 1091382 | MARIA, DANIEL MICHAEL | | Smartphone Only |
| 921438 | MARIANI, TRISHA MARIE | | Smartphone Only |
| 2451908 | MARKER, STEVEN | | SSM/DS |
| 60927 | MARKLE, LAWRENCE E. | | SSM/DS |
| 225787 | MARSTON, DARYL K. | | SSM/DS |
| 97988 | MARTIN, DANIEL P. | | Smartphone Only |
| 2213978 | MARTIN, JAMES | | SSM/DS |
| 2205126 | MARTIN, JASON | Named Plaintiff | SSM/DS |
| 1361230 | MARTIN, SARAH EMILY | | SSM/DS |
| 1478443 | MARTIN, TYLER ROBERT | | SSM/DS |
| 2095446 | MARTINEZ, CHRISTOPHER | Written Discovery | Smartphone Only |
| 2350680 | MARTINEZ, DANA | | SSM/DS |
| 1666749 | MARTINEZ, ELAINE MADELENA | Deponent | SSM/DS |
| 188002 | MARTINEZ, FRED A. | Written Discovery | SSM/DS |
| 1719682 | MARTINEZ, JAIME | Written Discovery | SSM/DS |
| 252427 | MARTINEZ, JOSUE | | SSM/DS |
| 1227390 | MARTINEZ, JOSUE A. | | SSM/DS |
| 1599345 | MARTINEZ, MARIA JESUS | | SSM/DS |
| 1528695 | MARTINEZ, STEPHAN HAROLD | Written Discovery | SSM/DS |
| 1777360 | MARTINEZ, VERONICA | | Smartphone Only |
| 2005234 | MARTINEZ-AGUILAR, RYAN | | SSM/DS |
| 256895 | MARTINS, LAWRENCE | | Smartphone Only |
| 805358 | MASON, ROBERT | | SSM/DS |
| 2497096 | MASSENA, CHRISTINA | | SSM/DS |
| 80244 | MASSETTI, JAMES A. | | SSM/DS |
| 1700083 | MASSEY, KEN RAY | Written Discovery | SSM/DS |
| 1221937 | MASTALERZ, JOSEPH | | Smartphone Only |
| 1170864 | MASTERS, SHANNON D. | | SSM/DS |
| 2000940 | MATHIS, ASHLEY | | SSM/DS |
| 1369912 | MATHIS, KENTRELL M | | SSM/DS |
| 1057711 | MAXEY, LESLIE D | | SSM/DS |
| 1489256 | MAXWELL, CHRISTOPHER LINCOLN | | SSM/DS |
| 1400590 | MAXWELL, NICOLE | | SSM/DS |
| 1723482 | MAXWELL, SA'D | | Smartphone Only |
| 1196451 | MAY, MEAGHAN ELIZABETH | | Smartphone Only |
| 1849906 | MAYES, WILLIAM | Written Discovery | Smartphone Only |
| 1710605 | MAYORGA, SERGIO | | SSM/DS |
| 1975198 | MAZURIK, RUSSELL | | Smartphone Only |

| EMPLID | NAME | INCENTIVE AWARD Paragraph 2.4(a)(ii) | HOURLY MANAGER POSITION CATEGORY Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 142629 | MAZZA, JOHN ROBERT | | Smartphone Only |
| 2155648 | MCALISTER, BRIAN | | SSM/DS |
| 1125167 | MCALISTER, DONALD B | | SSM/DS |
| 2482657 | MCALLISTER, CHRISTINA | | SSM/DS |
| 821230 | MCALLISTER, TIMECIA JOY | | Smartphone Only |
| 2417271 | MCCLAIN, ROY | | SSM/DS |
| 74961 | MCCLATCHY, GERALDINE H. | | Smartphone Only |
| 2027655 | MCCLINTON, NICHOLAS | | Smartphone Only |
| 1846850 | MCCONNELL, MATTHEW | | SSM/DS |
| 1105235 | MCCOWN, SHYNEKIA JANAEL | | Smartphone Only |
| 2035184 | MCCREA, MICHAEL | | SSM/DS |
| 2165379 | MCDONALD, EARL | | Smartphone Only |
| 1596083 | MCDOUGALL, MICHAEL ALLEN | | SSM/DS |
| 1880642 | MCEWEN, CASEY | Written Discovery | Smartphone Only |
| 176802 | MCFADDEN, CHRIS | | Smartphone Only |
| 1535174 | MCFADDEN, LATASHA RENA | | Smartphone Only |
| 814038 | MCFEE, JULIE FAME | | SSM/DS |
| 1265769 | MCGAFFIC, LINDSEY MARIE | | SSM/DS |
| 1433135 | MCGINLEY, JOSHUA | | SSM/DS |
| 1793463 | MCGOWAN, PAUL | | SSM/DS |
| 177428 | MCGOWAN, TAMIKA | | SSM/DS |
| 638578 | MCGRORTY, NANCY JEAN | | Smartphone Only |
| 1672096 | MCHONE, DARREN WILLIAM | | SSM/DS |
| 2341312 | MCILVAINE, CHAD | | SSM/DS |
| 1426570 | MCKENDALL, DEVINCEN A. | | SSM/DS |
| 2214964 | MCKENNA, SHAWN | | LP/AP |
| 1021984 | MCKINNON, JUSTIN | | SSM/DS |
| 1939563 | MCKNIGHT, RESHAUNNA | | SSM/DS |
| 2199972 | MCLAY, ANDREW | | SSM/DS |
| 880730 | MCLEAN, DARYL BRETT | | SSM/DS |
| 1497509 | MCLEAN, TIM | | LP/AP |
| 1818182 | MCMATH, LYNDSEY | | LP/AP and SSM/DS |
| 1581930 | MCMINDS, MARTIN E. | | Smartphone Only |
| 1058448 | MCNEAL, DON L. | | Smartphone Only |
| 2362694 | MCPHEE, REBECCA | | SSM/DS |
| 1598067 | MCPHERSON, GREGORY DUNCAN | | Smartphone Only |
| 1524103 | MCPHERSON LANTSBERGER, SHARALYNN LEE | | SSM/DS |
| 2356228 | MCQUEEN, TRENT | Deponent | SSM/DS |
| 704519 | MEADOWS, JOHN L. | | SSM/DS |
| 1235334 | MEANS, ISAAC ALFRED | | SSM/DS |
| 1310050 | MECHE, DOROTHY | | SSM/DS |
| 144358 | MEDINA, CYNTHIA A. | | Smartphone Only |
| 1513931 | MEDINA, EMELY D. | | LP/AP |
| 93088 | MELCHER, DANIEL JOSEPH | | Smartphone Only |
| 2122626 | MELILLO, MICHAEL | | SSM/DS |
| 1404696 | MELLING, RYAN EDWARD | Deponent | LP/AP |
| 680323 | MENDOZA, ARMANDO | | LP/AP |
| 1403824 | MENDOZA, BYANKA | | SSM/DS |
| 1041816 | MENDOZA, ZOILA | | SSM/DS |
| 1083331 | MERICHKO, RICHARD M. | | SSM/DS |
| 647618 | MERRILL, MARK A. | Deponent | LP/AP |
| 1906980 | MERRILL, PAUL | | SSM/DS |
| 1594900 | MESSINA, FRANK | | Smartphone Only |
| 1750864 | METZ, CRAIG | | SSM/DS |
| 20696 | MEULLION, JIMMY | | Smartphone Only |

| EMPLID | NAME | INCENTIVE AWARD<br>Paragraph 2.4(a)(ii) | HOURLY MANAGER<br>POSITION CATEGORY<br>Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 2014396 | MICHAEL, JOHN | | SSM/DS |
| 2080732 | MICHAELS, CARLIE | | SSM/DS |
| 145915 | MICHALIK, JAMES L. | | Smartphone Only |
| 1605761 | MIDDLEBROOKS, LUCIE L | | SSM/DS |
| 1049412 | MIGLIORE, JOSEPH RALPH | | LP/AP and SSM/DS |
| 775247 | MILLER, AARON | | SSM/DS |
| 1081652 | MILLER, AMY MICHELLE | | Smartphone Only |
| 1464570 | MILLER, ANTWONE D. | | SSM/DS |
| 193718 | MILLER, CHARLOTTE | | SSM/DS |
| 2022706 | MILLER, CHRIS | | SSM/DS |
| 974377 | MILLER, JARED | | SSM/DS |
| 147664 | MILLER, LINDA | | Smartphone Only |
| 11268 | MILLER, MARK S. | | SSM/DS |
| 70900 | MILLIKAN, ANTHONY | | SSM/DS |
| 579707 | MILLWOOD, DELORIS V. | | LP/AP |
| 1494906 | MILTON, JAMES D. | | Smartphone Only |
| 2078240 | MINSHEW, SHANE | | SSM/DS |
| 2396657 | MIRES, ALEX | | SSM/DS |
| 2310658 | MITCHELL, DAVE | | SSM/DS |
| 1874572 | MITCHELL, RANDALL | | SSM/DS |
| 2102859 | MOELLER, ROBERT WAYNE | | SSM/DS |
| 246120 | MOGILEVSKY, SERGE | | SSM/DS |
| 1343399 | MOLE, DAWN | | Smartphone Only |
| 2131716 | MOLITOR, JOHN | | SSM/DS |
| 33425 | MONN, CARLA F. | | SSM/DS |
| 1958964 | MONTALVO, ELIZABETH | | SSM/DS |
| 1020844 | MONTANEZ, MIGUEL ANGEL | | SSM/DS |
| 1172219 | MONTANO, MICHAEL | | SSM/DS |
| 706608 | MONTEIRO, MICHELLE T. | Written Discovery | Smartphone Only |
| 2225656 | MONTGOMERY, SHAWN | | SSM/DS |
| 10293 | MONTOYA, PETE | | Smartphone Only |
| 2398477 | MOORE, ADAM | | SSM/DS |
| 1255858 | MOORE, CHRIS RAY | | SSM/DS |
| 1406648 | MOORE, CORY | | LP/AP |
| 865484 | MOORE, GWENDOLYN | | SSM/DS |
| 881471 | MOORE, HOMER LEE | | Smartphone Only |
| 1013970 | MOORE, JEREMY R. | | LP/AP |
| 1541064 | MOORE, JOSIE ALEXANDRIA | | Smartphone Only |
| 1549488 | MOORE, JUSTEN P. | Deponent | SSM/DS |
| 879508 | MOORE, SAVANAH SUSAN | | SSM/DS |
| 1882599 | MOORE, SUSAN | | Smartphone Only |
| 728104 | MOORE, WILLIAM BRYCE | | Smartphone Only |
| 1983515 | MORALES, ANDRE | | Smartphone Only |
| 1666961 | MORALES, BLANCA | | SSM/DS |
| 588894 | MORALES, DEBBIE ANN | | Smartphone Only |
| 1085952 | MORALES, KATHLEEN MARIE | Deponent | SSM/DS |
| 986318 | MORALES, PHILLIP | | LP/AP |
| 1893822 | MORALES, ROGER | | SSM/DS |
| 1115695 | MORAN, KELLIE LYNNE GOMEZ | | Smartphone Only |
| 215941 | MOREHEAD, SUSAN | | Smartphone Only |
| 1709030 | MORELAND, TAYLOR | | SSM/DS |
| 923961 | MORENO, ALEX S. | | Smartphone Only |
| 1485265 | MORENO, RAMON | | Smartphone Only |
| 1330061 | MORGAN, BROOKE | | Smartphone Only |
| 1512527 | MORGAN, DESIREE J. | Deponent | SSM/DS |

| EMPLID | NAME | INCENTIVE AWARD Paragraph 2.4(a)(ii) | HOURLY MANAGER POSITION CATEGORY Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 2082457 | MORGAN, ERIC | | SSM/DS |
| 26472 | MORGAN, FRANCES D. | | Smartphone Only |
| 2100709 | MORGAN, RA-KIA | | LP/AP |
| 829814 | MORNER, FINIS GABRIEL | | Smartphone Only |
| 985816 | MORRIS, JAMES DANIEL | | SSM/DS |
| 1705719 | MORRIS, RONALD | | Smartphone Only |
| 2071680 | MORRIS, ROY | Written Discovery | SSM/DS |
| 1738725 | MORRIS, SHERI | | SSM/DS |
| 844825 | MORRIS, THOMAS ANTHONY | | SSM/DS |
| 1736499 | MORRISON, AMANDA | | SSM/DS |
| 671774 | MORTA, JEAN LOU FERNANDEZ | Named Plaintiff | SSM/DS |
| 1899427 | MORTON, RICHARD | | SSM/DS |
| 700377 | MOTEVALLIAN, MOHAMMAD M. | | Smartphone Only |
| 1446071 | MOUTON, KEN TIA | | LP/AP |
| 2069837 | MOYE, DEMETRIUS | Written Discovery | Smartphone Only |
| 1725823 | MOYER, WILLIAM | | LP/AP |
| 1469944 | MULLINS, CINDY M | | LP/AP |
| 1408671 | MULLOOLY, DAN | Written Discovery | LP/AP |
| 2191079 | MULUGETA, BEFEKADU | | SSM/DS |
| 20914 | MUMMAH, ROY | | Smartphone Only |
| 1108565 | MUNCK, RONALD F. | | Smartphone Only |
| 2050720 | MUNN, SYDNEY | | SSM/DS |
| 1519374 | MURILLO, MONICA ANN | | SSM/DS |
| 1856840 | MURILLO, SAHIRA | | Smartphone Only |
| 1802669 | MURPHY, RYAN | Deponent | SSM/DS |
| 2347354 | MURRAY, MICHAEL JOHN | | SSM/DS |
| 1190911 | MURRAY, REBECCA JEAN | | SSM/DS |
| 1994298 | MURRAY, STEPHANIE | Written Discovery | Smartphone Only |
| 1238655 | MUSCHETT, CHAYNA | | Smartphone Only |
| 1673231 | MYERS, BRIGITTE L. | Written Discovery | Smartphone Only |
| 86556 | MYERS, BRUCE | | Smartphone Only |
| 2373031 | MYERS, MATTIE | | SSM/DS |
| 578123 | MYSLOWSKI, CARL J. | | LP/AP |
| 33678 | NABORS, KATHY A. | | SSM/DS |
| 1871021 | NACCARATO, ROBERT | | Smartphone Only |
| 1220557 | NAGLIERI, DANA | | Smartphone Only |
| 1742197 | NAME, ASHLEY | | Smartphone Only |
| 2381716 | NAPIER, CAMILLE | | SSM/DS |
| 1810760 | NARANJO, WALLE | | SSM/DS |
| 1288267 | NASH, JOSEPH D. | | SSM/DS |
| 1085625 | NAVARRE, BRENDAN C. | | LP/AP |
| 1607546 | NAVARRO, KRISTOPHER | | SSM/DS |
| 926573 | NEAL, JULIA | | SSM/DS |
| 2361522 | NEAL, ROBERT | Named Plaintiff | SSM/DS |
| 63745 | NEEDY, SHAWN | | Smartphone Only |
| 794919 | NEIVEL, KATHLEEN L. | | SSM/DS |
| 1198473 | NELSON, BRENDA S. | | Smartphone Only |
| 1234756 | NELSON, EDWARD LEE | Written Discovery | Smartphone Only |
| 56720 | NESBIT, PAULETTE ELLIOTT | | SSM/DS |
| 1435055 | NESS, ROBIN RAY | | Smartphone Only |
| 922223 | NEWCOMB, MICHAEL WAYNE | | SSM/DS |
| 1306286 | NEWTON, CHELSEA N. | | SSM/DS |
| 216891 | NGO, NANCY | | SSM/DS |
| 839095 | NGUYEN, HUNG | Written Discovery | SSM/DS |
| 2015087 | NICKEL, ELIZABETH | Deponent | LP/AP |

| EMPLID | NAME | INCENTIVE AWARD Paragraph 2.4(a)(ii) | HOURLY MANAGER POSITION CATEGORY Paragraph 2.4(a)(iii) |
|--------|------|------|------|
| 1610878 | NICPON, RALPH | | SSM/DS |
| 2338309 | NIEVES, STEVEN | | SSM/DS |
| 1501504 | NILLAGA, BRANDON B. | Written Discovery | Smartphone Only |
| 214372 | NIX, MICHAEL W. | | SSM/DS |
| 2397629 | NIXON, GLENN | | SSM/DS |
| 79396 | NOEL, GARY L. | | Smartphone Only |
| 1023162 | NOEL, PATRICK | | SSM/DS |
| 2327068 | NOLAN, LELAND H. | | SSM/DS |
| 1858960 | NOLEN, RYAN TIMOTHY | | SSM/DS |
| 2347972 | NOLL, JANIE ELIZABETH | | SSM/DS |
| 175978 | NOORDHOF, GLENN A. | | SSM/DS |
| 721840 | NORDONE, CRAIG ANTHONY | | SSM/DS |
| 1627631 | NORMAN, BENJAMIN | | SSM/DS |
| 1105916 | NORMAN, BRIAN EARLE | | SSM/DS |
| 802136 | NORMAN, DANIEL A. | | SSM/DS |
| 2338479 | NORMAN, JOSHUA ADAM | | SSM/DS |
| 2378448 | NORMAN-FOOTE, JANAY | | SSM/DS |
| 921552 | NORRIS, CHRISTOPHER NOEL | | Smartphone Only |
| 1053354 | NORTH, WENDY M. | | SSM/DS |
| 2325079 | NORTHERN, LISA | | SSM/DS |
| 1509634 | NORTON, ANGELA MARIE | | SSM/DS |
| 1888505 | NORTON, LAURA DAWN | | SSM/DS |
| 1394676 | NOVAK, AMBER E. | | SSM/DS |
| 129962 | NOVAK, PHILIP J. | | Smartphone Only |
| 1901807 | NUMATA, AKIKO | | Smartphone Only |
| 1520418 | NUZZOLILO, MICHAEL DAVID | | SSM/DS |
| 1003960 | NYE, GARY P. | | SSM/DS |
| 1614057 | O DELL, WILLIAM GEORGE | | Smartphone Only |
| 1157602 | O'CONNELL, NAOMI | | Smartphone Only |
| 1095332 | O'CONNOR, KOLENE LYN | | SSM/DS |
| 1956828 | O'GEA, KEVIN | | SSM/DS |
| 1628519 | OAKS, STUART MITCHELL | | SSM/DS |
| 730444 | OBELENUS, JOHN H. | | Smartphone Only |
| 628601 | OCAMPO, GERARDCLIFF PANELO | | SSM/DS |
| 960853 | OCHOA, VALERIE A. | | LP/AP |
| 1155164 | OCONNOR, JOEL | | SSM/DS |
| 1649558 | OCONNOR, SEAN | Deponent | SSM/DS |
| 710312 | OJUKWU, KRISTOFERSSON RAINSFORD | | Smartphone Only |
| 244742 | OLAIZ, HEBERTO | | Smartphone Only |
| 2209996 | OLIVAS, SERGIO | Written Discovery | Smartphone Only |
| 1220821 | OLIVER, DAVID W. | | Smartphone Only |
| 1484229 | OLIVER, DONALD SOVNDELL | | SSM/DS |
| 1792697 | OLIVER, TYLER | | SSM/DS |
| 2173180 | OLSON, CARL | | SSM/DS |
| 1279275 | OLSON, DUSTIN JAMES | | SSM/DS |
| 1606186 | OLSON, KALE | | Smartphone Only |
| 1018294 | ONEAL, TRESSA LYNN | | SSM/DS |
| 1115575 | OPPERMAN, WILLIAM ALLEN | Written Discovery | Smartphone Only |
| 2099470 | ORAZI, JENNIFER | | Smartphone Only |
| 1533539 | ORDETX, TRACY LYNN | | Smartphone Only |
| 649749 | ORSBORN, CARY DEL | | SSM/DS |
| 1604652 | ORTEGA, EDWARD ALEXANDER | | Smartphone Only |
| 1025806 | ORTEGA, SALLY | | SSM/DS |
| 1337149 | ORTIZ, ABELINE ARRIOLA | Written Discovery | LP/AP |
| 2434272 | ORTIZ, GEORGINA | Named Plaintiff | SSM/DS |

| EMPLID | NAME | INCENTIVE AWARD<br>Paragraph 2.4(a)(ii) | HOURLY MANAGER<br>POSITION CATEGORY<br>Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 1957055 | ORTIZ, IRVIN RODRIGUEZ | | Smartphone Only |
| 1319571 | ORTIZ, MATTHEW | | SSM/DS |
| 2476011 | ORTIZ, PAVEL | Written Discovery | SSM/DS |
| 2342762 | OSAER, LEE | | SSM/DS |
| 827945 | OSBORNE, TIMOTHY J. | | SSM/DS |
| 1837104 | OSBURN, JAMIE K. | | Smartphone Only |
| 58970 | OSEBOLD, JOSETTA M. | | Smartphone Only |
| 877775 | OSTERMEYER, DONALD PAUL | | Smartphone Only |
| 1753992 | OVERLY, WALLACE | | SSM/DS |
| 979921 | OWENS, ERIN | | SSM/DS |
| 401475 | OWENS, GAIL W. | | Smartphone Only |
| 24249 | OWENS, RICHARD D. | | SSM/DS |
| 2015209 | OXFORD, ROBERTA | | SSM/DS |
| 1951678 | PACHLA, SCOTT | | SSM/DS |
| 621616 | PADILLA, MICHELE LEE | | SSM/DS |
| 634646 | PAGE, MARK A. | | Smartphone Only |
| 638932 | PAGEL, JOHN CHRISTOPHER | | SSM/DS |
| 1116891 | PALKA, JOHN BRIAN | Written Discovery | LP/AP |
| 19541 | PALKO, KELLY A | Deponent | Smartphone Only |
| 60752 | PALMER, MARION E. | | SSM/DS |
| 2316733 | PANTORILLA, NOEL | | SSM/DS |
| 1259246 | PAONESSA, DAVID | | SSM/DS |
| 961208 | PAPEIKA, THOMAS R. | | SSM/DS |
| 1634116 | PAPPAS, PAUL | | Smartphone Only |
| 743196 | PARIS, VICTORIA | | SSM/DS |
| 1837466 | PARKER, ANGELA | | SSM/DS |
| 2108465 | PARKER, BARBARA | | Smartphone Only |
| 1958622 | PARKER, DANIEL | | SSM/DS |
| 66258 | PARKER, ELAINE P. | | Smartphone Only |
| 234101 | PARKER, LAQUANDA T | | SSM/DS |
| 919895 | PARKS, DEBORAH J. | | SSM/DS |
| 2266931 | PARRIS, KEVIN | | SSM/DS |
| 1661757 | PARSONS, JAMES MICHAEL | | LP/AP |
| 2293679 | PARVIN, ADAM RAY | | LP/AP |
| 677756 | PASCHALL, ACEY MITCHELL | | SSM/DS |
| 664176 | PASTORIUS, IAN | | LP/AP |
| 1985367 | PATE, ERIC | | LP/AP |
| 2206404 | PATEL, TULSI | | SSM/DS |
| 1563677 | PATEREK, FRANK M. | Written Discovery | Smartphone Only |
| 1148995 | PATRICK, DAVID A. | | SSM/DS |
| 2291303 | PATTERSON, ALYCIA NICOLE | | SSM/DS |
| 1657870 | PATTON, FLOYD MONROE | | SSM/DS |
| 1348574 | PATZELL, CHRISTOPHER | | Smartphone Only |
| 2140729 | PAWLIK, JARRED | | Smartphone Only |
| 1762409 | PAWLUKIEWICZ, AMANDA | | SSM/DS |
| 1654987 | PAWSON, DOUGLAS WAYNE | | SSM/DS |
| 2156589 | PAYNE, DOUGLAS JAMES | | Smartphone Only |
| 1242566 | PAYNE, KENNETH L. | Named Plaintiff | SSM/DS |
| 1378848 | PEACE, MITCHELL KEVIN | | SSM/DS |
| 2375984 | PEARSON, CORY | | SSM/DS |
| 970849 | PEARSON, DIANNA DENISE | | Smartphone Only |
| 2012040 | PEARSON, JENNIFER | | Smartphone Only |
| 2506459 | PEDROZO, LAURA | | SSM/DS |
| 23618 | PEIRONE, ROBERT M. | | SSM/DS |
| 1648667 | PELLECCHIA, KELLY PILAR | | SSM/DS |

| EMPLID | NAME | INCENTIVE AWARD<br>Paragraph 2.4(a)(ii) | HOURLY MANAGER<br>POSITION CATEGORY<br>Paragraph 2.4(a)(iii) |
|--------|------|------------------------------------------|------------------------------------------------------------------|
| 1716979 | PELTON, MATTHEW | | Smartphone Only |
| 1341809 | PENA, AMPARO | | LP/AP |
| 1080205 | PENN, JEREMIAH DOMINIC | | SSM/DS |
| 1861469 | PENNA, JACELYN | | SSM/DS |
| 1541121 | PENNINGTON, STEPHANIE ROSE | Named Plaintiff | SSM/DS |
| 227937 | PEQUENO, JOSE | | Smartphone Only |
| 2369672 | PEREA, FABIAN | | SSM/DS |
| 555636 | PEREA, RICHARD A. | | SSM/DS |
| 881149 | PEREZ, DANIEL | | Smartphone Only |
| 1309713 | PEREZ, JOE | | SSM/DS |
| 1843181 | PEREZ, SALVADOR | | Smartphone Only |
| 1601579 | PERKINS, LEON CHAD | Written Discovery | SSM/DS |
| 1990637 | PERKINS, RODNEY | | Smartphone Only |
| 12971 | PERKINSON, PEGGY | | Smartphone Only |
| 1737044 | PERRIN, KARLA | Written Discovery | SSM/DS |
| 1709068 | PERRONE, JOHN | Deponent | Smartphone Only |
| 1195555 | PERRY, CHAD R. | | SSM/DS |
| 1357885 | PERRY, MELADY A. | | SSM/DS |
| 1259431 | PERRY, TIMOTHY G. | | Smartphone Only |
| 2543214 | PERRYMAN, LOUIS | | SSM/DS |
| 1669105 | PETERS, COLIN | | Smartphone Only |
| 2221075 | PETERSON, BARBRA | | SSM/DS |
| 1342790 | PETRUZIELLO, DEBORAH M. | | Smartphone Only |
| 1353206 | PHABIAN, AMANDA L. | | Smartphone Only |
| 984448 | PHILLIPS, MORGAN MAURICE | | SSM/DS |
| 1290969 | PHILLIPS, SARA JOELLEN | | Smartphone Only |
| 1825036 | PIERCE, SARAH | Deponent | SSM/DS |
| 1081618 | PIERSON, JASON | | SSM/DS |
| 1643554 | PINDER, JAY F. | | Smartphone Only |
| 1202196 | PINTOS, LEONARDO | | Smartphone Only |
| 2255037 | PIPER, COURTNEY | | LP/AP |
| 2130719 | PIQUETTE, BRANDEN | Written Discovery | SSM/DS |
| 14740 | PIRNIE, CHRISTOPHER M. | | Smartphone Only |
| 1749547 | PITTMAN, JOSEPH | | SSM/DS |
| 1227549 | PITTS, MICHAEL J. | | Smartphone Only |
| 2489771 | PLACENCIA, WILSON | Written Discovery | SSM/DS |
| 54212 | PLAMONDON, DAVID ALAN | | Smartphone Only |
| 1333726 | PLATT, JENNIFER LYNN | | SSM/DS |
| 1409677 | PLOURDE, AIMEE M. | | SSM/DS |
| 1550376 | PLUISTER, JAMIE SUE | | SSM/DS |
| 187719 | POLISENO, FRANK | | SSM/DS |
| 1891955 | POPE, LOUIS | | Smartphone Only |
| 855284 | POPLIN, KRISTIN | | Smartphone Only |
| 697221 | POPP, ANGELITA TINA-CAUDILLO | | Smartphone Only |
| 1764602 | PORASKY, JENNIFER VIDA | | SSM/DS |
| 1382648 | PORTER, BUDDY S. | | Smartphone Only |
| 715807 | POSEY, LINDA PEARSON | | Smartphone Only |
| 1276044 | POSTON, SHAKIRA M. | | SSM/DS |
| 1622914 | POTRATZ, JOHN | | LP/AP and SSM/DS |
| 928702 | POTTER, KENNETH E. | | SSM/DS |
| 1056002 | POUST, TAMMY L. | | Smartphone Only |
| 1342108 | POVIS, JUDITH | | SSM/DS |
| 867681 | POWELL, AARON | | SSM/DS |
| 1272889 | POWELL, ROBERT T. | | Smartphone Only |
| 2081444 | POWELL, THOMAS | | SSM/DS |

| EMPLID | NAME | INCENTIVE AWARD Paragraph 2.4(a)(ii) | HOURLY MANAGER POSITION CATEGORY Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 1508251 | PRACEL, WAYNE MARK | | SSM/DS |
| 1105752 | PRATT, BRIANNA LEE | | SSM/DS |
| 1437669 | PRATT, GILBERT E. | | SSM/DS |
| 595592 | PRATT, JIMMIE W. | | Smartphone Only |
| 1372197 | PRATT, STEVEN ERIC | | SSM/DS |
| 1562930 | PRESIDENT, DEBORAH L. | Written Discovery | SSM/DS |
| 1515124 | PRIBULICK, JEFFREY JOSEPH | Written Discovery | SSM/DS |
| 777619 | PRICE, BRITTANY DAVA | | LP/AP |
| 49976 | PRICE, CHRISTINA | | SSM/DS |
| 1655262 | PRICE, MICHAEL LEE | | Smartphone Only |
| 838884 | PRIMM, JASON | | SSM/DS |
| 1527330 | PRINCE, REGINALD JERMAINE | | SSM/DS |
| 1575152 | PRISK, AUTUMN D. | | SSM/DS |
| 2357716 | PRITCHETT, DIANNE | | SSM/DS |
| 1661405 | PRITCHETT, JOSHUA | | SSM/DS |
| 182018 | PRIZZI, JACK A. | | SSM/DS |
| 824316 | PROSISE-MCKEE, BRYAN LEE | | Smartphone Only |
| 913575 | PROVENZANO, STUART | | Smartphone Only |
| 1680908 | PROVIDENCE, CLINT F. | | SSM/DS |
| 1134663 | PRUITT, JOSEPH D. | | Smartphone Only |
| 1889843 | PRUSINSKI, JESSE | | SSM/DS |
| 1404890 | PRYOR, JOCQUIN OMARI | | SSM/DS |
| 1778591 | PUDLO, PETER | Written Discovery | SSM/DS |
| 1367302 | PUENTE, SONIA | | Smartphone Only |
| 1980422 | PUGH, SHANNON MARIE | | LP/AP |
| 928175 | PURVIS, JAMES MARCOS | | SSM/DS |
| 1122562 | PYLE, JASON A. | | SSM/DS |
| 644324 | QUACKENBUSH, KEITH | | Smartphone Only |
| 1747811 | QUICK, CAMERON | Deponent | LP/AP and SSM/DS |
| 1001757 | QUINONES, ORLANDO | | SSM/DS |
| 790482 | QUIST, DAVID ALAN | | Smartphone Only |
| 1468046 | RADER, JEREMY LEE | | Smartphone Only |
| 173733 | RADER, SUSY | Written Discovery | SSM/DS |
| 2153667 | RAFTESETH, JOHN | Named Plaintiff | SSM/DS |
| 1880106 | RAGNO, JOSEPH | | SSM/DS |
| 2213492 | RAHMANN, LATHIN | | SSM/DS |
| 1975522 | RAINE, JONNATHAN | | LP/AP |
| 1560997 | RAINEY, KELVIN L. | | SSM/DS |
| 1038740 | RAINS, M. SCOTT | Written Discovery | LP/AP |
| 1268182 | RAMIREZ, ANTONY | | SSM/DS |
| 1793235 | RAMIREZ, GABRIEL | | SSM/DS |
| 907673 | RAMIREZ, ROXANA ISABEL | | Smartphone Only |
| 1990902 | RANDELL, JERRY | | Smartphone Only |
| 1866375 | RANSON, DEREK | | Smartphone Only |
| 2153148 | RARICK, CHRISTOPHER | | SSM/DS |
| 720831 | RATCLIFF, SHEILA | | SSM/DS |
| 141929 | RATHBONE, JONATHAN | Written Discovery | SSM/DS |
| 1323599 | RATHBURN, BRADLEY ALLEN | | SSM/DS |
| 846568 | REAVES, RONALD | | SSM/DS |
| 866199 | REBACK, BRUCE L. | | Smartphone Only |
| 824620 | REDDICK, RASHAD EUGENE | | Smartphone Only |
| 2211063 | REDDINGER, LISA | | SSM/DS |
| 53337 | REECE, DAWN LESLIE | | SSM/DS |
| 1428951 | REED, CANDACE | Written Discovery | SSM/DS |
| 1598666 | REED, JASON P. | | LP/AP |

| EMPLID | NAME | INCENTIVE AWARD<br>Paragraph 2.4(a)(ii) | HOURLY MANAGER<br>POSITION CATEGORY<br>Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 2292643 | REED, JULIA | | LP/AP |
| 2072350 | REEVES-MCCARTY, BOBBY | | Smartphone Only |
| 1088946 | REGAN, BRUCETTE | | SSM/DS |
| 2105014 | REIN-DEFORGE, JOHN | | SSM/DS |
| 1793742 | REISINGER, CHRISTOPHER | Written Discovery | Smartphone Only |
| 1585374 | REMBERT, JUANITA F. | | SSM/DS |
| 1744972 | REMBERT, LOBRENA TAMBRE | | SSM/DS |
| 1798902 | REMY, SVON | | Smartphone Only |
| 995984 | RENTERIA, KENNETH R | | SSM/DS |
| 823981 | RENTOUL, RONALD PETER | | Smartphone Only |
| 1245858 | REVIS, KELLIE | Written Discovery | SSM/DS |
| 2084164 | REX, JOHN | | LP/AP |
| 1033859 | REYES, DENISE | Deponent | SSM/DS |
| 1779027 | REYES, KAITLIN | | SSM/DS |
| 1271298 | REYNOLDS, DAVID LINCOLN | | LP/AP |
| 1701744 | REYNOLDS, MICHAEL | | SSM/DS |
| 1893658 | REYNOLDS, MIKAYLA VICTORIA | | SSM/DS |
| 637874 | RHOADS, TIMOTHY | Deponent | SSM/DS |
| 738651 | RHODES, BRIAN J. | | SSM/DS |
| 2412154 | RHODES, DEANNA | | LP/AP |
| 1374932 | RHODES, MICHAEL W. | | SSM/DS |
| 1252362 | RICE, DONALD EUGENE | Written Discovery | LP/AP |
| 1640199 | RICE, JOHN C. | | SSM/DS |
| 689326 | RICHARDI, CATHERINE MARIE | | LP/AP and SSM/DS |
| 1115187 | RICHARDSON, HERBERT | | Smartphone Only |
| 2484345 | RICHARDSON, JAMIE | | LP/AP |
| 1903447 | RICHARDSON, MICHAEL | | SSM/DS |
| 1781142 | RICHARDSON, ROBERT | Deponent | SSM/DS |
| 1107147 | RICHARDSON, SHELLY M. | | Smartphone Only |
| 1488504 | RICHBURG, MARVIN FRANKLIN | | LP/AP |
| 1645495 | RICHEY, MICHAEL ANTHONY | | SSM/DS |
| 2140667 | RICHMOND, JOEY | | SSM/DS |
| 2109748 | RICHMOND, KENNETH | | Smartphone Only |
| 1605848 | RICHTER, DAWN MARIE | | Smartphone Only |
| 1196587 | RICKARD, ALICIA MARIE | | LP/AP |
| 1552527 | RICKS, GREGORY S. | Written Discovery | Smartphone Only |
| 2065070 | RIDDLE, ROGER | | SSM/DS |
| 1705109 | RIGSBY, DENIS | | Smartphone Only |
| 103987 | RILL, SANDRA LEE | | Smartphone Only |
| 795097 | RIOS, JESUS | | Smartphone Only |
| 1495859 | RIPLEY, LAURA MARIE | | SSM/DS |
| 998749 | RITENOUR, JOSEPH M. | | SSM/DS |
| 1175734 | RIVERA, HIPOLITO | | Smartphone Only |
| 877647 | RIVERA, LUIS DARIO | | SSM/DS |
| 942909 | RIVERA, LYDIA | | Smartphone Only |
| 204240 | RIVERA, ROBERT | | Smartphone Only |
| 2104154 | RIVERA, ROBERT | | SSM/DS |
| 2385936 | RIVERA, TAYLOR | | SSM/DS |
| 2141438 | RIZZO, RONALD | | SSM/DS |
| 1634878 | ROBERTI, JONATHAN R. | | SSM/DS |
| 121564 | ROBERTS, CHRISTIANE L. | | Smartphone Only |
| 1441799 | ROBERTS, JASON SHANE | | Smartphone Only |
| 1476542 | ROBERTS, JUSTIN | | SSM/DS |
| 1773964 | ROBERTS, NICOLE | | SSM/DS |
| 92238 | ROBERTS, STANLEY K. | | SSM/DS |

| EMPLID | NAME | INCENTIVE AWARD Paragraph 2.4(a)(ii) | HOURLY MANAGER POSITION CATEGORY Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 2177871 | ROBERTS, STEVEN | | LP/AP |
| 1079351 | ROBERTS, TREVOR | | SSM/DS |
| 780621 | ROBINSON, BEDFORD A. | | SSM/DS |
| 1418245 | ROBINSON, BRENDA J. | | Smartphone Only |
| 1336367 | ROBINSON, JENNIFER | | SSM/DS |
| 44909 | ROBINSON, MEREDITH H | | Smartphone Only |
| 3556 | ROBINSON, ROBIN | | Smartphone Only |
| 1217557 | ROBINSON, TOM MICHEAL | Deponent | SSM/DS |
| 1985090 | ROCHA, BELINDA D. | | SSM/DS |
| 1757071 | ROCHELLE, JENNIFER | | SSM/DS |
| 906194 | ROCKWELL, CLIFFORD ALLEN | | LP/AP |
| 785393 | RODGERS, JAY LEE | | Smartphone Only |
| 1188451 | RODRIGUES, MICHAEL | | Smartphone Only |
| 898128 | RODRIGUEZ, ANNA | | Smartphone Only |
| 2145659 | RODRIGUEZ, ANTHONY | | SSM/DS |
| 1496227 | RODRIGUEZ, CHRISTY L. | | LP/AP |
| 1347008 | RODRIGUEZ, DANIEL J. | | SSM/DS |
| 1158815 | RODRIGUEZ, DEBRA M. | | Smartphone Only |
| 190063 | RODRIGUEZ, FRED C. | | Smartphone Only |
| 1214397 | RODRIGUEZ, GUADALUPE ESPINDOLA | | Smartphone Only |
| 633234 | RODRIGUEZ, LARRY D. | | SSM/DS |
| 1185010 | RODRIGUEZ, MAGDALENO | | SSM/DS |
| 141302 | RODRIGUEZ, OSWALDO | | SSM/DS |
| 949996 | RODRIGUEZ, SANDRA | | SSM/DS |
| 1976914 | RODRIGUEZ, TARA | | Smartphone Only |
| 921826 | RODRIGUEZ, YAHAIRA | | Smartphone Only |
| 1680286 | ROEDER, CAROLYN MARIE | | Smartphone Only |
| 1550401 | ROGERS, ALAN L. | | SSM/DS |
| 1760612 | ROGERS, RONNIE | | Smartphone Only |
| 1469872 | ROGERS, SUSAN | | Smartphone Only |
| 1730425 | ROGINKIN, JOSEPH | | SSM/DS |
| 1917562 | ROJAS, NERY | Written Discovery | SSM/DS |
| 920184 | ROLAND, EMILY THERESE | | SSM/DS |
| 1711592 | ROMAN, JON | Written Discovery | Smartphone Only |
| 2002915 | ROMERO, ARTHUR | Deponent | SSM/DS |
| 2545273 | ROMERO, MARIO | Written Discovery | SSM/DS |
| 21691 | ROOKEY, BRIAN L. | Named Plaintiff | SSM/DS |
| 1647050 | ROPER, JEFF | | SSM/DS |
| 816887 | ROSE, ALAN J. | | Smartphone Only |
| 707636 | ROSE, APRIL | | Smartphone Only |
| 667811 | ROSE, APRIL ANNE | | SSM/DS |
| 1753442 | ROSE, LAILA | | Smartphone Only |
| 1730114 | ROSENBERG, ALEX | Written Discovery | SSM/DS |
| 1699653 | ROSS, ANGELA | | SSM/DS |
| 1271163 | ROSSI, ASHLEY ANN | | LP/AP |
| 2162089 | ROSSMAN, CHRISTOPHER CALEB | | SSM/DS |
| 653301 | ROSSMAN, LEEANN A. | | Smartphone Only |
| 1571897 | ROTENBERRY, ROBY LEE | | Smartphone Only |
| 2947 | ROUSSEAU, LEONA | | SSM/DS |
| 1867732 | ROUTH, SHERER | | Smartphone Only |
| 1378537 | ROWAND, HOLLY | | SSM/DS |
| 931256 | ROWE, BLAKE | | Smartphone Only |
| 8955 | ROWE, ERIC L. | | Smartphone Only |
| 902753 | ROWE, JEFFREY B. | | SSM/DS |
| 925662 | ROWE, KENNA REBECKA | | SSM/DS |

| EMPLID | NAME | INCENTIVE AWARD Paragraph 2.4(a)(ii) | HOURLY MANAGER POSITION CATEGORY Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 1885407 | ROWLAND, RODNEY | | SSM/DS |
| 153509 | ROY, LAWRENCE | Written Discovery | Smartphone Only |
| 1951525 | ROZINKA, SCOT | | Smartphone Only |
| 1752061 | RUBENDALL, BRUCE | | Smartphone Only |
| 860912 | RUDELIS, KENT G. | | SSM/DS |
| 1359581 | RUIZ, PATRICIA | | SSM/DS |
| 1068184 | RULISON, PETER J. | Deponent | LP/AP |
| 1177969 | RUMPKE, AMBER M. | | Smartphone Only |
| 1011636 | RUMPKE, BRIAN A. | Named Plaintiff | Smartphone Only |
| 703523 | RUSHING, TAMMY LYNN | Written Discovery | Smartphone Only |
| 1533597 | RUSSELL, PAMELA | | SSM/DS |
| 1770119 | RUTHERFORD, VANESSA A. | | SSM/DS |
| 921007 | RYAN, JENI R. | | Smartphone Only |
| 1662368 | RYAN, JONATHAN MICHAEL | | Smartphone Only |
| 1476766 | SAFFOLD, KEVIN LEMARR | | SSM/DS |
| 917289 | SALIBIAN, JOHN G. | | SSM/DS |
| 1504430 | SAM, SHIRELLE L. | | LP/AP |
| 1930907 | SAMUELS, MATTHEW | | SSM/DS |
| 1858019 | SANCHEZ, FRANCISCO | | Smartphone Only |
| 1793616 | SANCHEZ, MARIA | | Smartphone Only |
| 847437 | SANDBERG, BRETT A. | | SSM/DS |
| 1869979 | SANDERS, JAMES | | Smartphone Only |
| 929106 | SANDERS, JAMES T. | | Smartphone Only |
| 216172 | SANDOVAL, GINA M. | | Smartphone Only |
| 670573 | SANDOVAL, SYLVIA | | LP/AP |
| 608998 | SANTIAGO, JASON | | SSM/DS |
| 1978807 | SARAZEN, RALEIGH | | Smartphone Only |
| 210187 | SARGENT, BRANDON | | SSM/DS |
| 1220105 | SASS, DONALD D. | | Smartphone Only |
| 1630465 | SAUNDERS, SANDRA | | SSM/DS |
| 1261915 | SAVELLI, VINCENT | | SSM/DS |
| 125178 | SAWAIA, TINA | | Smartphone Only |
| 1742158 | SCHADE, SARAH | | SSM/DS |
| 1583117 | SCHAEFER, JAIME A. | | SSM/DS |
| 217085 | SCHANFISH, SHERENE | | Smartphone Only |
| 1163218 | SCHEUERMAN, JOSHUA | | Smartphone Only |
| 1354650 | SCHILLING, CHRISTOPHER | | SSM/DS |
| 1784197 | SCHIPPERS, SAUNDRA | Written Discovery | LP/AP |
| 1423268 | SCHLAPPI, SONYA DENEE | | SSM/DS |
| 1661017 | SCHLARB, KAILEY RENE | | SSM/DS |
| 1460199 | SCHMEER, LARRY | | Smartphone Only |
| 648882 | SCHNEIDER, BRANDON D. | | Smartphone Only |
| 1179443 | SCHNEIDER, BRYAN GLENN | | Smartphone Only |
| 1504772 | SCHOBER, JOSEPH | | SSM/DS |
| 1840610 | SCHRADER, NIGEL | | Smartphone Only |
| 747266 | SCHRECONGOST, MARK ALLEN | | Smartphone Only |
| 968883 | SCHROEDER, ERIK | | SSM/DS |
| 2394849 | SCHROEDER, MARK | | SSM/DS |
| 1505993 | SCHULTZ, JOSEPH JOHN | Written Discovery | Smartphone Only |
| 1545982 | SCHWARTZ, JAMES T. | | Smartphone Only |
| 1148924 | SCHWARZ, CHAD MICHAEL | | SSM/DS |
| 906304 | SCOTT, GARY L. | Written Discovery | Smartphone Only |
| 968261 | SCOTT, JAMES ABE | | SSM/DS |
| 1541811 | SCOTT, JEROME | | SSM/DS |
| 1284109 | SCOTT, MICHAEL JASON | | Smartphone Only |

| EMPLID | NAME | INCENTIVE AWARD Paragraph 2.4(a)(ii) | HOURLY MANAGER POSITION CATEGORY Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 2091523 | SCOTTON, SHARON | | SSM/DS |
| 1383825 | SCOTTOW, WALTER RAY | | Smartphone Only |
| 1936457 | SEAMAN, MARIANNE | | Smartphone Only |
| 301941 | SEARLES, JOSEPH G | | Smartphone Only |
| 1526562 | SEBASTIAN, PAUL D. | | SSM/DS |
| 1928679 | SEDON, CHRISTOPHER | | Smartphone Only |
| 1705010 | SEEGO, KARA | | LP/AP |
| 1973148 | SEIBERT, CODY | | SSM/DS |
| 16370 | SELDOMRIDGE, FRED L. | Written Discovery | SSM/DS |
| 2135403 | SELLERS, CHRISTINE | | SSM/DS |
| 13666 | SEMAN, LORI J. | | Smartphone Only |
| 986686 | SEMBAR, MARK | | Smartphone Only |
| 1660835 | SENTERFITT, OLEN | | SSM/DS |
| 1718926 | SETTLES, RICKY | | SSM/DS |
| 1326957 | SEWELL, CHRISTA MARIA | | SSM/DS |
| 1584460 | SGHEIZA, PETER M. | Written Discovery | Smartphone Only |
| 128275 | SGROI, DAWN | | SSM/DS |
| 1973648 | SHAFFER, BRITTA | | Smartphone Only |
| 243609 | SHAMBAUGH, KENNY | | Smartphone Only |
| 2311337 | SHANKWEILER, JUNE | Named Plaintiff | SSM/DS |
| 1151704 | SHANNON, BERNARD | Deponent | SSM/DS |
| 1518362 | SHARMAN, STEPHEN | | SSM/DS |
| 791103 | SHARP, STEVEN ANTHONY | | LP/AP |
| 962209 | SHARPE, FRANKIE SUE | | Smartphone Only |
| 897277 | SHAW, EMILIE ANNE | | Smartphone Only |
| 1820059 | SHAW, JARVIS | | LP/AP |
| 1556743 | SHAW, LARRY WAYNE | | SSM/DS |
| 2347981 | SHAW, PAUL | | SSM/DS |
| 2055102 | SHAY, SEAN | | Smartphone Only |
| 1204329 | SHEAN, BRAD JOHN | | LP/AP |
| 1752098 | SHEBESTA, LANE | | SSM/DS |
| 2003007 | SHEETS, JEFFREY | | SSM/DS |
| 1645579 | SHEFFLER, SCOTT | | SSM/DS |
| 115611 | SHEPARD, LINDA L. | | Smartphone Only |
| 1013241 | SHEPHERD, KRISTOPHER A | | Smartphone Only |
| 1160022 | SHEPPARD, JESSE J. | | SSM/DS |
| 1920735 | SHERMAN, JESSICA | | SSM/DS |
| 1675652 | SHERRELL, DYLAN C. | | SSM/DS |
| 2210271 | SHIVE, DAVID | | SSM/DS |
| 242658 | SHIVERS, PETER D. | | Smartphone Only |
| 2358529 | SHOCKLEY, MATTHEW | | SSM/DS |
| 2329253 | SHOOK, KATIE ANN | Deponent | SSM/DS |
| 1444101 | SHORE, CAMARON JON | Written Discovery | SSM/DS |
| 788894 | SHOULTZ, CANDICE | | SSM/DS |
| 621227 | SHREVE, DWIGHT E | Written Discovery | LP/AP |
| 1931944 | SHULER, BOB | | SSM/DS |
| 2545647 | SHULTZ-WHEELER, JONATHAN | | SSM/DS |
| 2016960 | SHUMATE, ARAYA | | SSM/DS |
| 1810435 | SIETESKI, DAVID | | SSM/DS |
| 1966380 | SIGLER, BRITTANY | | SSM/DS |
| 1315751 | SILVA, JENNIFER LYNN | | SSM/DS |
| 240430 | SILVA, STEVE | | SSM/DS |
| 715745 | SIMILIEN, WILLIAM LEONARD | | SSM/DS |
| 1615751 | SIMMONS, BRENT | | SSM/DS |
| 2397229 | SIMPSON, DALE | | SSM/DS |

| EMPLID | NAME | INCENTIVE AWARD<br>Paragraph 2.4(a)(ii) | HOURLY MANAGER<br>POSITION CATEGORY<br>Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 228237 | SIMPSON, DONALD C | | LP/AP and SSM/DS |
| 850640 | SIMPSON, SELETIA C. | | Smartphone Only |
| 1775870 | SIMS, DAVID | | Smartphone Only |
| 1834931 | SINGER, MELISSA | | SSM/DS |
| 196067 | SINGLETON, ALECIA LANE | | SSM/DS |
| 1093501 | SIRIANNI, MICHAEL A. | | SSM/DS |
| 253211 | SISCO, ANNA E. | | SSM/DS |
| 728835 | SKAGGS, LARRY E. | Written Discovery | Smartphone Only |
| 1958400 | SKAGGS, ROBERT | | Smartphone Only |
| 1738728 | SKATTUM, DENNIS | | SSM/DS |
| 1205255 | SKEENS, LINDA D. | | Smartphone Only |
| 1631395 | SKRAASTAD, CARL | Written Discovery | Smartphone Only |
| 1921235 | SKRETTA, TRAVIS | Written Discovery | SSM/DS |
| 2391816 | SKRZYPEK, JOY | | SSM/DS |
| 1937148 | SMALL, AYESHA | | SSM/DS |
| 1165374 | SMILEY, JASON | | LP/AP |
| 190656 | SMITH, AMY L. | | SSM/DS |
| 1520692 | SMITH, ANGELA DENISE | | SSM/DS |
| 65050 | SMITH, CHAD W. | | LP/AP and SSM/DS |
| 743950 | SMITH, CHARLIE H. | Written Discovery | SSM/DS |
| 2135739 | SMITH, CYNTHIA | | SSM/DS |
| 199608 | SMITH, DAVID A | | SSM/DS |
| 1039010 | SMITH, DEAN ANTHONY | | SSM/DS |
| 1234284 | SMITH, DONALD | | SSM/DS |
| 2236025 | SMITH, DORI | | SSM/DS |
| 1212357 | SMITH, DOUGLAS G | | SSM/DS |
| 1661134 | SMITH, HEATHER LEIGH | | SSM/DS |
| 2098758 | SMITH, JENNIFER | | SSM/DS |
| 2337003 | SMITH, JOHN | | SSM/DS |
| 957353 | SMITH, JOSHUA | | SSM/DS |
| 1623776 | SMITH, JOSHUA D. | | SSM/DS |
| 2284252 | SMITH, LEONARD | | SSM/DS |
| 1458872 | SMITH, MARK ALLEN | Written Discovery | Smartphone Only |
| 2556252 | SMITH, MATTHEW | | SSM/DS |
| 2533895 | SMITH, MIKAELA | | SSM/DS |
| 889043 | SMITH, RANDI L. | | SSM/DS |
| 931752 | SMITH, SCOTT ALAN | | SSM/DS |
| 1554099 | SMITH, THERESA | Written Discovery | SSM/DS |
| 1359866 | SMYTHIA, DONNA | | SSM/DS |
| 1074167 | SNOW, LISA MITTAN | | LP/AP |
| 1676310 | SNYDER, ANGELA RENEE | | SSM/DS |
| 2090848 | SNYDER, CHRISTOPHER | | SSM/DS |
| 2321146 | SNYDER, CLYDE | | SSM/DS |
| 1017846 | SOLIS, ANGELA A. | | SSM/DS |
| 1318322 | SOLIS, RICARDO | | SSM/DS |
| 860941 | SORRELL, KEVIN L. | | SSM/DS |
| 1188177 | SOTO, JUAN | | SSM/DS |
| 1249147 | SOUSA, JESSICA | | SSM/DS |
| 1845442 | SOUTHERN, LATASHA NICHOLE | | LP/AP |
| 1196980 | SOWARDS, TONY W. | | Smartphone Only |
| 1378598 | SOWELL, QUINTON ANTHONY | | Smartphone Only |
| 2105334 | SPAIN, JASON | | LP/AP |
| 1415647 | SPAIN, WILSON | | SSM/DS |
| 1826851 | SPEAKS, DOROTHY | | SSM/DS |
| 718450 | SPEAKS, TYRONE JAMES | | Smartphone Only |

| EMPLID | NAME | INCENTIVE AWARD Paragraph 2.4(a)(ii) | HOURLY MANAGER POSITION CATEGORY Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 18344 | SPEAR, LARRY R. | Written Discovery | Smartphone Only |
| 2402292 | SPENCE, SHANE | | SSM/DS |
| 1419740 | SPENCER, LOGAN R. | | Smartphone Only |
| 2194881 | SPERRY, DAVID | | SSM/DS |
| 1695435 | SPIEGEL, JOSHUA C. | | SSM/DS |
| 210706 | SPINKS, TIFFANI T | | SSM/DS |
| 804287 | SPINNER, ANTHONY | | SSM/DS |
| 1390141 | SPOONHOWER, BRENT | | SSM/DS |
| 248186 | SPORER, JOHN P. | | Smartphone Only |
| 1156301 | SPOTTS, MICHAEL | | SSM/DS |
| 1975764 | SPRAGUE, SANDRA | | SSM/DS |
| 88828 | SPRINGS, FRANK L. | | SSM/DS |
| 1065772 | SPURLOCK, BRYEANNA LEE | | Smartphone Only |
| 1996743 | ST.AMOUR, NOAH | | Smartphone Only |
| 235489 | STACEY, DAVID LEE | | SSM/DS |
| 2092709 | STACKHOUSE, WILLIAM | | SSM/DS |
| 2286269 | STAFFORD, APRIL | | SSM/DS |
| 2085296 | STAFFORD, EDWARD | | LP/AP |
| 606976 | STAFFORD, MISTY JEAN | | SSM/DS |
| 2406489 | STAFFORD, WILLIAM | | SSM/DS |
| 870881 | STALEY, DANIER MARIE | | SSM/DS |
| 1849385 | STALEY, GEORGE | Written Discovery | SSM/DS |
| 716461 | STALLER, BRIAN S. | | SSM/DS |
| 1106224 | STAMM, ALICE L. | | Smartphone Only |
| 1574925 | STAMM, STEVEN C. | | Smartphone Only |
| 844346 | STAMM, TRACY L. | | SSM/DS |
| 1438222 | STAMPER, STEVEN RYAN | | SSM/DS |
| 728073 | STANFORD, MAUREEN SUZETTE | | SSM/DS |
| 1223374 | STANKUS, GEORGE A. | | LP/AP |
| 2361826 | STANLEY, MICHAEL | | SSM/DS |
| 940167 | STANTON, JOSEPH M. | | SSM/DS |
| 1761469 | STARNES, THOMAS | | Smartphone Only |
| 1400136 | STARNES, WILLIAM RANDALL | | LP/AP |
| 2480218 | STEBBINS, TYLER | | LP/AP |
| 2065016 | STEELE, SCOTT MICHAEL | | Smartphone Only |
| 1809679 | STEGMAN, AMY RACHELLE | | Smartphone Only |
| 2401894 | STEIGERWALD, MICHAEL | | SSM/DS |
| 1059388 | STEIGHNER, DAVID R. | | SSM/DS |
| 2383940 | STEINER, PHILIP | | SSM/DS |
| 1099669 | STELLATO, JOHN FRANK | | SSM/DS |
| 2367376 | STELMACH, ELAINE | | SSM/DS |
| 2550902 | STEPHENS, AJ | | SSM/DS |
| 1423909 | STEPHENS, LINDA GAIL | | SSM/DS |
| 715730 | STEPHENS, ROSS A. | | Smartphone Only |
| 1728718 | STEPHENS, SHAUN | | Smartphone Only |
| 63451 | STEPHENS, VIRGINIA C. | | SSM/DS |
| 1343172 | STEPHENSON, BRITTNEY K. | | SSM/DS |
| 1971886 | STERLING, MATT | | Smartphone Only |
| 1472823 | STERNIN, DENNIS MARK | | Smartphone Only |
| 2490442 | STEVENS, BRIANA | | SSM/DS |
| 87959 | STEVENS, JENNIFER A. | | SSM/DS |
| 1827916 | STEVENS, MICHAEL | | SSM/DS |
| 1814184 | STEVENS, RICHARD | | Smartphone Only |
| 4178 | STEVENSON, MICHAEL T | Written Discovery | SSM/DS |
| 1623796 | STEWART, DAVID L | | Smartphone Only |

| EMPLID | NAME | INCENTIVE AWARD<br>Paragraph 2.4(a)(ii) | HOURLY MANAGER<br>POSITION CATEGORY<br>Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 2136382 | STEWART, REBECCA | | SSM/DS |
| 2484530 | STILLSON, DAVE | | SSM/DS |
| 1645792 | STINE, BAILEY | | LP/AP |
| 85490 | STIRLING, JAMES | | SSM/DS |
| 1413228 | STOLLE, MICHAEL | | Smartphone Only |
| 490672 | STONE, BRANDI | | Smartphone Only |
| 2440144 | STONE, COLIN | | SSM/DS |
| 2075323 | STOTTLEMYRE, BRIAN | | SSM/DS |
| 1279028 | STOVER, JOSHUA | | Smartphone Only |
| 1129350 | STRATTON, CRYSTAL M. | Named Plaintiff | SSM/DS |
| 251886 | STRATTON, DEANA R. | Written Discovery | Smartphone Only |
| 1594096 | STRATTON, RAYMOND DOZIER | | Smartphone Only |
| 35175 | STROUD, CHRISTINE TAYLOR | | SSM/DS |
| 8255 | STUART, LORI ANN | | Smartphone Only |
| 1562797 | STUHAN, GREGORY ADAM | Written Discovery | Smartphone Only |
| 1309076 | STUMPF, ALAN W. | | SSM/DS |
| 1161698 | STURMAN, KENNETH A. | | SSM/DS |
| 1156150 | STYER, LUANN M. | | SSM/DS |
| 1662898 | SUAN, ALAN P | | SSM/DS |
| 897229 | SUBAN, HAYDEN S. | | Smartphone Only |
| 1518039 | SUMMERS, BREANA YVONNE | | SSM/DS |
| 1569117 | SUMMERS, ROBERT | | Smartphone Only |
| 1062203 | SUMNER, CHRISTOPHER PHILLIP | | SSM/DS |
| 700048 | SUTHERIN, ANDREW C. | | SSM/DS |
| 1477089 | SUTTER, DEREK SCOTT | | Smartphone Only |
| 2366953 | SWAB, SCOTT THOMAS | Written Discovery | SSM/DS |
| 2002844 | SWICKARD, CERESSA | | SSM/DS |
| 2247074 | SWIFT, NORMAN | | SSM/DS |
| 1586919 | SZUKIS, JOHN | | LP/AP |
| 1171828 | TABB, EUGENE A. | | SSM/DS |
| 1246705 | TACONI, ROBERT | | SSM/DS |
| 936219 | TANGREN, ELLEN J. | Written Discovery | Smartphone Only |
| 772195 | TARR, TRESA | | SSM/DS |
| 566644 | TATMAN, MARY E. | | SSM/DS |
| 1204466 | TATUM, RONALD L. | | Smartphone Only |
| 2366407 | TAYLOR, AMY | | LP/AP |
| 671692 | TAYLOR, ANTHONY MONTRELL | | LP/AP |
| 1405416 | TAYLOR, BRUCE ALLAN | | SSM/DS |
| 2436872 | TAYLOR, HAROLD | | SSM/DS |
| 1126691 | TAYLOR, JAMES BENJAMIN | | SSM/DS |
| 941122 | TAYLOR, JOSHUA | | SSM/DS |
| 2017644 | TAYLOR, KIMBERLY | Written Discovery | SSM/DS |
| 1824427 | TAYLOR, MICHAEL | | Smartphone Only |
| 56955 | TAYLOR, RONNIE H | | Smartphone Only |
| 1940297 | TAYLOR, WADE | | SSM/DS |
| 1715625 | TEETER, NEIL EDWARD | | Smartphone Only |
| 2384294 | TEISZLER, JULIUS A | | SSM/DS |
| 1936218 | TEMPERINO, ANTHONY | | SSM/DS |
| 2102307 | TEMPLE, JESICA | | Smartphone Only |
| 2198256 | TENNISON-WEINHEIMER, CHRISTEN | | SSM/DS |
| 1089875 | TENO, JOELLE | | Smartphone Only |
| 968427 | TERRELL, MADONNA L. | | Smartphone Only |
| 2068793 | TETI, EVELYN MCARDLE | | SSM/DS |
| 1658763 | THOMAS, ACKIM OMOWALE | | SSM/DS |
| 1470557 | THOMAS, JASON E. | | Smartphone Only |

| EMPLID | NAME | INCENTIVE AWARD<br>Paragraph 2.4(a)(ii) | HOURLY MANAGER<br>POSITION CATEGORY<br>Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 1078246 | THOMAS, JONATHAN | | SSM/DS |
| 2031679 | THOMAS, LEMOYNE | | Smartphone Only |
| 1151135 | THOMAS, RENARD O. | | Smartphone Only |
| 2141432 | THOMAS, ROBERT | | SSM/DS |
| 751039 | THOMAS, TONDRA EVON | | Smartphone Only |
| 1267615 | THOMING, PAMELA JEAN | | Smartphone Only |
| 2213896 | THOMPSON, ANDREW | | SSM/DS |
| 1490118 | THOMPSON, ANDREW LEWIS | Written Discovery | SSM/DS |
| 1362779 | THOMPSON, CHIQKTIA SHANTA | | Smartphone Only |
| 2177451 | THOMPSON, CLARA | Written Discovery | SSM/DS |
| 2341573 | THOMPSON, DAVID M | | SSM/DS |
| 217351 | THOMPSON, JAMES | | SSM/DS |
| 1400340 | THORNTON, MATTHEW A. | Written Discovery | Smartphone Only |
| 1246591 | THORNTON, TERESA PAULINE | | SSM/DS |
| 1174297 | THORPE, GEORGE | | Smartphone Only |
| 2234169 | TICKNOR, JOHN | | SSM/DS |
| 1869570 | TIDD, LISA | | SSM/DS |
| 2230179 | TIERCE, JUSTIN | | SSM/DS |
| 1762321 | TILLAPAUGH, SARAH | | LP/AP and SSM/DS |
| 1869427 | TILLMAN, LEWIS | | LP/AP |
| 2327299 | TIMCHULA, PATRICK | | SSM/DS |
| 2010844 | TINCHER, ROBBIE | | SSM/DS |
| 1486570 | TIRADO, IRIS | Named Plaintiff | SSM/DS |
| 206940 | TITTLE, TIMOTHY | | SSM/DS |
| 1273750 | TITUS, CHRISTOPHER | | SSM/DS |
| 1843485 | TOBERY, GREGORY | | SSM/DS |
| 1067979 | TOBIN, FARRAH B. | | LP/AP |
| 98895 | TODAVICH, JOHN C. | | SSM/DS |
| 136687 | TODD, WILLIAM B. | | SSM/DS |
| 2514968 | TOLIVER, MARCUS | | SSM/DS |
| 1080569 | TOOKES, SHAWNAE DENISE | | Smartphone Only |
| 63549 | TORRES, SUSAN | | SSM/DS |
| 2169221 | TORRES, VERONICA | | SSM/DS |
| 97437 | TORRES, VICTOR I | | Smartphone Only |
| 1068664 | TORREY, WILLIAM WESTLEY | | SSM/DS |
| 1264585 | TOZIER, JUSTIN | | SSM/DS |
| 1407943 | TRAINA, BRIAN JOSEPH | | Smartphone Only |
| 1611527 | TRAN, LUAN H. | | SSM/DS |
| 86746 | TRENKAMP, BRENDA | | SSM/DS |
| 1063375 | TREVINO, ROBERT A. | | SSM/DS |
| 680234 | TROMBLEY, DOUGLAS J. | | Smartphone Only |
| 1662806 | TRUETT, DENNIS WAYNE | | Smartphone Only |
| 803965 | TUCKER, CHRISTOPHER M. | | Smartphone Only |
| 1753187 | TUNING, LUCAS | | SSM/DS |
| 1779946 | TURANO, STEVEN PAUL | | SSM/DS |
| 1316655 | TURECKIE, MICHAEL | | Smartphone Only |
| 717276 | TURK, DAVID | | SSM/DS |
| 1801302 | TURNBULL, MARK | | Smartphone Only |
| 1369418 | TURNER, AUSTIN R. | Written Discovery | Smartphone Only |
| 2115 | TURNER, DONALD G. | | SSM/DS |
| 748696 | TURNER, GABRE | | SSM/DS |
| 1757015 | TURNER, TEONNE DIANE | | SSM/DS |
| 83278 | TURNIPSEED, PAMULA S. | | Smartphone Only |
| 2205108 | TYMA, STEPHANIE | | SSM/DS |
| 776695 | TYREE, JANICE MARIE | | SSM/DS |

| EMPLID | NAME | INCENTIVE AWARD<br>Paragraph 2.4(a)(ii) | HOURLY MANAGER<br>POSITION CATEGORY<br>Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 1145483 | TYSON, CHARITY DENISE | | SSM/DS |
| 231350 | ULINE, JOHN | | SSM/DS |
| 2222455 | UNDERWOOD, JARED J. | | Smartphone Only |
| 786220 | UNGVARE, STEPHANIE | | SSM/DS |
| 798667 | URBAS, DALE A. | | Smartphone Only |
| 1713353 | URIZAR, BORIS YELISIN | | SSM/DS |
| 1534644 | VALDEZ, ROBERTO | | Smartphone Only |
| 2367521 | VALDEZ-RIOS, PATRICIA | | SSM/DS |
| 1379382 | VALDIVIEZO, CHRISTOPHER JAMES | | SSM/DS |
| 1702079 | VALENICA, RHIANNA | | Smartphone Only |
| 2375938 | VALENTIN, DAVID | | SSM/DS |
| 647662 | VALENTINE, EARL | | SSM/DS |
| 2156316 | VALIENTE, OSCAR | Deponent | Smartphone Only |
| 700503 | VAN SISE, SCOTT | | Smartphone Only |
| 1204153 | VANATTA, JAMES ROBERT | | SSM/DS |
| 92005 | VANDER WALL, MITCHELL G. | | SSM/DS |
| 1561996 | VANNOTE, WILLIAM H | | SSM/DS |
| 743374 | VANVLACK, TAMMY S. | | Smartphone Only |
| 35592 | VAQUERO, JUAN | | Smartphone Only |
| 2220646 | VARELA, GERARDO | | SSM/DS |
| 1056159 | VARGAS, TOBY J. | | SSM/DS |
| 645988 | VASQUEZ, TINO L. | | Smartphone Only |
| 1018823 | VEACH, MICHAEL DEAN | | SSM/DS |
| 2121738 | VEIHL, MICHAEL | | Smartphone Only |
| 60499 | VELEZ, EDGARDO | | SSM/DS |
| 876960 | VENTRE, NATHANIEL J. | | SSM/DS |
| 1665749 | VERBANIC, ROBERT G. | | Smartphone Only |
| 2134845 | VEREEN, CHRISTOPHER | Deponent | SSM/DS |
| 1359802 | VIEGA, JUAN A. | | LP/AP |
| 1486955 | VIEIRA, THOMAS J. | | SSM/DS |
| 2310438 | VIGER, VERNE | | SSM/DS |
| 2134431 | VINSON, CLAYTON | | Smartphone Only |
| 987125 | VIVALO, MICHAEL J. | | Smartphone Only |
| 2380972 | VIVAS, ROBERTO GONZALO | | SSM/DS |
| 1649975 | VOUGHT, KEVIN | | SSM/DS |
| 1412894 | VOWELL, ERIC WILLIAM | | SSM/DS |
| 1207092 | WADE, JEFFREY T. | | SSM/DS |
| 1759701 | WAGNER, WARREN | | Smartphone Only |
| 707946 | WAKEFIELD, JOHN T. | | SSM/DS |
| 1984346 | WALES, DAVID | | LP/AP |
| 1933796 | WALKER, COURTNEY | Written Discovery | SSM/DS |
| 2460320 | WALKER, RAEVON | | SSM/DS |
| 7960 | WALKER, RICHARD | | SSM/DS |
| 2089964 | WALKER, STEPHANIE | | SSM/DS |
| 2213496 | WALLER, BRIDGETT | | SSM/DS |
| 1723594 | WALSH, JAMES | | SSM/DS |
| 573357 | WALTER, MICHAEL R. | | SSM/DS |
| 820527 | WALTERS, JONATHAN COREY | | Smartphone Only |
| 707694 | WALTON, CHARLIE LEE | | LP/AP |
| 701354 | WANCOUR, VERONICA A. | | Smartphone Only |
| 2216558 | WARD, EARICK | | Smartphone Only |
| 1302067 | WARD, EARNEST K. | | Smartphone Only |
| 1650893 | WARD, JEFFERSON E. | | Smartphone Only |
| 760518 | WARD, JONATHAN F. | | Smartphone Only |
| 1955078 | WARD, JORDAN DENISE | | SSM/DS |

| EMPLID | NAME | INCENTIVE AWARD Paragraph 2.4(a)(ii) | HOURLY MANAGER POSITION CATEGORY Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 1492855 | WARDEN, BRIAN D. | | SSM/DS |
| 746039 | WARNER, TRENTON J. | Written Discovery | SSM/DS |
| 38589 | WARREN, AMANDA | Written Discovery | SSM/DS |
| 1484558 | WARREN, ANDREE LAMAL | | Smartphone Only |
| 1608858 | WARRICK, AARON JUDE | | SSM/DS |
| 2153026 | WASHINGTON, ALEX | | SSM/DS |
| 2399476 | WASHINGTON, DENITRIA | Deponent | SSM/DS |
| 1155472 | WASHINGTON, LEONARD | | Smartphone Only |
| 2142664 | WASHINGTON, ROBERT | | Smartphone Only |
| 73702 | WATERS, BRIAN K. | | Smartphone Only |
| 1535889 | WATKINS, MICHAEL W. | | SSM/DS |
| 1318882 | WATLEY, BARRY KEITH | | SSM/DS |
| 1862535 | WATSON, COREEN | | SSM/DS |
| 736049 | WATSON, DAVID G. | | Smartphone Only |
| 1156065 | WATSON, DONNA M. | | SSM/DS |
| 1389380 | WATSON, MATTHEW J. | | Smartphone Only |
| 1981266 | WEATHERMAN, ANDREW PAUL | | SSM/DS |
| 1168975 | WEATHERS, AMANDA | | SSM/DS |
| 951417 | WEATHERS, KENNETH | | SSM/DS |
| 1211219 | WEATHERS, KEVIN SCOTT | | SSM/DS |
| 2384798 | WEATHERSBY, KELLY | | SSM/DS |
| 827003 | WEBB, JASON E. | | SSM/DS |
| 1507872 | WEBB, MATTHEW | | LP/AP |
| 1174025 | WEBBER, MARKITA | | SSM/DS |
| 800336 | WEBER, MERVIN LEE | | Smartphone Only |
| 670068 | WEEKLEY, NICOLE L. | Named Plaintiff | SSM/DS |
| 1353783 | WEINER, PHILIP L. | | Smartphone Only |
| 208157 | WELLS, ANNIE | | Smartphone Only |
| 1541837 | WELLS, ROGER EARL | | Smartphone Only |
| 251328 | WELTON-BOWIE, ELSA M | | SSM/DS |
| 749706 | WENDLAND, RYAN JACOB | Written Discovery | SSM/DS |
| 1411303 | WERNER, GARY | | SSM/DS |
| 828895 | WERTHMAN, WAYNE | | SSM/DS |
| 2169953 | WEST, JUSTIN | | SSM/DS |
| 1770952 | WEST, KYLE | | SSM/DS |
| 596512 | WEST, REBECCA J | | SSM/DS |
| 1957443 | WESTON, MICHELLE | Written Discovery | Smartphone Only |
| 1584774 | WETHERINGTON, BRITNEY LEIGH | | SSM/DS |
| 56083 | WHALEY, CHRISTIAN | | SSM/DS |
| 223456 | WHEAT, DAVID SCOTT | | SSM/DS |
| 1003349 | WHEELER, ANN | | Smartphone Only |
| 1835130 | WHITAKER, QUENTIN | | LP/AP |
| 1053539 | WHITAKER, ROBERT L. | | SSM/DS |
| 155032 | WHITE, CHRISTOPHER DAVID | | SSM/DS |
| 925924 | WHITE, JESSICA S. | Written Discovery | SSM/DS |
| 1266365 | WHITE, TIFFANY CHARMINE | | SSM/DS |
| 1004782 | WHITING, BRAD | | SSM/DS |
| 782691 | WHITLOCK, KIMBERLY ANN | | SSM/DS |
| 2133262 | WHITTAKER, DANTRELL | | SSM/DS |
| 1826610 | WHITTLE, DAVID | | LP/AP |
| 1317339 | WIELAND, CARL | | LP/AP |
| 1272274 | WIENING, STEVEN A. | | SSM/DS |
| 1961358 | WIGHT, ROBIN | | LP/AP |
| 1325969 | WILBURN, KENNETH STEVE | | SSM/DS |
| 1524186 | WILHELMI, JOHN W. | | SSM/DS |

| EMPLID | NAME | INCENTIVE AWARD<br>Paragraph 2.4(a)(ii) | HOURLY MANAGER<br>POSITION CATEGORY<br>Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 878762 | WILKES, STEPHEN ANTHONY | | SSM/DS |
| 1017316 | WILKINS, STEPHEN J. | | SSM/DS |
| 1329149 | WILLEMAIN, SHAWN MICHAEL | | SSM/DS |
| 58715 | WILLIAMS, BRUCE | | SSM/DS |
| 820148 | WILLIAMS, JAREEH T. | | SSM/DS |
| 1784451 | WILLIAMS, LEVITICUS | | SSM/DS |
| 2192774 | WILLIAMS, MARIA | | Smartphone Only |
| 2107198 | WILLIAMS, RICHARD | | SSM/DS |
| 2119184 | WILLIAMS, ROBERT | | Smartphone Only |
| 1598133 | WILLIAMS, ROBERT A. | | SSM/DS |
| 690720 | WILLIAMS, TODD ISSAC | | SSM/DS |
| 1350552 | WILLIAMS, VALENCIA M L | | LP/AP |
| 2001040 | WILLIAMS, VICTOR | | SSM/DS |
| 1128382 | WILLIAMS, WELDON DUSTIN | | SSM/DS |
| 1296890 | WILLINGHAM, KERENSA | | SSM/DS |
| 1881211 | WILLIS, MARC EMMITT | | Smartphone Only |
| 146959 | WILLIS, TOMMY C. | | SSM/DS |
| 2103691 | WILLISON, DOUGLAS | Written Discovery | Smartphone Only |
| 63788 | WILLOUGHBY, SHANE A. | Written Discovery | SSM/DS |
| 809594 | WILSON, BRIAN M. | | SSM/DS |
| 1152786 | WILSON, HANK E. | | Smartphone Only |
| 203696 | WILSON, LILLIAN | | Smartphone Only |
| 1844064 | WILSON, LINNEA | | Smartphone Only |
| 219156 | WILSON, MICKEY | | SSM/DS |
| 705044 | WILSON, SHAWN J. | Written Discovery | LP/AP |
| 956716 | WILSON, SHERRI | | SSM/DS |
| 1115674 | WILSON, THERESA | | Smartphone Only |
| 1407535 | WILSON, THOMAS E. | | LP/AP |
| 1906476 | WILSON, VALINDA | | SSM/DS |
| 2166326 | WINMAN, JARRAD | | Smartphone Only |
| 1248176 | WINSLOW, BROOKE | | SSM/DS |
| 109780 | WISE, MARITZA | | SSM/DS |
| 2080105 | WISOR, NIKITA | Deponent | Smartphone Only |
| 1662160 | WISSLER, JULIE L. | | SSM/DS |
| 2088687 | WITHERS, JOSHUA S. | | LP/AP |
| 1444019 | WITTIG, AARON MICHAEL | | Smartphone Only |
| 1410724 | WITTWOOD, MEGAN M. | | Smartphone Only |
| 1889897 | WOHNHAS, RYAN | | SSM/DS |
| 1767891 | WOJNOWSKI, ROBERT | | SSM/DS |
| 1351001 | WOKOSKE, PAULA S. | | SSM/DS |
| 160247 | WOLBERT, TRACY | | SSM/DS |
| 2219428 | WOLFE, SEAN | Written Discovery | SSM/DS |
| 1079527 | WOLFERSBERGER, ROBERT F. | | SSM/DS |
| 2192469 | WOMACK, JOHN | | SSM/DS |
| 1830958 | WOOD, MICHAEL E. | | SSM/DS |
| 165683 | WOOD, ROBERT | | Smartphone Only |
| 63617 | WOODARD, CHRISTOPHER | | Smartphone Only |
| 1726582 | WOODHOUSE, ELEXUS | | SSM/DS |
| 2095010 | WOODSON, GARY | | Smartphone Only |
| 2194560 | WOOLEY, ROBERT | Written Discovery | Smartphone Only |
| 844552 | WOOLFORK, ADRIAN LAMONT | | SSM/DS |
| 103701 | WOOLLEY, DAWN M. | Written Discovery | SSM/DS |
| 945580 | WOOTEN, MELANIE ANN | | SSM/DS |
| 1252462 | WORKMAN, KATHLEEN | | SSM/DS |
| 1710466 | WRIGHT, BRANDY | | SSM/DS |

| EMPLID | NAME | INCENTIVE AWARD Paragraph 2.4(a)(ii) | HOURLY MANAGER POSITION CATEGORY Paragraph 2.4(a)(iii) |
|---|---|---|---|
| 196622 | WRIGHT, KRISTY LYNNE | | SSM/DS |
| 266079 | WRIGHT, NOLAN | | Smartphone Only |
| 1770256 | WRIGHT, REBECCA | | LP/AP |
| 11439 | WRIGHT, ROGER E. | Written Discovery | SSM/DS |
| 658738 | WYANT, SHANNON NADINE | | Smartphone Only |
| 95637 | YATES, ALVIN WESLEY | | Smartphone Only |
| 2134614 | YEAGER, CARSON | Deponent | SSM/DS |
| 1266314 | YOST, ANN MARIE | | Smartphone Only |
| 1567533 | YOUNG, CHARLES D. | Written Discovery | SSM/DS |
| 1593236 | YOUNG, GENIE C. | | SSM/DS |
| 2068994 | YOUNG, HENRY | | LP/AP |
| 1134629 | YOUNG, MICHAEL | Deponent | Smartphone Only |
| 1626683 | YUSKO, JOHN R. | | Smartphone Only |
| 842546 | ZAFFINO, SAM | | Smartphone Only |
| 1626634 | ZAMORA, VITO M. | | Smartphone Only |
| 1280876 | ZAMPARDO, ANDREW J. | | Smartphone Only |
| 1616335 | ZAVERL, CHRISTOPHER LEIGH | | Smartphone Only |
| 2286495 | ZELLER, TY | | LP/AP |
| 974845 | ZIER, JEFFREY ALAN | Deponent | SSM/DS |
| 1412920 | ZILA, KATIE A. | | SSM/DS |
| 1343449 | ZIMMER, JAMES | | SSM/DS |
| 755166 | ZIMMERMANN, MICHAEL | | Smartphone Only |
| 2092575 | ZOLLARS, CASSIE | | Smartphone Only |
| 2082381 | ZOLLARS, JASON | | SSM/DS |
| 73769 | ZURBRUGG, TERESA L. | Written Discovery | Smartphone Only |
| 2059637 | ZURCHER, ERIN | | Smartphone Only |
| 2081896 | ZWOLENSKI, BRENDAN | | LP/AP |

# EXHIBIT B

# SETTLEMENT AGREEMENT AND GENERAL RELEASE

| Named Plaintiff: | <<INSERT NAME>> ("Plaintiff") |
| --- | --- |
| Case: | <<Last Name in Caption>> *v. Lowe's Cos.*, No. <WDNC State-Specific Case #> (W.D.N.C.) ("Rule 23 Action") |

# RECITALS

**WHEREAS**, the above-listed Plaintiff filed to become an Opt-In Plaintiff in the Fair Labor Standards Act ("FLSA") collective action entitled *Danford v. Lowe's Cos.*, No. 5:19-cv-00041 in the United States District Court of the Western District of North Carolina (the "*Danford* Litigation"); and

**WHEREAS**, the *Danford* Litigation was later consolidated with various actions raising similar claims under various state laws in Multidistrict Litigation No. 2947, *In re: Lowe's Companies, Inc. Fair Labor Standards Act (FLSA) and Wage and Hour Litigation* (the "MDL Action"); and

**WHEREAS**, Plaintiff subsequently filed or joined the above-listed Rule 23 Action as a named plaintiff, and in the Rule 23 Action alleged state law claims on behalf of unnamed putative class members pursuant to Federal Rule of Civil Procedure 23 (the "Putative State Law Class Claims") against Lowe's Companies, Inc. and Lowe's Home Centers, LLC (together, "Lowe's"); and

**WHEREAS**, Plaintiff and other Opt-In Plaintiffs (collectively, the "Settling Plaintiffs") have reached an agreement to compromise and settle their respective claims against Lowe's; and

**WHEREAS,** the Settling Plaintiffs and Lowe's (collectively, the "Settling MDL Litigants") intend to execute an MDL Settlement Agreement; and

**WHEREAS**, under the MDL Settlement Agreement, Plaintiff's receipt of compensation from Lowe's pursuant to the MDL Settlement Agreement is conditioned upon (among other things) Plaintiff's acceptance of this individual Settlement Agreement and General Release (the "Agreement");

**NOW, THEREFORE**, in consideration of the mutual representations and agreements contained in this Agreement, and for other good consideration, the sufficiency of which is hereby acknowledged, and consistent with the MDL Settlement Agreement, Plaintiff and Lowe's (the "Parties") agree as follows:

# **AGREEMENT**

1. **Acknowledgement Of Settlement; No Admission Of Liability:** Plaintiff acknowledges and agrees that this Agreement is a compromise and settlement of disputed individual claims and that neither the execution nor the terms hereof may be construed as an admission of liability on Lowe's part with respect to any disputed matter, such liability being expressly denied.

2. **General Release:** By signing this Agreement, Plaintiff understands that he or she is agreeing to fully and forever discharge and release Lowe's and its affiliates, representatives, employees, officers, directors, shareholders, partners, joint venturers, parent companies, subsidiaries, heirs, agents, attorneys, predecessors, successors, assignees, insurers and reinsurers, and their respective successors and predecessors in interest, and anyone acting on any of their behalves (collectively, the "Lowe's Releasees") from any and all claims that Plaintiff may have against the Lowe's Releasees, whether known or unknown, including, but not limited to, all claims that were or could have been asserted in the *Danford* Litigation or the MDL Action. This includes, but is not limited to, any claims for wages (including, but not limited to, overtime, gap time, straight time, and the calculation of the regular rate of pay), bonuses, employment benefits (including claims under continuing employee benefit plans or claims under the Employee Retirement Income Security Act of 1974 (ERISA)), stock options, restricted stock units, any other stock purchase plans of Lowe's subsidiaries or affiliates, or damages of any kind whatsoever, arising out of any common law torts, any contracts, express or implied, any covenant of good faith and fair dealing, express or implied, any theory of wrongful discharge, any theory of negligence, any theory of retaliation, any theory of discrimination or harassment in any form, any legal restriction on Lowe's right to terminate employees, or any federal, state, or other governmental statute, regulation or ordinance, including, without limitation, the Civil Rights Act of 1866, Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act, the Family and Medical Leave Act, the Equal Pay Act, the National Labor Relations Act, the Consumer Protection Act, Sections 1981 through 1988 of Title 42 of the United States Code, Executive Order 11246, the FLSA, the Immigration Reform Control Act, the Occupational Safety and Health Act, the Age Discrimination in Employment Act, or any other statutory or common law limitation or regulation of the employment relationship of federal, state, or other government law. For the avoidance of doubt, the released claims include any and all claims for and rights to economic damages, non-economic damages, restitution, penalties, liquidated damages, and attorneys' fees or costs.

3. **Dismissal:** The enforceability of this Agreement is expressly conditioned upon Plaintiff's agreement to dismiss (a) all of his or her individual claims (under the FLSA and state law) in the *Danford* Action and the Rule 23 Action *with prejudice*; and (b) the Putative State Law Class Claims *without prejudice*. Plaintiff agrees to such dismissals upon approval of the MDL Settlement Agreement by the Court.

4. **Consideration:** In consideration for the released claims and the other promises, acknowledgements, and agreements set forth herein, Plaintiff will receive a settlement payment that is calculated in accordance with the formulas set forth in the MDL Settlement Agreement (the "Individual Settlement Amount"). Additionally, Plaintiff will apply for an Incentive Award in the amount of Two Thousand Dollars and Zero Cents ($2,000.00). The Individual

Settlement Amount (less any Incentive Award) shall be allocated and paid to Plaintiff as follows:

> a) One check for fifty percent (50%) (less applicable withholdings) as alleged unpaid wages, which will be reported to the IRS and applicable state authorities on a Form W-2; and

> b) One check for fifty percent (50%) as liquidated damages, penalties, and/or interest, which will be reported to the IRS and applicable state authorities on a Form 1099.

An Incentive Award, where issued, shall be reported on the Form 1099, and may be paid by separate check.

The Individual Settlement Amount represents Plaintiff's individual share of the full settlement amount paid by Lowe's under the MDL Settlement Agreement. Plaintiff acknowledges that Plaintiff is entitled to no additional compensation from Lowe's.

Pursuant to the MDL Settlement Agreement, Lowe's will remit the Individual Settlement Amount to a third-party Settlement Administrator, which will issue the above-described checks to Plaintiff subsequent to the approval of the MDL Settlement Agreement by the Court.

5. **Tax Liability:** Lowe's and Plaintiff's Counsel make no representations or warranties with regard to the tax consequences of the payments of the Individual Settlement Amount and Incentive Award. Plaintiff agrees and understands that if a government taxing authority determines that any federal, state, or local taxes on those payments or any penalties or assessments thereon are due, Plaintiff is solely responsible for payment.

6. **Fees And Costs:** Except as provided expressly herein and in the MDL Settlement Agreement, the Parties shall bear their own fees and costs (including, but not limited to, attorneys' fees) incurred in connection with the *Danford* Litigation and the MDL Action. Counsel for Plaintiff will seek approval from the Court for an award of fees and costs separate from and above the Individual Settlement Amount and Incentive Award in an amount consistent with the MDL Settlement Agreement and applicable orders of the Court.

7. **Matters Not Released:** The Parties agree and acknowledge that the above releases do not waive claims that: (i) may arise after Plaintiff signs this Agreement, including claims arising under the Age Discrimination in Employment Act; or (ii) cannot lawfully be released by private agreement.

**Nothing in this Agreement prevents Plaintiff from filing a charge or complaint with or from participating in an investigation or proceeding conducted by the National Labor Relations Board ("NLRB"), or from exercising rights under Section 7 of the National Labor Relations Act ("NLRA"). In addition, nothing in this Agreement prevents Plaintiff from filing a charge or complaint with, or from participating in an investigation or proceeding conducted by, the Occupational Health and Safety Administration ("OSHA"), the Equal Employment Opportunity Commission ("EEOC"), or any other**

federal, state, or local agency charged with law enforcement. In addition, nothing in this Agreement is intended to or shall prevent, impede, or interfere with Plaintiff's non-waivable right, without prior notice to Lowe's, to provide information to the government or engage in any other future activity protected under whistleblower statutes, or to receive and fully retain a monetary award from a government-administered whistleblower award program for providing information directly to a government agency.

However, by signing this Agreement, Plaintiff is waiving any right to individual relief based on claims asserted in such a charge or complaint, except where such a waiver of individual relief is prohibited. Plaintiff hereby releases and forever waives any private right to sue, and any associated applicable remedies which may be issued by any federal, state, or local agency.

8. **Coordinated PAGA Cases:** Plaintiff expressly, voluntarily, and intentionally releases and waives any right that he or she may have to contest (and agrees not to contest) any settlement reached in the coordinated PAGA actions pending against Lowe's, titled the *Lowe's Wage and Hour Cases*, California Judicial Council Coordination Proceeding No. 5110 (collectively, the "Coordinated PAGA Cases"), including, but not limited to, purporting to object to any such settlement and/or filing any appeal relating to any such settlement. Nothing in this Paragraph shall preclude Plaintiff from accepting additional payment from Lowe's in the event that such payment is sent in connection with final resolution of the Coordinated PAGA Cases.

9. **Section 1542 Waiver:** Plaintiff expressly waives any and all rights under Section 1542 of the California Civil Code and any law of the United States or of any state or territory of the United States or of any other relevant jurisdiction, or principle of common law, which is similar, comparable or equivalent to Section 1542 of the California Civil Code, which reads in full as follows:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.

Plaintiff acknowledges that he or she has separately bargained for the foregoing waiver of Section 1542.

The Parties intend that the provisions regarding the disputes released in this Agreement be construed as broadly as possible, and incorporate similar federal, state, or other laws, all of which are similarly waived.

Plaintiff understands that this waiver and release of claims shall be binding on him/her, as well as all of his/her attorneys, agents, spouses, executors, representatives, guardians ad litem, heirs, successors, and assigns.

10. **No Other Action:** Plaintiff represents that he or she has not filed or authorized the filing of any complaints, charges, or claims with any court or administrative agency against Lowe's or any of the Lowe's Releasees other than in the *Danford* Litigation and the MDL Action. Plaintiff further represents that, with the exception of the *Danford* Litigation and the MDL Action, Plaintiff has not filed any complaints, charges, or claims with any court or any administrative agency, in arbitration or otherwise, against Lowe's or any of the Lowe's Releasees on or prior to the date of the signing of this Agreement that have not already been dismissed, closed, withdrawn, or otherwise terminated, nor is Plaintiff aware of any facts or circumstances which would justify the filing of any such complaint, charge, or claim. To the extent any other complaints, charges, or claims of any kind have been filed by Plaintiff against Lowe's (including any of the Lowe's Releasees), Plaintiff further agrees to execute and file any document(s) required to dismiss with prejudice any other such complaints, charges, or claims. Plaintiff agrees that if any administrative agency, court, or other tribunal maintains or assumes jurisdiction of any charge, complaint, or claim against any of the Lowe's Releasees on his/her behalf, Plaintiff will promptly request that the agency, court, or other tribunal dismiss or withdraw from the matter and disclaim any right to recover any sums in connection with any such charge, complaint, or claim pursued on Plaintiff's behalf.

11. **Governing Law:** This Agreement shall be governed by and construed in accordance with the laws of the State of North Carolina without regard to conflict of laws principles thereof.

12. **Consent To Jurisdiction And Forum Selection:** The Parties acknowledge and agree that any action or proceeding arising in connection with this Agreement shall be adjudicated exclusively by the Court. The aforementioned choice of jurisdiction and venue is intended by the Parties to be mandatory and not permissive in nature, thereby precluding the possibility of litigation or arbitration between the Parties with respect to or arising out of this Agreement in any jurisdiction or venue other than that specified in this Paragraph.

13. **Entire Agreement:** Together with the MDL Settlement Agreement, this Agreement constitutes the entire agreement between the Parties and supersedes any and all other agreements, understandings, negotiations, or discussions, whether oral or in writing, express or implied, between or among the Parties. The Parties and each of them acknowledge that no other representations, inducements, promises, agreements, or warranties have been made to them or by them, or by anyone acting on their behalf, which are not embodied in this Agreement, that they have not executed this Agreement in reliance upon any such representation, inducement, promise, agreement, or warranty, and that no representation, inducement, promise, agreement, or warranty not contained in this Agreement, including, but not limited to, any purported supplements, modifications, waivers, or terminations of this Agreement, shall be valid or binding unless executed in writing by each of the Parties to this Agreement. The enforceability of this Agreement is dependent upon the execution of the MDL Settlement Agreement and satisfaction of the preconditions therein for payments to be issued to the Settling Plaintiffs.

14. **Agreement To Be Construed Fairly:** This Agreement is to be construed fairly and not in favor of or against any Party, regardless of who drafted or participated in the drafting of its

terms. Any rule of construction that a document is to be construed against the drafting party shall not be applicable to this Agreement.

15. **No Assignment:** Each of the Parties to the Agreement represents and warrants that there has been no assignment or other transfer of any interest in the claims which he, she, or it has or may have that are being released herein, and each Party owns all claims, demands, and causes of action which it releases by this Agreement, which release is free and clear from all liens, claims, and encumbrances. Each Party shall hold harmless the other from any liability, claims, demands, damages, costs, expenses, and reasonable outside attorneys' fees incurred by the defending Party as a result of any such assignment or transfer contrary to the foregoing representation.

16. **Authority To Enter Into Agreement:** Each of the Parties represents and warrants that any person executing this Agreement on his or her or its behalf has the full right and authority to enter into this Agreement on behalf of said Party, and has the full right and authority to execute this Agreement and to fully bind that Party to the terms and obligations of this Agreement. Each of the persons signing this Agreement on behalf of the Parties hereto makes the same warranties referred to herein.

17. **Consultation With Counsel:** Plaintiff represents and agrees that Lowe's encouraged him or her to consult with an attorney regarding this Agreement. Plaintiff further represents and agrees that he or she has been given a reasonable time in which to consider this Agreement, that he or she carefully read and fully understands all of the provisions of this Agreement, and that he or she is voluntarily entering into this Agreement.

18. **Successors And Assigns:** The terms of this Agreement shall be binding upon the Parties and their agents, attorneys, employees, successors, assigns, and insurers.

19. **Headings:** The various headings used in this Agreement are inserted for convenience only and shall not affect the meaning or interpretation of the Agreement or any provision of it.

20. **Severability:** If any word, clause, phrase, sentence, or paragraph of this Agreement is declared void or unenforceable, such portion shall be considered independent of, and severable from, the remainder, the validity of which shall remain unaffected.

21. **Electronic Signatures:** Facsimile and electronic signatures shall be deemed original signatures for all purposes.

22. *[DEFAULT TEXT]* **Deadline To Execute; Effective Date:** Unless extended by Lowe's, Plaintiff may execute this Agreement at any time within twenty-one (21) days of receiving it. Once executed, the Agreement is effective, subject to the approval of the Court.

*[ALTERNATIVE VERSION FOR THOSE WITH LOWE'S EMPLOYMENT AFTER AGE 40]* **Deadline To Execute; Review And Revocation; Effective Date:** Plaintiff understands that he or she may execute this Agreement at any time within twenty-one (21) days of receiving it (unless extended by Lowe's). However, Plaintiff may, in Plaintiff's discretion, sign this Agreement before

the expiration of that twenty-one (21) day period. Plaintiff further understands that he or she is waiving rights or claims which may be waived by law in exchange for consideration that is not otherwise due to him/her, including claims and rights under the Age Discrimination in Employment Act, and as otherwise described in this Agreement. Plaintiff further understands that Plaintiff may revoke the waiver and release of claims in this Agreement in writing within seven (7) days of signing this Agreement, in which case he or she will not receive the amounts or benefits provided for under this Agreement and the Agreement will not go into effect. Any revocation must be sent in writing via email and received by both (a) the Settlement Administrator (info@rustconsulting.com) and (b) counsel for Lowe's (msenger@gibsondunn.com) before close of business on the seventh (7th) day after this Agreement is signed by Plaintiff. The Agreement becomes effective upon passage of that deadline without receipt of a valid revocation, subject to the approval of the Court.

**For Lowe's:**

Dated: _____      _____
                                   Signature

                                   _____
                                   Print Name & Title

**Plaintiff:**

Dated: _____      _____
                                   Signature

                                   _____
                                   Print Name