IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
MDL DOCKET NO. 5:20-MD-2947-KDB-DSC

| | |
|---|---|
| IN RE: LOWE'S COMPANIES, INC. FAIR LABOR STANDARDS ACT (FLSA) AND WAGE AND HOUR LITIGATION | JOINT NOTICE OF DEFENDANTS' SERVICE OF NOTICE TO STATE AND FEDERAL OFFICIALS UNDER 28 U.S.C. § 1715 |
| THIS DOCUMENT APPLIES TO: *All Cases* | |

The Named Plaintiffs and Defendants Lowe's Companies, Inc. and Lowe's Home Centers, LLC (collectively, "Lowe's") (together, the "Parties"), jointly and respectfully report as follows:

On May 25, 2022, Lowe's served the relevant state and federal officials with notice of the pending settlement pursuant to the Class Action Fairness Action ("CAFA"), 28 U.S.C. § 1715. As noted in Plaintiffs' motion for approval of the settlement, the Parties believe that the CAFA notice provision is not intended to apply to the resolution of this MDL. *See* ECF No. 90-1 at 21-22. However, in light of CAFA's text and the structure of the settlement, the Parties are following the notice procedure in order to ensure the efficacy of the settlement. *Id*.

The Parties will submit a further notice when the statute's 90-day notice period has elapsed, and request that should the Court grant final approval, any such order not be issued before Friday, August 26, 2022, *i.e.*, the 91st day after service of the notice.

Dated: June 2, 2022

1

Respectfully submitted,

| | |
|---|---|
| /s/ Kevin J. Stoops | /s/ Jason C. Schwartz |
| Kevin J. Stoops | Jason C. Schwartz |
| Jason J. Thompson | Molly T. Senger |
| SOMMERS SCHWARTZ, P.C. | David A. Schnitzer |
| One Towne Square, 17th Floor | GIBSON, DUNN & CRUTCHER LLP |
| Southfield, Michigan 48076 | 1050 Connecticut Avenue, N.W. |
| Phone: (248) 355-0300 | Washington, DC 20036 |
| KStoops@sommerspc.com | Telephone: (202) 955-8500 |
| JThompson@sommerspc.com | Facsimile: (202) 467-0539 |
| | jschwartz@gibsondunn.com |
| James J. Mills | msenger@gibsondunn.com |
| BURNS, DAY, & PRESNELL, P.A. | dschnitzer@gibsondunn.com |
| 2626 Glenwood Avenue, Suite 560 | |
| Raleigh, North Carolina 27608 | Karl G. Nelson |
| Phone: (919) 782-1441 | GIBSON, DUNN & CRUTCHER LLP |
| jmills@bdppa.com | 2001 Ross Ave., Ste. 2100 |
| Attorneys for Plaintiffs | Dallas, TX 75201 |
| | Telephone: (214) 698-3100 |
| | Facsimile: (214) 571-2900 |
| | knelson@gibsondunn.com |
| | |
| | Adam K. Doerr (Bar Number: 37807) |
| | ROBINSON, BRADSHAW & HINSON, P.A. |
| | 101 N. Tryon St., Ste. 1900 |
| | Charlotte, North Carolina 28246 |
| | Telephone: (704) 377-2536 |
| | Facsimile: (704) 378-4000 |
| | adoerr@robinsonbradshaw.com |
| | |
| | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ Jason C. Schwartz